**EXHIBIT 2**

*































