**EXHIBIT 3**

































