**EXHIBIT 4**



Case: 1:22-cv-02088 Document #: 1-4 Filed: 04/22/22 Page 2 of 20 PageID #:33

1







3





4









Case: 1:22-cv-02088 Document #: 1-4 Filed: 04/22/22 Page 7 of 20 PageID #:38











9











12





Case: 1:22-cv-02088 Document #: 1-4 Filed: 04/22/22 Page 14 of 20 PageID #:45

13





14













17







