AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

8673857

**SUMMONS IN A CIVIL CASE**

AMBITIOUS PRODUCTIONS, INC.

V.

DVAPPS, AB

CASE NUMBER: 22-cv-02088

ASSIGNED JUDGE: Matthew F. Kennelly

DESIGNATED MAGISTRATE JUDGE: Gabriel A. Fuentes

TO: (Name and address of Defendant)

DVAPPS, AB
Helgestahillsvägen 7, 633 48
Eskilstuna, Sweden

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David C. Brezina
Ladas & Parry LLP
224 S Michigan Ave, #1600
Chicago, IL 60604
dbrezina@ladas.net
(312) 427-1300

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*(signature)*

(By) DEPUTY CLERK

April 29, 2022

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] Anders Skoog | DATE 2022-05-30 kl. 11:30 | |
| NAME OF SERVER (PRINT) ANDERS SKOOG  Godkänd delgivningsman  Centrum Delgivningsservice AB  Tel. 073-324 22 98 | TITLE | |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Helgestahillsvägen 7 63348 Eskilstuna

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Dennis Vukanovic

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2022-05-30
Date

Signature of Server  /s/ Anders Skoog

Anders Skoog
Godkänd delgivningsman
Centrum Delgivningsservice AB
Tel. 073-324 22 98

Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.