**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMBITIOUS PRODUCTIONS, INC., )<br>an Illinois Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DVAPPS AB, )<br>a Foreign Corporation, )<br>)<br>Defendant. ) | Case No. 22-cv-02088<br><br>Judge: Hon. Matthew F. Kennelly<br><br>Magistrate Judge: Hon. Gabriel A. Fuentes |

## **PLAINTIFF'S STATUS REPORT**

Pursuant to the Order of May 21, 2022, Docket No. 5, Plaintiff provides this Status Report. Defendant, although actively distributing product in the Northern District of Illinois, is headquartered in Sweden and it is not currently clear who will be counsel for the Defendant, therefore this report is provided by Plaintiff.

**(1) The Status Of Service Of Process Upon Each Defendant**

Defendant DVAPPS AB was served May 31, 2022. Return of Service was filed June 3, 2022, Docket No. 6. Answer is due June 20, 2022.

**(2) A Description Of Each Party's Claims And Defenses**

As more fully set forth in the Complaint, this is an action for copyright infringement by, at least, without limitation, preparing derivative works and distribution of three computer games, Granny, Granny: Chapter Two and Granny 3, which are alleged to infringe the exclusive rights of Plaintiff in the movie Granny, Reg. No. PA-948-525 and/or the Granny Trailer, Reg. No. PA-948-524.

Dialog with counsel for defendant as of this writing indicates defenses might be asserted, but at this time, Plaintiff wishes to permit a more complete report in the future.

**(3) Details Regarding Any Discussions Concerning Settlement, Whether Before Or After The Filing Of The Lawsuit**

There have not yet been settlement discussions.

**(4) A Proposed Discovery And Pretrial Schedule**

Plaintiff currently believes that fact discovery will require at least six months and expert discovery, if any, approximately 90 days thereafter, noting, however, that there may be delays due to Defendant's location and language issues.

**(5) Any Other Matters That Any Party Wishes To Bring To The Court's Attention**

While an email has been exchanged with counsel in Sweden, it is currently too early to determine the state of the case with respect to settlement or scheduling. No appearance has, as yet, been filed and it has only been days since service of process.

Respectfully submitted,

/David C Brezina/

David C. Brezina

Date: June 6, 2022

David C Brezina
Burton S Ehrlich
Ladas & Parry LLP
224 South Michigan Avenue
Suite 1600
Chicago, Illinois 60604
312 427-1300
312 408-2532 (direct)

## Certificate of Service

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 6th day of June, 2022, with a copy of this document via the Court's CM/ECF system.

A copy will be served electronically on:

>Pontus Sörlin
>DeLorean Advokat AB
>Sveavägen 9,
>111 57 Stockholm,
>Sweden
>email: pontus.sorlin@delorean.law

>/David C Brezina/

>David C. Brezina

Date: June 6, 2022