## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

Ambitious Productions, Inc.
                                 Plaintiff,

v.                                               Case No.: 1:22−cv−02088
                                                          Honorable Matthew F. Kennelly

DVapps AB
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 8, 2022:

       MINUTE entry before the Honorable Matthew F. Kennelly: Based on plaintiff's status report, the telephonic status hearing set for 6/13/2022 is vacated and reset to 7/12/2022 at 9:10 a.m., using the following call−in number: 888−684−8852, access code 746−1053. Plaintiff's counsel is directed to provide a copy of this order to any defendant that has not yet appeared by counsel via regular mail at the address at which the defendant has been or is to be served with process. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.