# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMBITIOUS PRODUCTIONS, INC., an Illinois Corporation, | ) Case No.: 22-cv-2088 ) ) |
| Plaintiff, | ) ) |
| vs. | ) Hon. Matthew F. Kennelly ) ) |
| DVAPPS AB, a Foreign Corporation, | ) ) |
| Defendant. | ) ) |

## DECLARATION OF MARK A. BORSOS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

2374098.1

I, Mark A. Borsos, swear and affirm:

1. I am a citizen of the State of Illinois and am over the age of eighteen years.

2. This declaration is made upon my personal knowledge. If called upon to testify, I could and would testify competently regarding the matters contained in this declaration.

3. I am an attorney admitted before this Court. I am a partner at Fitch, Even, Tabin & Flannery LLP, attorneys of record for Defendant DVAPPS AB. I submit this declaration in support of Defendant's Motion to Dismiss the Complaint of Plaintiff Ambitious Productions, Inc. under Rule 12 (b)(6) of the Federal Rules of Civil Procedure.

4. Submitted herewith as **Exhibit 1** (uploaded via the Court's Digital Media Exhibit Submission page) is what I believe to be a true and correct copy of Plaintiff's "Granny" film. I obtained this copy of Plaintiffs' work by downloading it from the internet site YouTube at the web address https://www.youtube.com/watch?v=fV5J9T0X0ic&t=89s. The YouTube site indicates that the work was uploaded on or about June 4, 2022, and the user who uploaded the video has alleged that this is an official copy associated with Plaintiff.

5. Submitted herewith as **Exhibit 2 (**uploaded via the Court's Digital Media Exhibit Submission page**)** is what I believe to be a true and correct copy of Plaintiff's "Granny" trailer. I obtained this copy of the trailer by downloading it from the internet site YouTube at the web address https://www.youtube.com/watch?v=nOQmdSabdfA&t=68s. The YouTube site indicates that this trailer was uploaded on or about May 9, 2022, and the user who uploaded the video has alleged that this is an official copy associated with Plaintiff.

6. Submitted herewith as **Exhibit 3** (uploaded via the Court's Digital Media Exhibit Submission page) is a true and correct copy of a playthrough of each of the games Granny 1, Granny: Chapter 2, and Granny 3. Exhibit 3 consists of four files: Exhibit 3a (Granny 1

gameplay video part 1), Exhibit 3b (Granny 1 gameplay video part 2), Exhibit 3c (Granny 2 gameplay video), and Exhibit 3d (Granny 3 gameplay video).

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the foregoing is true and correct.

Executed on this 21 day of June, 2022, at Chicago, Illinois.

s/ Mark A. Borsos
Mark A. Borsos, counsel for Defendant
