UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMBITIOUS PRODUCTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DVAPPS, AB, <br><br> Defendant. | Case No. 1:22-cv-02088 <br><br> Honorable Matthew F. Kennelly |

**DEFENDANT DVAPPS, AB'S**
**MOTION FOR SUMMARY JUDGMENT UNDER RULE 56**

Defendant DVapps, AB ("Defendant"), by its attorneys, respectfully moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1. As set forth in the Memorandum of Law submitted herewith, and as supported by the accompanying Local Rule 56.1 Statement of Uncontested Facts, supporting Declaration of Dennis Vukanovic and other exhibits, and Request for Judicial Notice, Defendant is entitled to summary judgment as a matter of law on the ground that Plaintiff Ambitious Productions, Inc. ("Plaintiff") cannot prove by admissible evidence both that (a) Defendant had access to and actually copied the protectable expression embodied in Plaintiff's work and (b) Defendant's work is substantially similar to Plaintiff's work.

Dated: October 7, 2022

Respectfully submitted,

DVAPPS AB

By: /s/ Mark A. Borsos
Mark A. Borsos
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 2100
Chicago, IL 60603
mborsos@fitcheven.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on October 7, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      /s/ Mark A. Borsos
      Attorney for Defendant DVapps, AB