UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMBITIOUS PRODUCTIONS, INC.,

        Plaintiffs,

        v.

DVAPPS, AB,

        Defendant.

Case No. 1:22-cv-02088

Honorable Matthew F. Kennelly

## DEFENDANT DVAPPS, AB'S LOCAL RULE 56.1 STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendant DVapps, AB, by its attorneys, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, hereby submits this Statement of Undisputed Facts in support of its Motion for Summary Judgment.

## I.     THE PARTIES

1.     Plaintiff Ambitious Productions ("Ambitious" or "Plaintiff") is a corporation organized and existing pursuant to the laws of the State of Illinois with a business address in Lake Forest, Illinois. **Ex. A,** ¶ 3 (Pl.'s Compl., Apr. 22, 2022, Dkt 1).

2.     DVapps AB ("DVapps" or "Defendant") is a corporation organized under the laws of Sweden and has its principal place of business in Eskilstuna, Sweden. **Ex. A,** ¶ 4.

3.      DVapps has a single owner and game developer named Dennis Vukanovic who has lived in Sweden his entire life. **Ex. C**, ¶ 4 (Decl. Dennis Vukanovic, Oct. 7, 2022).

## II.    THE PLAINTIFF'S FILM

4.     In 1999, Plaintiff produced a film entitled *Granny* (the "Film"). **Ex. A,** ¶ 5.

5.     Plaintiff's Film is approximately one hour long and is a fictional story based upon a "'horror" theme.  **Ex. A,** ¶ 8; **Ex. B-1**. The Trailer contains excerpts from the full-length film with some added written text. **Ex. B-2**.

6.     The Film begins as a character, Jason, tells a group of friends gathered in a circle that he killed his grandmother as he purports to show the group his grandmother's organs, which he eventually reveals to be pig guts. **Ex. B-1** at 2:02–4:30.

7.     In the Film, the friends then discuss relationships and sex as they consume alcohol. **Ex. B-1** at 5:08–9:50 and 11:20–13:35.

8.     In the Film, the friends acknowledge that they are gathered to induct one character, Michelle, into the group. **Ex. B-1** at 9:50–11:20.

9.      In the Film, the group of friends discuss their paranoias, and one character, Tom, announces that he used to be a very paranoid person, and he can "show" the group his paranoia with a "short skit" if they give him an hour to prepare. **Ex. B-1** at 13:35–17:30.

10.      In the Film, the group of friends leave the house to allow Tom to set up his skit, and upon their return to the house find a sign stating, "SORRY I HAD TO LEAVE URGENTLY EXPLAIN LATER[.] TOM." **Ex. B-1** at 18:30–19:23.

11.      In the Film, the friends hear a crying sound from the basement, and. when Jason goes alone to investigate, he finds the "Granny" character, who then appears to kill Jason with an axe. **Ex. B-1** at 21:10–23:50.

12.      In the Film, one of the friends, Monica, leaves the group and applies makeup alone in a bathroom over a span of approximately three minutes before the "Granny" character appears through a door behind Monica and stabs her approximately thirty times. **Ex. B-1** at 25:37–28:35 and 29:25–30:25.

13.      In the Film, the group of friends discover Jason's body in the basement and initially believe that he is pretending to be dead, but then appear to conclude that he is truly dead. **Ex. B-1** at 30:30–32:00.

14.      In the Film, the friends then run upstairs and scream when they find Monica's body in the bathroom. **Ex. B-1** at 32:20–32:50.

15.      In the Film, upon hearing music, the friends leave the bathroom and find that Tom has returned, whereupon they accuse him of committing the murders of their two dead friends. **Ex. B-1** at 32:50–33:45

16.      In the Film, the "Granny" character appears at the top of the stairs staring at the remaining group of friends, prompting two male characters to go upstairs to confront "Granny,"

2

whereupon "Granny" separates the two, attacking one with a baseball bat and then throwing the other out of a window. **Ex. B-1** at 33:45–36:53.

17.     In the Film, a female character leaves the remaining friends to get help, but is ambushed while walking through a forest as the "Granny" character appears from under a pile of leaves, chokes her with rope, lifts her into the air while strangling her using their bare hands, and then dances away. **Ex. B-1** at 39:30–41:40.

18.     In the Film, the "Granny" is outside the house and scares Michelle through a window, causing Michelle to run away only to find that "Granny" is inexplicably inside the house and sitting calmly in a chair with yarn and knitting needles. **Ex. B-1** at 42:13–43:15.

19.     In the Film, while running away from the "Granny," Michelle finds one of the friends, Nick, who shows her that he now has a gun, and the two begin kissing before the "Granny" appears and stabs Nick through both eyes with knitting needles. **Ex. B-1** at 43:15–45:00.

20.     In the Film, Michelle again flees from the "Granny" character, and attempts to escape in a car with another character, Natalie, but the "Granny," who is somehow already hiding in the back seat of the car, knocks out Michelle and strangles Natalie with a plastic bag before kissing her. **Ex. B-1** at 45:00–47:30.

21.     In the Film, after being awakened by Natalie's apparently dead body leaning on the car horn, Michelle escapes, finds a gun, confronts, and shoots the "Granny" in the garage, and then flees out the garage door. **Ex. B-1** at 47:39–50:50.

22.     In the Film, after fleeing from the garage where she shot the "Granny," Michelle re-enters the front door of the house and then collapses after quick shots of the various murders that occurred throughout the movie flash across the screen. **Ex. B-1** at 50:50–51:30.

23.     After Michelle collapses, the Film cuts to "three days later" where the friends, except Michelle, are all alive and attending Michelle's funeral, where they express regret that Michelle had a heart condition and died due to their initiation ritual. **Ex. B-1** at 51:30–55:56.

24.     The Film shows that the friends led Michelle to believe that the "Granny" had killed them, and that each of the friends had faced a similarly frightening ritual. **Ex. B-1** at 54:14–55:03.

25.     At the end of the Film, Michelle drives up to observe the group of friends at her funeral, indicating that she faked her own death. **Ex. B-1** at 56:00–56:15.

26.     The "Granny" of the Film is a man, revealed to be Tom or Tom's brother, who was wearing a rubber mask and long silver wig. **Ex. B-1,** *e.g.* at 23:40, 30:00, 47:15–47:30, 49:40, and 53:55–54:08.

27.     The "Granny" of the film wears a mask with a closed smile. **Ex. B,** *e.g.* at 23:40, 30:00, 47:15–47:30, and 49:40.

28.     The "Granny" of the Film does not speak, making only crying and laughing noises. **Ex. B-1**, *passim*.

29.     The Film takes place in and around a modern home with a linear, 2-story design. **Ex. B-1**, *e.g.*, at 07:07.

30.     In the Film, the "Granny" does not capture and lock anyone in her house for five days and set traps to prevent their escape. **Ex. B-1**, *passim*.

## III.     THE DEFENDANT'S GAME

31.     Mr. Vukanovic of DVapps has developed more than seventeen games since 2011, including several popular horror-themed games. **Ex. C**, ¶ 4.

32.     There are three "Granny" games (collectively referred to herein as the "Game") and no one other than Mr. Vukanovic has been involved in the creation of the Game or any other of DVapps' video games. **Ex. C**, ¶ 5.

33.     Mr. Vukanovic was born and raised in Sweden and never visited the United States, except for a two-day trip to Los Angeles, California almost two years after the release of the first accused Game. **Ex. C**, ¶¶ 6, 12.

34.     Prior to Plaintiff filing this lawsuit, Mr. Vukanovic had never encountered or heard of Plaintiff's Film, and he is not aware of any connection between him or anyone he knows, and anyone involved with the Film. **Ex. C**, ¶¶ 7–8.

35.     Plaintiff has no evidence that Mr Vukanovic was actually aware of Plaintiff's Film prior to this lawsuit.

36.     Mr. Vukanovic did not copy Plaintiff's Film when creating the Game. **Ex. C**, ¶ 9.

37.     Plaintiff has no evidence that Mr. Vukanovic actually copied Plaintiff's Film when creating the Game.

38.     In November 2013, prior to creating the Game, Vukanovic by himself created and released a video game called *Slendrina*, which features a pale, thin, demonic girl. **Ex. C**, ¶ 10.

39.     Between November 2013 and August 2017, Mr. Vukanovic created and released several *Slendrina* sequel video games where the player is challenged to solve puzzles and escape an environment while avoiding the main antagonist, Slendrina. **Ex. C**, ¶ 11.

40.     In or about November 2017, Mr. Vukanovic created and released *Granny*, a game as a continuation/spinoff of the earlier *Slendrina* series, which involves finding items and solving puzzles to escape the home of Granny, the main antagonist. **Ex. C**, ¶ 12.

41.     A sequel, *Granny: Chapter Two*, was released in September 2018, which includes a secondary antagonist, Grandpa, and like the first game requires the player to solve puzzles and escape Granny's house. **Ex. C**, ¶ 13; **Ex. D3**, *e.g.*, at 00:00–00:05 and 08:41–8:48.

42.     A second sequel game, titled *Granny 3*, was released in June 2021, which is like the two prior games but finds the player kidnapped not only by Granny and Grandpa, but also by their granddaughter, Slendrina. **Ex. C**, ¶ 14; **Ex. D4**, *e.g.*, at 00:16 and 21:40–22:00**.**

43.     The Game proceeds without flashbacks and starts with the player awakening in a room (**Ex. D1** at 00:25—00:44) from which he/she must exit and explore Granny's house to find items that will help to open locks and escape the house (**Ex. D1,** *e.g.*, at 00:45–02:20, 2:33–3:00**; Ex. D2,** *e.g.*, at 6:20–7:15), all the while avoiding traps (**Ex. D1,** *e.g.*, at 2:20–2:30).  Each version of the Game ends if the player escapes the house. **Ex. D1,** *e.g.*, at 11:40–12:00**; Ex. D2** at 17:15–17:45; **Ex. D3**, *e.g.*, at 00:00–00:05 and 08:41–8:48; **Ex. D4** at 21:40–22:00**.**  If the player cannot escape within five days, the game will be over. **Ex. D1,** *e.g.*, at 00:18; **Ex. D3,** *e.g.*, at 00:05; **Ex. D4** at 00:16. Subsequent editions, *Granny: Chapter 2* and *Granny 3*, employ variations of this scenario. **Exs. D3, D4**.

44.     The titular "Granny" of the Game has dark gray skin, short gray hair, white glowing eyes with no pupils, and a permanently gaping mouth with exposed teeth, and wears a dirty, sleeveless nightgown. **Ex. D**, *passim*, *e.g.,* **Ex. D2** at 00:00; **Ex. A** at pp. 23–38.

45.     The "Granny" of the Game speaks several phrases as she searches for the player, but there is otherwise no dialogue in the Game. **Exs. D1–D4**.

46.     The Game does not include any events similar to those described above at Paragraphs 6–25 above. **Exs. D1–D4**, *passim*.

47.     In the Game, Granny's house is a deteriorated mansion with a prominent gothic tower, covered porch, and L-shaped design. **Ex. D4** at 21:52.

48.     In the Game, "Granny" stalks a single player, not a group of friends. **Exs. D1–D4**, *passim*.

49.     In the Game, there is no reveal that one or more deaths have been faked as part of an initiation ritual. **Exs. D1-D4**, *passim*.

50.     In the Game, there is no discussion of relationships or sex. **Ex. D1–D4**, *passim*.

51.     In the Game, there is no indication that "Granny" is a man wearing a mask. **Exs. D1–D4**, *passim*.

52.     In the Game, "Granny" does not kill, or appear to kill, any character with an axe, a knife, her bare hands, rope, a plastic bag, or knitting needles. **Exs. D1–D4**, *passim*.

53.     In the Game, no character expresses remorse. **Exs. D1–D4**, *passim*.

54.     In the Game, no character expresses remorse for accidentally causing the death of another due to a prank. **Exs. D1–D4**, *passim*.

## IV.     PRIOR WORKS INVOLVED SIMILAR IDEAS AND HORROR TROPES

55.     The following elements are common in horror films and not unique to Plaintiff's Film: (a) a creepy villain, (b) a masked killer, (c) spooky house or outdoor setting, (d) stalking/chasing victims, (e) using weapons against victims, and (f) gory killings. **Request for Judicial Notice.**

56.     *Psycho* (1960) is a horror film in which the character of Norman Bates dresses as his deceased mother and commits murder. **Exs. E**, **F**, and **G**.

57.     In *Psycho*, the character of Norman Bates is a man who dresses as an elderly woman and attacks victims. **Ex. E**; **Ex. G** at pp. 2–3, 7, and 12.

58.     *Psycho* is an Academy Award-Winning Film that is at least as well-known as Plaintiff's Film. **Exs. E** and **G**.

59. *Psycho* has been recognized as an influential horror film. **Ex. E**; **Ex. G** at pp. 19–20 (under "Legacy")**.**

60. *Psycho* has been recognized as giving rise to a genre of horror films referred to as "slasher films" where a killer stalks a group of people. **Ex. G** (under "Legacy"); **Ex. F** at p. 2 (under "1960s Horror-Thrillers").

61. *The Granny* (1995) is a horror film pre-dating Plaintiff's Film and featuring an older woman who attacks victims. **Exs. I** and **J**.

62. *The Granny* has an entry on www.wikipedia.org, but Plaintiff's Film does not. *Compare* **Ex. J,** *and* **Ex. K**.

63. The "Granny" character of Defendant's Game has as least as much visual similarity to the grandmother character depicted in *The Granny* (1995) as the "Granny" character of the Game has to the "Granny" character of Plaintiff's Film. *Compare* **Ex. I**, *and* **Ex. J**.

64. The concept of an older female villain is common in fairy tales, including Hansel and Gretel, Sleeping Beauty, Snow White and the Seven Dwarfs, and Cinderella. **Request for Judicial Notice.**

65. On Rotten Tomatoes® (www.rottentomatoes.com), a popular film review website, the Film has zero critic reviews and only thirteen audience reviews[1], with an audience score of 9% based on "50+ Ratings." *The Granny* (1995) has three critics reviews and over 100 audience reviews, with an audience score of 41% based on "100+ Ratings." **Exs. I** and **L**.

66. The IMDB page for the Film, as of the filing of this motion, shows a total of 488 ratings, with the average rating a 2.9 out of 10. By comparison, *The Granny* (1995) shows a total of 707 ratings, with an average rating of 5.0 out of 10. **Exs. O** and **P**.

67. There has been speculation on the internet that the Game is based on actual murders committed in Russia by Tamara Samsonova. **Ex. M**.

68.     A review dated February 4, 2013, indicated that the author attempted to find information regarding Plaintiff's Film or its director but was unable to, leading him to speculate that the director may have attempted to remove any trace of the Film. **Exhibit N**.

Dated: October 7, 2022

Respectfully submitted,

DVAPPS AB

By:  /s/Mark A. Borsos
Mark A. Borsos
FITCH, EVEN, TABIN & FLANNERY
120 South LaSalle Street, Suite 2100
Chicago, IL 60603
mborsos@fitcheven.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Mark A. Borsos

Attorney for Defendant DVApps, AB