# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AMBITIOUS PRODUCTIONS, INC., an Illinois Corporation, | ) Case No.: 22-cv-2088 ) ) |
| Plaintiff, | ) ) |
| vs. | ) Hon. Matthew F. Kennelly ) |
| DVAPPS AB, a Foreign Corporation, | ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF MARK A. BORSOS IN SUPPORT OF DEFENDANT'S
## MOTION FOR SUMMARY JUDGMENT UNDER RULE 56

I, Mark A. Borsos, swear and affirm:

1. I am a citizen of the State of Illinois and am over the age of eighteen years.

2. This declaration is made upon my personal knowledge. If called upon to testify, I could and would testify competently regarding the matters contained in this declaration.

3. I am an attorney admitted before this Court. I am a partner at Fitch, Even, Tabin & Flannery LLP, attorneys of record for Defendant DVAPPS AB. I submit this declaration in support of Defendant's Motion for Summary Judgment under Rule 56 of the Federal Rules of Civil Procedure.

4. Submitted herewith as **Exhibit A** is a true and correct copy of the Complaint in this action as filed by Plaintiff.

5. Submitted herewith as **Exhibit B-1** (uploaded via the Court's Digital Media Exhibit Submission page) is what I believe to be a true and correct copy of Plaintiff's "Granny" film. I obtained this copy of Plaintiffs' work by downloading it from the internet site YouTube at the web address https://www.youtube.com/watch?v=fV5J9T0X0ic&t=89s. The YouTube site indicates that the work was uploaded on or about June 4, 2022, and the user who uploaded the video has alleged that this is an official copy associated with Plaintiff.

6. Submitted herewith as **Exhibit B-2** (uploaded via the Court's Digital Media Exhibit Submission page) is what I believe to be a true and correct copy of Plaintiff's "Granny" trailer. I obtained this copy of the trailer by downloading it from the internet site YouTube at the web address https://www.youtube.com/watch?v=nOQmdSabdfA&t=68s. The YouTube site indicates that this trailer was uploaded on or about May 9, 2022, and the user who uploaded the video has alleged that this is an official copy associated with Plaintiff.

7. Submitted herewith as **Exhibit C** is a true and correct copy of the Declaration of Dennis Vukanovic dated October 7, 2022.

8. Submitted herewith as **Exhibit D** (uploaded via the Court's Digital Media Exhibit Submission page) is a true and correct copy of a playthrough of each of the games *Granny* 1, *Granny: Chapter 2*, and *Granny 3*. Exhibit D consists of four files: Exhibit D-1 (Granny gameplay video part 1), Exhibit D-2 (Granny gameplay video part 2), Exhibit D-3 (*Granny: Chapter Two* gameplay video), and Exhibit D-4 (*Granny 3* gameplay video).

9. Submitted herewith as **Exhibit E** is a true and correct copy of the entry for *Psycho* (1960) from Britannica Online (www.britannica.com).

10. Submitted herewith as **Exhibit F** is a true and correct copy of the entry for "slasher film" from Wikipedia (www.wikipedia.org).

11. Submitted herewith as **Exhibit G** is a true and correct copy of the entry for *Psycho* (1960) from Wikipedia (www.wikipedia.org).

12. Submitted herewith as **Exhibit H** is the main entry for *Psycho* (1960) from Rotten Tomatoes (www.rottentomatoes.com), a popular website for film reviews and information.

13. Submitted herewith as **Exhibit I** is the main entry for *The Granny* (1995) from Rotten Tomatoes (www.rottentomatoes.com), a popular website for film reviews and information.

14. Submitted herewith as **Exhibit J** is the entry for *The Granny* (1995) from Wikipedia (www.wikipedia.org).

15. Submitted herewith as **Exhibit K** is a search page from Wikipedia (www.wikipedia.org) showing that no entry exists for Plaintiff's film *Granny* (1999).

16. Submitted herewith as **Exhibit L** is the main entry for Plaintiff's film *Granny* (1999) from Rotten Tomatoes (www.rottentomatoes.com), a popular website for film reviews and information.

17. Submitted herewith as **Exhibit M** is a true and correct copy of a page from a website (https://california18.com) speculating that Defendant's video game was based on the real-life case of the Russian "Granny Ripper," Tamara Samsonova.

18. Submitted herewith as **Exhibit N** is a true and correct copy of a page from a movie review website (https://www.thatfilmguy.com) stating that Plaintiff's movie is "hilariously bad" and that the author was unable to find information about Plaintiff's film or the film's director online in 2013.

19. Submitted herewith as **Exhibit O** is a true and correct copy of the Internet Movie Database (www.imdb.com) user ratings data as of October 7, 2022 for Plaintiff's film *Granny* (1999).

20. Submitted herewith as **Exhibit P** is a true and correct copy of the Internet Movie Database (www.imdb.com) user ratings data as of October 7, 2022 for *The Granny* (1995), a film that pre-dates Plaintiff's film.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746(2) that the foregoing is true and correct.

Executed on this 7th day of October, 2022, at Chicago, Illinois.

s/ Mark A. Borsos
Mark A. Borsos, counsel for Defendant