# Exhibit B-1

**Uploaded via the Court's Digital Media Exhibit Submission page**