# Exhibit B-2

**Uploaded via the Court's Digital Media Exhibit Submission page**