# Exhibit C

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMBITIOUS PRODUCTIONS, INC., an Illinois Corporation, | ) Case No.: 22-cv-2088 ) ) |
| Plaintiff, | ) ) ) Hon. Matthew F. Kennelly |
| vs. | ) ) |
| DVAPPS AB, a Foreign Corporation, | ) ) |
| Defendant. | ) ) |

**DECLARATION OF DENNIS VUKANOVIC IN SUPPORT OF DEFENDANT DVAPPS, AB's MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 56**

I, Dennis Vukanovic, swear and affirm:

1. I am over the age of eighteen years and a citizen of Sweden.

2. This declaration is made upon my personal knowledge. If called upon to testify, I could and would testify competently regarding the matters contained in this declaration.

3. I submit this declaration in support of DVapps' Motion for Summary Judgment on the Complaint of Plaintiff Ambitious Productions, Inc. ("Plaintiff") under Rule 56 of the Federal Rules of Civil Procedure.

4. I am the sole owner and operator of Defendant DVapps, AB, a corporation organized under the laws of Sweden. I am a longtime developer of video games, having developed more than seventeen video games since 2011, including several popular horror-themed games.

5. I develop and program all of DVapps' and my own games by myself without the input of other authors.

6. I was born and have lived my entire life in Sweden. I have never visited Illinois and my only visit to the United States was for two days in October 2019, to attend a Halloween party in Los Angeles, California.

7. Prior to Plaintiff filing this lawsuit, I had never seen or heard of the 1999 movie *Granny* or its trailer (collectively, the "Film").

8. I am not aware of any connection between myself or anyone that I know and anyone involved with Plaintiff's Film.

9. In creating *Granny* the Game (the "Game"), I did not copy or use Plaintiff's Film in any way.

2

10. In or about November 2013, I, by myself, created and released the first game in a popular video game series called *Slendrina*. Slendrina appears as a pale, thin, demonic girl with haunting features.

11. Between November 2013 and August 2017, I, by myself, created and released several *Slendrina* sequel video games. In all the *Slendrina* games, the player is challenged to solve puzzles and escape a given environment while avoiding the main antagonist. Below is a screenshot showing the various Slendrina games that I created:



12. In or about November 2017, I, by myself, created and released *Granny* the Game, as a continuation/spinoff of the earlier *Slendrina* series. My idea was to create a character that would be the grandmother of *Slendrina*. Like *Slendrina*, *Granny* the Game involves needing to find items and solve puzzles, while avoiding the title character, to escape and win the game.



3

13. A sequel, *Granny: Chapter Two*, was released in September 2018. Similar to the first installment, the player once again is trapped in a house. *Chapter Two* also introduces a secondary antagonist, Grandpa.

14. Another sequel, titled *Granny 3*, was released in June 2021. *Granny 3* is similar to the two prior games. Like the previous installments, the player finds themselves kidnapped again by Granny and Grandpa, this time joined by their granddaughter Slendrina. The below image shows Granny, Grandpa, and Slendrina as they appear in *Granny 3*.



15. I did not base any *Granny* video game or character on any existing work except for my prior work of *Slendrina*. The story and characters for the *Granny* videogames came from my own imagination of a scary, demonic grandmother to *Slendrina*.

16. Lodged with the Statement of Undisputed Facts as **Exhibit D** is a true and correct videotape of a "play through" of the Game fairly depicting representative gameplay for the Game.

I declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. § 1746(1) that the foregoing is true and correct.

4

Executed on this 7th day of October 2022, at Eskilstuna Sweden.

                                                  /s/ Dennis Vukanovic
                                                  [        Dennis Vukanovic        ]