# Exhibit E


Britannica | Browse | Search | Dictionary | Quizzes | Money | Subscribe | Login

# Psycho

- Introduction
- Production notes and credits
- Cast
- **Academy Award nominations**

**Fast Facts**
- Related Content
- Quizzes

**Media**
- Images

**More**
- More Articles On This Topic
- Contributors
- Article History

Home > Entertainment & Pop Culture > Movies

## Psycho
film by Hitchcock [1960]

Print | Cite | Share | Feedback

By Lee Pfeiffer • Last Updated: Aug 15, 2022 • Edit History



**Psycho**, American suspense film and psychological thriller, released in 1960, that was directed by Alfred Hitchcock and is loosely based on the real-life killings of Wisconsin serial murderer Ed Gein.

After secretary Marion Crane (played by Janet Leigh) impulsively absconds from her job with $40,000, she checks into the eerie Bates Motel, which is run by shy, awkward Norman Bates (Anthony Perkins) and his domineering elderly mother. While taking a shower, Crane is fatally stabbed by Norman's







Psycho

- Introduction
- Production notes and credits
- Cast
- Academy Award nominations

**Fast Facts**
- Related Content
- Quizzes

**Media**
- Images

**More**
- More Articles On This Topic
- Contributors
- Article History

While taking a shower, Crane is fatally stabbed by Norman's mother, and Norman disposes of the body. Meanwhile, Crane's boyfriend (John Gavin) and her sister (Vera Miles) launch a frantic search that eventually takes them to the Bates home. There they fend off an attack by Norman's mother, who, dressed as the long-deceased Mrs. Bates, in reality is Norman. A psychiatrist later determines that Norman suffers from a split personality that led him to commit murder.





**BRITANNICA QUIZ**
**Pop Culture Quiz**
Are you a princess of Pop? The king of Culture? See if you're an entertainment expert by answering these questions.








**Psycho** ‹

Introduction

Production notes and credits

Cast

Academy Award nominations

**Fast Facts**

Related Content

Quizzes

**Media**

Images

**More**

More Articles On This Topic

Contributors

Article History



*Psycho*



In 1960, the same year that director Michael Powell's career was nearly ruined for releasing the sexually oriented murder film *Peeping Tom*, Hitchcock found his greatest success with this equally disturbing film along similarly shocking plotlines. Hitchcock made *Psycho* on a limited budget by shooting in black and white and using the crew from his television series *Alfred Hitchcock Presents*. The director financed much of the film himself in return for a large percentage of the profits, which earned him millions. The murder in the shower, one of the most famous scenes in cinematic history, was a textbook example of brilliant film editing, but the scene is probably best remembered for Bernard Herrmann's masterful score, in which violins, cellos, and violas screech in unison with each slash of Norman's knife. The production design of the old house on the hill where the



**Fast Facts**
- Related Content
- Quizzes

**Media**
- Images

**More**
- More Articles On This Topic
- Contributors
- Article History

production design of the old house on the hill where the eccentric Norman Bates lived is famous for its nightmarish effect.

## Production notes and credits

Studio: Paramount Pictures

Director and Producer: Alfred Hitchcock

Writer: Joseph Stefano

Music: Bernard Herrmann

Running time: 109 minutes

## Cast

Anthony Perkins (Norman Bates)

Janet Leigh (Marion Crane)

Vera Miles (Lila Crane)

John Gavin (Sam Loomis)

Martin Balsam (Arbogast)

## Academy Award nominations

- Supporting Actress (Janet Leigh)
- Art Direction
- Cinematography
- Director

Lee Pfeiffer

---

**National Film Registry**

Introduction

**Fast Facts**

Facts & Related Content

Home > Entertainment & Pop Culture > Movies

## National Film





Britannica  ≡ Browse  🔍 Search  Dictionary  Quizzes  Money  Subscribe  Login ⌄

**National Film Registry** ‹

Introduction

**Fast Facts**

Facts & Related Content

**More**

More Articles On This Topic

Contributors

Article History

# National Film Registry

American film preservation effort

🖨 Print   ✓ Cite   ⌞ Share

💬 Feedback

By The Editors of Encyclopaedia Britannica • Edit History

---

**Areas Of Involvement:** film

See all related content →

---

**National Film Registry**, list of movies selected for preservation by the U.S. Library of Congress, in consultation with its National Film Preservation Board, the public, and LOC film curators. Every year, 25 films that have been deemed "culturally, historically or aesthetically significant" to America's film heritage are added to the registry. While the selections are typically American movies, any work "originally created on film stock" is eligible.



   

---

Britannica | Browse | Search | Dictionary | Quizzes | Money | Subscribe | Login

## National Film Registry

- Introduction

**Fast Facts**
- Facts & Related Content

**More**
- More Articles On This Topic
- Contributors
- Article History

The National Film Registry was established through the National Film Preservation Act of 1988. The legislation also created the National Film Preservation Board. While that group advises the Librarian of Congress on various matters related to American cinema, its most notable task is recommending movies for inclusion on the list. The public is also encouraged to make suggestions. Because of the registry's broad eligibility requirements, TV programs, commercials, and videos can be considered, as can foreign-made works. However, priority is given to American films.






peacock NEW AND CLASSIC MOVIES — Halloween Horror — STREAM NOW — "HALLOWEEN ENDS" STREAMING OCT 14 — NEW MOVIE Halloween Ends — Saw Films

The first group of movies was selected in 1989 and included *The Wizard of Oz* (1939), *Citizen Kane* (1941), *On the Waterfront* (1954), and *Dr. Strangelove* (1964). Since then a wide range of movies have been added, such as the horror film *A Nightmare on Elm Street* (1984), the musical *Purple Rain* (1984), the comedy *The Princess Bride* (1987), the animated *Shrek* (2001), and the superhero drama *The Dark Knight* (2008).

> The Editors of Encyclopaedia Britannica
>
> This article was most recently revised and updated by Amy Tikkanen.

Home > Politics, Law & Government > Law, Crime & Punishment > Crime, Terrorism & Counterterrorism

# Ed Gein
## American serial killer

Print · Cite · Share · Feedback

*Alternate titles:* Edward Theodore Gein

By John Philip Jenkins • Last Updated: Aug 23, 2022 • Edit History

**Ed Gein**
- Introduction & Top Questions
- **Fast Facts**
  - Facts & Related Content
- **Media**
  - Videos
  - Images
- **More**
  - More Articles On This Topic
  - Contributors
  - Article History
- **Related Biographies**

Click Here for More Information — Ad by Sponsor — See More

≡ Browse  🔍 Search  Dictionary  Quizzes  Money  Subscribe  Login ▾

# Ed Gein

- Introduction & Top Questions

**Fast Facts**
- Facts & Related Content

**Media**
- Videos
- Images

**More**
- More Articles On This Topic
- Contributors
- Article History

**Related Biographies**


*David Berkowitz*
American serial killer


*H.H. Holmes*
American serial killer


*Dennis Rader*
American serial killer


*Richard Kuklinski*
American criminal

See All



### Ed Gein

See all media

**Born:** August 27, 1906 • Wisconsin

**Died:** July 26, 1984 (aged 77) • Madison • Wisconsin

See all related content →

**Top Questions**

- Who was Ed Gein?
- What movies are based on Ed Gein?
- What epithet was given to Ed Gein?
- When did Ed Gein die?
- What did police find in Ed Gein's house during the investigation?

**Ed Gein**, in full **Edward Theodore Gein**, also called **the Butcher of Plainfield**, (born August 27, 1906, Plainfield, Wisconsin, U.S.—died July 26,



Click Here for More Information

Ad by Sponsor    See More



### Ed Gein ‹

**Fast Facts**

Introduction & Top Questions

Facts & Related Content

**Media**

Videos

Images

**More**

More Articles On This Topic

Contributors

Article History

**Related Biographies**


**David Berkowitz**
*American serial killer*


**H.H. Holmes**
*American serial killer*


**Dennis Rader**
*American serial killer*


**Richard Kuklinski**
*American criminal*

See All

---

Wisconsin, U.S.—died July 26, 1984, Madison, Wisconsin), American serial killer whose gruesome crimes gained worldwide notoriety and inspired numerous books and horror films.

Gein endured a difficult childhood. His father was an alcoholic, and his mother was verbally abusive toward him. Gein nevertheless idolized her, a fact that apparently concerned his elder brother Henry, who occasionally confronted her in Gein's presence. In 1944 Henry died in mysterious circumstances during a fire near the family's farm in Plainfield. Although Gein reported his brother missing to the police, he was able to lead them directly to the burned body when they arrived. Despite bruises discovered on the victim's head, the death was ruled an accident. The death of Gein's mother in 1945 left him a virtual hermit. In subsequent years, Gein cordoned off the areas of the house that his mother had used most frequently, preserving them as something of a shrine.




Click Here for More Information
Ad by Sponsor    See More

Britannica ≡ Browse  Search  Dictionary  Quizzes  Money  Login

**Ed Gein**

Introduction & Top Questions

**Fast Facts**

Facts & Related Content

**Media**

Videos

Images

**More**

More Articles On This Topic

Contributors

Article History

**Related Biographies**


**David Berkowitz**
*American serial killer*


**H.H. Holmes**
*American serial killer*


**Dennis Rader**
*American serial killer*


**Richard Kuklinski**
*American criminal*

See All



**Ed Gein**

Gein attracted the attention of the police in 1957, when a hardware store owner named Bernice Worden went missing. Gein had been seen with her shortly before her disappearance, and, when law enforcement officials visited his farm, they found her body. She had been fatally shot and decapitated. Subsequent examinations of his home showed that he had systematically robbed graves and collected body parts, which he used to make household items, clothing, and masks. Also discovered on the property was the head of Mary Hogan, a tavern operator who had disappeared in 1954. In 1958 Gein's "house of horrors" was destroyed by fire, the origins of which remain unclear.


peacock ORIGINAL
A FRIEND of the FAMILY
LIMITED SERIES
Click Here for More Information
Ad by Sponsor    See More






# Ed Gein

**Introduction & Top Questions**

## Fast Facts

Facts & Related Content

## Media

Videos

Images

## More

More Articles On This Topic

Contributors

Article History

**Related Biographies**


**David Berkowitz**
*American serial killer*


**H.H. Holmes**
*American serial killer*


**Dennis Rader**
*American serial killer*


**Richard Kuklinski**
*American criminal*

See All

Learn more

Gein admitted to killing the two women—both of whom allegedly resembled his mother—but pled not guilty by reason of insanity. In late 1957 he was deemed unfit for trial and was subsequently confined in various psychiatric institutions. In 1968, however, after it was determined that he could participate in his own defense, Gein was put on trial. He was found guilty of killing Worden—reportedly due to financial reasons, prosecutors only tried one murder—but then was deemed insane at the time of the crime. He returned to a mental hospital, where he remained until his death in 1984.

Gein's behaviour inspired numerous books and movies, notably three of the most influential horror/thriller films ever made: *Psycho* (1960), directed by Alfred Hitchcock and based on Robert Bloch's powerful 1959 book; *The Texas Chain Saw Massacre* (1974); and *The Silence*


ever made: *Psycho* (1960), directed by Alfred Hitchcock and based on Robert Bloch's powerful 1959 book; *The Texas Chain Saw Massacre* (1974); and *The Silence of the Lambs* (1991).

> John Philip Jenkins
>
> The Editors of Encyclopaedia Britannica


Click Here for More Information
Ad by Sponsor    See More

**Anthony Perkins**  ‹

**Introduction**

**Fast Facts**
Facts & Related Content
Quizzes

**Media**
Images

**More**
More Articles On This Topic
Contributors
Article History

**Related Biographies**

 **Alan Arkin**
*American actor*

 **Ingrid Bergman**
*Swedish actress*

 **Fred Astaire**
*American dancer and singer*

 **Billy Crystal**
*American actor, and comedian*

See All

Home  >  Entertainment & Pop Culture  >  Movie, TV & Stage Directors

# Anthony Perkins
## American actor


Print    Cite    Share    Feedback

By The Editors of Encyclopaedia Britannica • Last Updated: Sep 8, 2022 • Edit History


**Anthony Perkins**

See all media

**Born:** April 4, 1932 • New York City • New York

**Died:** September 12, 1992 (aged 60) • Los Angeles • California

See all related content →


SPONSORED BY **GMC**
**Meet The New 2023 GMC Sierra AT4X**
Welcome to capability without compromise. The New 2023 Sierra AT4X is the peak of premium off-roading.

**EXPLORE SIERRA AT4X**

Document title: Psycho | film by Hitchcock [1960] | Britannica
Capture URL: https://www.britannica.com/topic/Psycho-film-1960
Capture timestamp (UTC): Fri, 07 Oct 2022 14:31:42 GMT                    Page 12 of 12

PageVault

| | |
|---|---|
| Document title: | Psycho \| film by Hitchcock [1960] \| Britannica |
| Capture URL: | https://www.britannica.com/topic/Psycho-film-1960 |
| Page loaded at (UTC): | Fri, 07 Oct 2022 14:16:33 GMT |
| Capture timestamp (UTC): | Fri, 07 Oct 2022 14:31:42 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 13 |
| Capture ID: | 0560288e-a6f2-47e4-a6fc-36ed755b49e0 |
| User: | fe-eaugustyniak |

PDF REFERENCE #:     1gD8gGGnbj8miasbPiv4SS