# Exhibit G

Not logged in Talk Contributions Create account Log in



Article    Talk

Read    Edit    View history    | Search Wikipedia

# *Psycho* (1960 film)

From Wikipedia, the free encyclopedia

*This article is about the 1960 film. For the 1998 remake, see* Psycho (1998 film). *For the sequels, see* Psycho (franchise).

**Psycho** is a 1960 American psychological horror thriller film produced and directed by Alfred Hitchcock. The screenplay, written by Joseph Stefano, was based on the 1959 novel of the same name by Robert Bloch. The film stars Anthony Perkins, Janet Leigh, Vera Miles, John Gavin and Martin Balsam. The plot centers on an encounter between on-the-run embezzler Marion Crane (Leigh) and shy motel proprietor Norman Bates (Perkins) and its aftermath, in which a private investigator (Balsam), Marion's lover Sam Loomis (Gavin), and her sister Lila (Miles) investigate her disappearance.[9]

*Psycho* was seen as a departure from Hitchcock's previous film *North by Northwest*, as it was filmed on a lower budget in black-and-white by the crew of his television series *Alfred Hitchcock Presents*. The film was initially considered controversial and received mixed reviews, but audience interest and outstanding box-office returns prompted a major critical re-evaluation. *Psycho* was nominated for four Academy Awards, including Best Supporting Actress for Leigh and Best Director for Hitchcock.

*Psycho* is now considered one of Hitchcock's best films.[10] and is arguably his most famous work.[11] It has been praised as a major work of cinematic art by international film critics and scholars due to its slick direction, tense atmosphere, impressive camerawork, a memorable score and iconic performances. Often ranked among the greatest films of all time, it set a new level of acceptability for violence, deviant behavior and sexuality in American films,[12] and is widely considered to be the earliest example of the slasher film genre.

After Hitchcock's death in 1980, Universal Pictures produced follow-ups: three sequels, a remake, a made-for-television spin-off, and a television series set in the 2010s. In 1992, the Library of Congress deemed the film "culturally, historically, or aesthetically significant" and selected it for preservation in the United States National Film Registry.[13][14]

|  |
|---|
| **Psycho** |
| |
| Theatrical release poster by Macario Gómez Quibus[1] |
| **Directed by** — Alfred Hitchcock |
| **Screenplay by** — Joseph Stefano |
| **Based on** — *Psycho* by Robert Bloch |
| **Produced by** — Alfred Hitchcock |
| **Starring** — Anthony Perkins, Vera Miles, John Gavin, Martin Balsam, John McIntire, Janet Leigh |
| **Cinematography** — John L. Russell |
| **Edited by** — George Tomasini |
| **Music by** — Bernard Herrmann |
| **Production company** — Shamley Productions |
| **Distributed by** — Paramount Pictures[N 1] |
| **Release dates** — June 16, 1960 (New York City); September 8, 1960 (United States)[4][5] |
| **Running time** — 109 minutes |

## Contents [hide]

1 Plot
2 Cast
3 Production
  3.1 Development
  3.2 Screenplay
  3.3 Pre-production
  3.4 Filming
  3.5 Shower scene

**Main page**
Main page
Contents
Current events
Random article
About Wikipedia
Contact us
Donate

**Contribute**
Help
Learn to edit
Community portal
Recent changes
Upload file

**Tools**
What links here
Related changes
Special pages
Permanent link
Page information
Cite this page
Wikidata item

**Print/export**
Download as PDF
Printable version

**In other projects**
Wikimedia Commons
Wikiquote

**Languages**
Deutsch
Español
Français
한국어
Italiano
Polski
Русский
Tiếng Việt
中文
文A 57 more
Edit links

Русский
Tiếng Việt
中文

文A 57 more

✏ Edit links

1 Plot
3 Production
  3.1 Development
  3.2 Screenplay
  3.3 Pre-production
  3.4 Filming
  3.5 Shower scene
4 Soundtrack
  4.1 Score
  4.2 Recordings
5 Censorship and taboos
6 Release
  6.1 Promotion
  6.2 Rating
  6.3 Re-release
  6.4 Television
  6.5 Home media
7 Reception
  7.1 Critical reception
  7.2 Box office
8 Themes and style
  8.1 Subversion of romance through irony
  8.2 Motifs
  8.3 Psychoanalytic interpretation
9 Accolades
10 Legacy
11 Sequels and remake
12 See also
13 Notes
14 References
15 Further reading
  15.1 Production of *Psycho*
16 External links

| | |
|---|---|
| | company |
| **Distributed by** | Paramount Pictures[N 1] |
| **Release dates** | June 16, 1960 (New York City) September 8, 1960 (United States)[4][5] |
| **Running time** | 109 minutes |
| **Country** | United States[6] |
| **Language** | English |
| **Budget** | $806,947[7] |
| **Box office** | $50 million[8] |

## Plot   [edit]

During a Friday afternoon tryst in a Phoenix hotel, real estate secretary Marion Crane and her boyfriend Sam Loomis discuss their inability to get married because of Sam's debts. Marion returns to work, steals a cash payment of $40,000 entrusted to her for deposit, and sets off to drive to Sam's home in Fairvale, California. Marion hurriedly trades her car en route, arousing suspicion from both the car dealer and a California Highway Patrol officer.

Marion stops for the night at the Bates Motel, located off the main highway, and hides the stolen money inside a newspaper. Proprietor Norman Bates descends from a large house overlooking the motel, registers Marion under an assumed name, and invites her to dine with him. After Norman returns to his house, Marion overhears Norman arguing with his mother about Marion's presence. Norman returns with a light meal and apologizes for his mother's outbursts. Norman discusses his hobby as a taxidermist, his mother's "illness", and how people have a "private trap" they want to escape. Marion decides to drive back to Phoenix in the morning and return the stolen money. As Marion showers, a shadowy figure in a dress appears and stabs her to death. Soon afterward, Norman cleans up the murder scene, putting Marion's body, belongings, and the hidden cash in her car, and sinks it in a swamp.

Marion's sister Lila arrives in Fairvale a week later, tells Sam about the theft, and demands to know her whereabouts. He

newspaper. Proprietor Norman Bates descends from a large house overlooking the motel, registers Marion under an... Norman arguing with his mother about Marion's presence. Norman returns with a light meal and apologizes for his mother's outbursts. Norman discusses his hobby as a taxidermist, his mother's "illness", and how people have a "private trap" they want to escape. Marion decides to drive back to Phoenix in the morning and return the stolen money. As Marion showers, a shadowy figure in a dress appears and stabs her to death. Soon afterward, Norman cleans up the murder scene, putting Marion's body, belongings, and the hidden cash in her car, and sinks it in a swamp.

Marion's sister Lila arrives in Fairvale a week later, tells Sam about the theft, and demands to know her whereabouts. He denies knowing anything about her disappearance. A private investigator named Arbogast approaches them, saying that he has been hired to retrieve the money. Arbogast stops at the Bates Motel and questions Norman, whose nervous behavior and inconsistent answers arouse his suspicion. He examines the guest register and discovers from her handwriting that Marion spent a night in the motel. When Arbogast learns that Marion had spoken to Norman's mother, Arbogast asks to speak to her, but Norman refuses it. Arbogast updates Sam and Lila about his search and promises to meet them within an hour at Sam's home. After he enters the Bates home to search for Norman's mother, the shadowy figure emerges from the bedroom and stabs him to death.

Sam visits the motel when he and Lila hear nothing from Arbogast. He sees a figure in the house whom he assumes is Norman's mother. Lila and Sam alert the local sheriff, who tells them Norman's mother died in a murder-suicide ten years earlier. The sheriff suggests Arbogast lied to Sam and Lila so he could pursue Marion and the money. Convinced that something happened to Arbogast, Lila and Sam drive to the motel. Sam distracts Norman in the office while Lila sneaks into the house. Suspicious, Norman becomes agitated and knocks Sam unconscious. As he goes to the house, Lila hides in the fruit cellar, where she discovers the mother's mummified body. She screams, and Norman, wearing women's clothes and a wig, enters the cellar and tries to stab her. Sam appears and subdues him.

At the police station, a psychiatrist explains that Norman killed his mother and her lover ten years earlier out of jealousy. Unable to bear the guilt, Norman mummified his mother's corpse and began treating it as if she was still alive. He recreated his mother as an alternate personality, as jealous and possessive towards Norman as he felt about his mother. When Norman is attracted to a woman, "Mother" takes over. He had killed two other missing young women before Marion and Arbogast. The psychiatrist concludes that "Mother" has now submerged Norman's personality. Norman sits in a jail cell and hears his mother saying the murders were all his doing. Marion's car is retrieved from the swamp.

## Cast  [ edit ]

- Anthony Perkins as Norman Bates
- Janet Leigh as Marion Crane
- John Gavin as Sam Loomis
- Vera Miles as Lila Crane
- Martin Balsam as Private Investigator Arbogast
- John McIntire as Deputy Sheriff Al Chambers
- Simon Oakland as Dr. Richmond
- Frank Albertson as Tom Cassidy
- Pat Hitchcock as Caroline
- Vaughn Taylor as George Lowery
- Lurene Tuttle as Mrs. Chambers
- John Anderson as California Charlie
- Mort Mills as Highway Patrol Officer



Anthony Perkins' performance as Norman Bates won him considerable critical praise.

Virginia Gregg, Paul Jasmin, and Jeanette Nolan make uncredited appearances as the voice of Norma "Mother" Bates. The three voices were used interchangeably, except for the last speech, which was performed by Gregg.[15]

## Production  [ edit ]

- John Anderson as California Charlie
- **Mort Mills** as Highway Patrol Officer

**Virginia Gregg**, **Paul Jasmin**, and **Jeanette Nolan** make uncredited appearances as the voice of **Norma "Mother" Bates**. The three voices were used interchangeably, except for the last speech, which was performed by Gregg.[15]


**Anthony Perkins'** performance as **Norman Bates** won him considerable critical praise.

## Production  [ edit ]

### Development  [ edit ]

*Psycho* is based on **Robert Bloch**'s 1959 **novel of the same name**, loosely inspired by the case of convicted Wisconsin murderer and grave robber **Ed Gein**.[16] Both Gein, who lived only 40 miles (64 km) from Bloch, and the story's protagonist Norman Bates, were solitary murderers in isolated rural locations. Each had deceased, domineering mothers, had sealed off a room in their home as a shrine to them, and dressed in women's clothes. Gein was apprehended after killing only twice.[17]

**Peggy Robertson**, Hitchcock's long-time assistant, read **Anthony Boucher**'s positive review of the novel in his "Criminals at Large" column in *The New York Times* and decided to show the book to her employer; however, studio readers at **Paramount Pictures** had already rejected its premise for a film.[18] Hitchcock acquired rights to the novel for $9,500[19] and reportedly ordered Robertson to buy all copies to preserve the novel's surprises.[18] Hitchcock, who had come to face genre competitors whose works were critically compared to his own, was seeking new material to recover from two **aborted projects** with Paramount: *Flamingo Feather* and *No Bail for the Judge*. He disliked stars' salary demands and trusted only a few people to choose prospective material, including Robertson.[20]

The *Psycho* set on the **Universal Studios Lot**, featuring a **Ford Custom 300** similar to that driven by **Janet Leigh** in the film, is now part of the studio tour at the **Universal Studios Hollywood** theme park.

Paramount executives balked at Hitchcock's proposal and refused to provide his usual budget.[21] In response, Hitchcock offered to film *Psycho* quickly and cheaply in black and white using his *Alfred Hitchcock Presents* television series crew. Paramount executives rejected this cost-conscious approach, claiming their sound stages were booked, but the industry was in a slump. Hitchcock countered that he personally would finance the project and film it at **Universal-International** using his Shamley Productions crew if Paramount would distribute. In lieu of his usual $250,000 director's fee, he proposed a 60% stake in the film negative. This combined offer was accepted, and Hitchcock went ahead in spite of naysaying from producer Herbert Coleman and Shamley Productions executive **Joan Harrison**.[22]

### Screenplay  [ edit ]

**James P. Cavanagh**, a writer on *Alfred Hitchcock Presents*, wrote the first draft of the screenplay.[23] Hitchcock felt the script dragged and read like a television short horror story,[24] an assessment shared by an assistant.[23] Although **Joseph Stefano** had worked on only one film before, Hitchcock agreed to meet with him; despite Stefano's inexperience, the meeting went well and he was hired.[23]

The screenplay is relatively faithful to the novel, with a few significant changes by Hitchcock and Stefano. Stefano found the character of Norman Bates unsympathetic—in the book, he is middle-aged, overweight, and more overtly unstable—but became more intrigued when Hitchcock suggested casting Anthony Perkins.[24] Stefano eliminated Bates' drinking,[25] which evidently necessitated removing Bates' "becoming" the mother personality when in a drunken stupor. Also gone is Bates' interest in


Replaying a scene at the Hollywood **Studio Tour**



Replaying a scene at the Hollywood Studio Tour

The screenplay is relatively faithful to the novel, with a few significant changes by Hitchcock and Stefano. Stefano found the character of Norman Bates unsympathetic—in the book, he is middle-aged, overweight, and more overtly unstable—but became more intrigued when Hitchcock suggested casting Anthony Perkins.[24] Stefano eliminated Bates' drinking,[25] which evidently necessitated removing Bates' "becoming" the mother personality when in a drunken stupor. Also gone is Bates' interest in spiritualism, the occult and pornography.[26] Hitchcock and Stefano elected to open the film with scenes in Marion's life and not introduce Bates at all until 20 minutes into the film rather than open with Bates reading a history book as Bloch does.[25] Writer Joseph W. Smith observes that "her story occupies only two of the novel's 17 chapters. Hitchcock and Stefano expanded this to nearly half the narrative".[27] He likewise mentions the absence of a hotel tryst between Marion and Sam in the novel. For Stefano, the conversation between Marion and Norman in the hotel parlor in which she displays a maternal sympathy towards him makes it possible for the audience to switch their sympathies towards Norman Bates after Marion's murder.[28] When Lila Crane is looking through Norman's room in the film, she opens a book with a blank cover whose contents are unseen; in the novel, these are "pathologically pornographic" illustrations. Stefano wanted to give the audience "indications that something was quite wrong, but it could not be spelled out or overdone".[28] In his book of conversations with Hitchcock, François Truffaut says the novel "cheats" by having extended conversations between Norman and "Mother" and stating what Mother is "doing" at various given moments.[29]

The first name of the female protagonist was changed from Mary to Marion because a real Mary Crane existed in Phoenix.[30] Also changed is the novel's budding romance between Sam and Lila. Hitchcock preferred to focus the audience's attention on the solution to the mystery,[31] and Stefano thought such a relationship would make Sam Loomis seem cheap.[28] Instead of having Sam explain Norman's pathology to Lila, the film uses a psychiatrist.[32] Stefano was in therapy dealing with his relationship with his own mother while writing the script.[33] The novel is more violent than the film: Marion is beheaded in the shower rather than being stabbed to death.[23] Minor changes include changing Marion's telltale earring found after her death to a scrap of paper that failed to flush down the toilet. This provided some shock effect because toilets almost were never seen in American cinema in the 1960s.[34] The location of Arbogast's death was moved from the foyer to the stairwell. Stefano thought this would make it easier to conceal the truth about "Mother" without tipping that something was being hidden.[35] As Janet Leigh put it, this gave Hitchcock more options for his camera.[32]

## Pre-production [ edit ]

Paramount, whose contract guaranteed another film by Hitchcock, did not want Hitchcock to make *Psycho*. Paramount was expecting *No Bail for the Judge* starring Audrey Hepburn, who became pregnant and had to bow out, leading Hitchcock to scrap the production. Their official stance was that the book was "too repulsive" and "impossible for films", and nothing but another of his star-studded mystery thrillers would suffice.[19][36] They did not like "anything about it at all" and denied him his usual budget.[19][36] In response Hitchcock financed the film's creation through his own Shamley Productions, shooting at Universal Studios under the Revue television unit.[21][37] The original Bates Motel and Bates house set buildings, which were constructed on the same stage as Lon Chaney's *The Phantom of the Opera*, are still standing at the Universal Studios backlot in Universal City near Hollywood and are a regular attraction at the studio's tour.[38][39] As a further result of cost cutting, Hitchcock chose to film *Psycho* in black and white, keeping the budget under $1 million.[40] Other reasons for shooting in black and white were his desire to prevent the shower scene from being too gory.[41]

To keep costs down, and because he was most comfortable around them, Hitchcock took most of his crew from his television series *Alfred Hitchcock Presents*, including the cinematographer, set designer, script supervisor, and first assistant director.[42] He hired regular collaborators Bernard Herrmann as music composer, George Tomasini as editor, and Saul Bass for the title design and storyboarding of the shower scene. In all, his crew cost $62,000.[43]

Through the strength of his reputation, Hitchcock cast Leigh for a quarter of her usual fee, paying only $25,000 (in the 1967 book *Hitchcock/Truffaut*, Hitchcock said that Leigh owed Paramount one final film on her seven-year contract which

To keep costs down, and because he was most comfortable around them, Hitchcock took most of his crew from his television series *Alfred Hitchcock Presents*, including the cinematographer, set designer, script supervisor, and first assistant director.[42] He hired regular collaborators Bernard Herrmann as music composer, George Tomasini as editor, and Saul Bass for the title design and storyboarding of the shower scene. In all, his crew cost $62,000.[43]

Through the strength of his reputation, Hitchcock cast Leigh for a quarter of her usual fee, paying only $25,000 (in the 1967 book *Hitchcock/Truffaut*, Hitchcock said that Leigh owed Paramount one final film on her seven-year contract which she had signed in 1953).[44] His first choice, Leigh agreed having only read the novel and making no inquiry into her salary.[30] Her co-star, Anthony Perkins, agreed to $40,000.[43] Both stars were experienced and proven box-office draws.[45]

Paramount distributed the film, but four years later Hitchcock sold his stock in Shamley to Universal's parent company (MCA) and his remaining six films were made at and distributed by Universal Pictures.[37] After another four years, Paramount sold all rights to Universal.[37]

## Filming [ edit ]

The film, independently produced and financed by Hitchcock, was shot at Revue Studios,[46] the same location as his television show. *Psycho* was shot on a tight budget of $807,000,[47] beginning on November 11, 1959, and ending on February 1, 1960.[48][49] Filming started in the morning and finished by six p.m. or earlier on Thursdays (when Hitchcock and his wife would dine at Chasen's).[50] Nearly the whole film was shot with 50 mm lenses on 35 mm cameras. This provided an angle of view similar to human vision, which helped to further involve the audience.[51]

Before shooting began in November, Hitchcock dispatched assistant director Hilton A. Green to Phoenix to scout locations and shoot the opening scene. The shot was supposed to be an aerial shot of Phoenix that slowly zoomed into the hotel window of a passionate Marion and Sam. Ultimately, the helicopter footage proved too shaky and had to be spliced with footage from the studio.[52] Another crew filmed day and night footage on Highway 99 between Gorman and Fresno, California for projection when Marion drives from Phoenix. Footage of her driving into Bakersfield to trade her car is also shown. They also provided the location shots for the scene in which she is discovered sleeping in her car by the highway patrolman.[52] In one street scene shot in downtown Phoenix, Christmas decorations were discovered to be visible; rather than re-shoot the footage, Hitchcock chose to add a graphic to the opening scene marking the date as "Friday, December the Eleventh".[53]

Green also took photos of a prepared list of 140 locations for later reconstruction in the studio. These included many real estate offices and homes such as those belonging to Marion and her sister.[52] He also found a girl who looked just like he imagined Marion and photographed her whole wardrobe, which would enable Hitchcock to demand realistic looks from Helen Colvig, the wardrobe supervisor.[52] The look of the Bates house was modeled on Edward Hopper's painting *House by the Railroad*,[54] a fanciful portrait of the Second Empire Victorian home at 18 Conger Avenue in Haverstraw, New York.[55]

Lead actors Perkins and Leigh were given freedom to interpret their roles and improvise as long as it did not involve moving the camera.[56] An example of Perkins's improvisation is Norman's habit of eating candy corn.[57] Throughout filming, Hitchcock created and hid various versions of the "Mother corpse" prop in Leigh's dressing room closet. Leigh took the joke well, and she wondered whether it was done to keep her in suspense or to judge which corpse would be scarier for the audience.[58]

Hitchcock was forced uncharacteristically to do retakes for some scenes. The final shot in the shower scene, which starts with an extreme close-up on Marion's eye and zooms in and out, proved difficult for Leigh because the water splashing in her eyes made her want to blink, and the cameraman had trouble as well because he had to manually focus while moving the camera.[56] Retakes were required for the opening scene because Hitchcock felt that Leigh and Gavin were not passionate enough.[59] Leigh had trouble saying "Not inordinately" for the real estate office scene, requiring additional retakes.[60] Lastly, the scene in which "Mother" is discovered required complicated coordination of the chair turning around, Vera Miles (as Lila Crane) hitting the light bulb, and a lens flare, which proved to be difficult. Hitchcock forced retakes until all three elements were effected to his satisfaction.[61]

Hitchcock was forced uncharacteristically to do retakes for some scenes. The final shot in the shower scene, which starts with an extreme close-up on Marion's eye and zooms out, proved difficult because the water splashing in her eyes made her want to blink, and the cameraman had trouble as well because he had to manually focus while moving the camera.[56] Retakes were required for the opening scene because Hitchcock felt that Leigh and Gavin were not passionate enough.[59] Leigh had trouble saying "Not inordinately" for the real estate office scene, requiring additional retakes.[60] Lastly, the scene in which "Mother" is discovered required complicated coordination of the chair turning around, Vera Miles (as Lila Crane) hitting the light bulb, and a lens flare, which proved to be difficult. Hitchcock forced retakes until all three elements were effected to his satisfaction.[61]

According to Hitchcock, a series of shots with Arbogast going up the stairs in the Bates house before he is stabbed were done by assistant director Hilton A. Green, working with storyboard artist Saul Bass's drawings only while Hitchcock was incapacitated with the common cold. However, upon viewing the dailies of the shots, Hitchcock was forced to scrap them. He claimed they were "no good" because they did not portray "an innocent person but a sinister man who was going up those stairs".[62] Hitchcock later re-shot the scene, though a little of the cut footage made its way into the film. Filming the murder of Arbogast proved problematic, owing to the overhead camera angle necessary to hide the film's twist. A camera track constructed on pulleys alongside the stairway together with a chairlike device had to be constructed and thoroughly tested over a period of weeks.[63]

Alfred Hitchcock's cameo is a signature occurrence in most of his films. In *Psycho*, he can be seen through a window—wearing a Stetson hat—standing outside Marion Crane's office.[64] Wardrobe mistress Rita Riggs has said that Hitchcock chose this scene for his cameo so that he could be in a scene with his daughter, who played one of Marion's colleagues. Others have suggested that he chose this early appearance in the film in order to avoid distracting the audience.[65]

## Shower scene  [ edit ]

The murder of Leigh's character in the shower is the film's pivotal scene and one of the best-known in all of cinema.[66] As such, it spawned numerous myths and legends. It was shot from December 17–23, 1959, after Leigh had twice postponed the filming, first because of a cold and then because of her period.[67] The finished scene runs some three minutes, and its flurry of action and edits has produced contradictory attempts to count its parts. Hitchcock himself contributed to this pattern, telling Truffaut that "there were seventy camera setups for forty-five seconds of footage",[62] and maintaining to other interviewers that there were "seventy-eight pieces of film".[68] The 2017 documentary *78/52: Hitchcock's Shower Scene*, by director Alexandre O. Philippe, latches onto this last figure for the production's tagline, '78 Shots & 52 Cuts That Changed Cinema Forever'.[69] But in his careful description of the shower scene, film scholar Philip J. Skerry counted only 60 separate shots, with a table breaking down the middle 34 by type, camera position, angle, movement, focus, POV, and subject.[70] Absent an alternative tabulation, Richard Schickel and Frank Capra, in their 2001 book *The Men Who Made the Movies*, concluded the most reasonable calculation was 60. Many are close-ups, including extreme close-ups, except for medium shots in the shower directly before and directly after the murder. The combination of the close shots with their short duration makes the sequence feel more subjective than if the images were presented alone or in a wider angle, an example of the technique Hitchcock described as "transferring the menace from the screen into the mind of the audience".[71]


The shadowy figure from the shower scene

To capture the straight-on shot of the shower head, the camera had to be equipped with a long lens. The inner holes on the shower head were blocked and the camera placed a sufficient distance away so that the water, while appearing to be aimed directly at the lens, actually went around and past it.[72]

The soundtrack of screeching violins, violas, and cellos was an original all-strings piece by composer Bernard Herrmann titled "The Murder". Hitchcock originally intended to have no music for the sequence (and all motel scenes),[73] but Herrmann insisted he try his composition. Afterward, Hitchcock agreed it vastly intensified the scene, and nearly doubled Herrmann's salary.[74][75][76] The blood in the scene was Hershey's chocolate syrup,[77] which shows up better on black-and-white film, and has more realistic density than stage blood.[78] The sound of the knife entering flesh was created by plunging a knife into a casaba melon.[79][80]



The shadowy figure from the shower scene

The soundtrack of screeching violins, violas, and cellos was an original all-strings piece by composer Bernard Herrmann titled "The Murder". Hitchcock originally intended to have no music for the sequence (and all motel scenes),[73] but Herrmann insisted he try his composition. Afterward, Hitchcock agreed it vastly intensified the scene, and nearly doubled Herrmann's salary.[74][75][76] The blood in the scene was Hershey's chocolate syrup,[77] which shows up better on black-and-white film, and has more realistic density than stage blood.[78] The sound of the knife entering flesh was created by plunging a knife into a casaba melon.[79][80]

There are varying accounts whether Leigh was in the shower the entire time or a body double was used for some parts of the murder sequence and its aftermath. In an interview with Roger Ebert and, in the book by Stephen Rebello, *Alfred Hitchcock and the Making of Psycho*, Leigh stated she appeared in the scene the entire time and Hitchcock used a stand-in only for the sequence in which Norman wraps Marion's body in a shower curtain and places it in the trunk of her car.[81] The 2010 book *The Girl in Alfred Hitchcock's Shower* by Robert Graysmith and the documentary *78/52: Hitchcock's Shower Scene* contradicts this, identifying Marli Renfro as Leigh's body double for some of the shower scene's shots.[77][82] Graysmith also stated that Hitchcock later acknowledged Renfro's participation in the scene.[83] Rita Riggs, who was in charge of the wardrobe, claims it was Leigh in the shower the entire time, explaining that Leigh did not wish to be nude and so she devised strategic items including pasties, moleskin, and bodystockings, to be pasted on Leigh for the scene.[84] Riggs and Leigh went through strip tease magazines that showed all the different costumes, but none of them worked because they all had tassels on them.

> As you know, you could not take the camera and just show a nude woman, it had to be done impressionistically. So, it was done with little pieces of film, the head, the feet, the hand, etc. In that scene there were 78 pieces of film in about 45 seconds. [85]

A popular myth emerged that ice-cold water was used in the shower scene to make Leigh's scream realistic. Leigh denied this on numerous occasions, saying the crew was accommodating, using hot water throughout the week-long shoot.[86] All of the screams are Leigh's.[15] Another myth was that graphic designer Saul Bass directed the shower scene. This was denied by several figures associated with the film, including Leigh, who stated: "Absolutely not! I have emphatically said this in any interview I've ever given. I've said it to his face in front of other people ... I was in that shower for seven days, and, believe me, Alfred Hitchcock was right next to his camera for every one of those seventy-odd shots".[87] Hilton A. Green, the assistant director, also rebuts Bass's claim: "There is not a shot in that movie that I didn't roll the camera for. And I can tell you I never rolled the camera for Mr. Bass".[87] Roger Ebert, a longtime admirer of Hitchcock's work, summarily dismissed the rumor: "It seems unlikely that a perfectionist with an ego like Hitchcock's would let someone else direct such a scene".[88]

Commentators such as Stephen Rebello and Bill Krohn have argued in favor of Bass's contribution to the scene in his capacity as visual consultant and storyboard artist.[89] Along with designing the opening credits, Bass is termed "Pictorial Consultant" in the credits. When interviewing Hitchcock in 1967, François Truffaut asked about the extent of Bass's contribution, to which Hitchcock replied that in addition to the titles, Bass had provided storyboards for the Arbogast murder (which he claimed to have rejected), but made no mention of Bass's having provided storyboards for the shower scene.[90]

According to Bill Krohn's *Hitchcock At Work*, Bass's first claim to have directed the scene was in 1970, when he provided a magazine with 48 drawings used as storyboards as proof of his contribution.[91] Krohn's analysis of the production, while rebutting Bass's claims for having directed the scene, notes that these storyboards did introduce key aspects of the final scene—most notably, the fact that the killer appears as a silhouette, and details such as the close-ups of the slashing knife, Leigh's desperate outstretched arm, the shower curtain being torn off its hooks, and the transition from the drain to Marion Crane's dead eye. Krohn notes that this final transition is highly reminiscent of the iris titles that Bass created for *Vertigo*.[91] Krohn also notes that Hitchcock shot the scene with two cameras: one a BNC Mitchell, the other a handheld French *Éclair* camera which Orson Welles had used in *Touch of Evil* (1958). In order to create an ideal montage for the greatest emotional impact on the audience, Hitchcock shot a lot of footage of this scene which he trimmed down in the editing room. He even brought a Moviola on the set to gauge the footage required. The final

while rebutting Bass's claims for having directed the scene, notes that these storyboards did introduce key aspects of the slashing knife, Leigh's desperate outstretched arm, the shower curtain being torn off its hooks, and the transition from the drain to Marion Crane's dead eye. Krohn notes that this final transition is highly reminiscent of the iris titles that Bass created for *Vertigo*.[91] Krohn also notes that Hitchcock shot the scene with two cameras: one a BNC Mitchell, the other a handheld French *Éclair* camera which Orson Welles had used in *Touch of Evil* (1958). In order to create an ideal montage for the greatest emotional impact on the audience, Hitchcock shot a lot of footage of this scene which he trimmed down in the editing room. He even brought a Moviola on the set to gauge the footage required. The final sequence, which his editor George Tomasini worked on with Hitchcock's advice, however did not go far beyond the basic structural elements set up by Bass's storyboards.[91]

According to Donald Spoto in *The Dark Side of Genius* and to Stephen Rebello in *Alfred Hitchcock and the Making of Psycho*, Hitchcock's wife and trusted collaborator, Alma Reville, spotted a blooper in one of the last edits of *Psycho* before its official release: after Marion was supposedly dead, one could see her blink. According to Patricia Hitchcock, talking in Laurent Bouzereau's "making of" documentary, Alma spotted that Leigh's character appeared to take a breath. In either case, the postmortem activity was edited out and was never seen by audiences.[23] Although Marion's eyes should be dilated after her death, the contact lenses necessary for this effect would have required six weeks of acclimation to wear them, so Hitchcock decided to forgo them.[92]

It is often claimed that, despite its graphic nature, the shower scene never once shows a knife puncturing flesh.[93][94][95] However, a frame by frame analysis of the sequence shows one shot in which the knife appears to penetrate Leigh's abdomen, but the effect was created by lighting and reverse motion.[96][77] Leigh herself was so affected by this scene when she saw it, that she no longer took showers unless she absolutely had to; she would lock all the doors and windows and would leave the bathroom and shower door open.[97] She never realized until she first watched the film "how vulnerable and defenseless one is".[23]

Before production, Leigh and Hitchcock fully discussed what the scene meant:

> Marion had decided to go back to Phoenix, come clean, and take the consequence, so when she stepped into the bathtub it was as if she were stepping into the baptismal waters. The spray beating down on her was purifying the corruption from her mind, purging the evil from her soul. She was like a virgin again, tranquil, at peace. [87]

Film theorist Robin Wood also discusses how the shower washes "away her guilt". He comments upon the "alienation effect" of killing off the "apparent center of the film" with which spectators had identified.[98] The scene was the subject of Alexandre O. Philippe's 2017 documentary *78/52: Hitchcock's Shower Scene*, the title of which references the putative number of cuts and set-ups, respectively, that Hitchcock used to shoot it.[99][100]

## Soundtrack  [ edit ]

### Score  [ edit ]

Hitchcock insisted that Bernard Herrmann write the score for *Psycho* despite the composer's refusal to accept a reduced fee for the film's lower budget.[101] The resulting score, according to Christopher Palmer in *The Composer in Hollywood* (1990) is "perhaps Herrmann's most spectacular Hitchcock achievement".[102] Hitchcock was pleased with the tension and drama the score added to the film,[103] later remarking "33% of the effect of *Psycho* was due to the music"[104] and that "*Psycho* depended heavily on Herrmann's music for its tension and sense of pervading doom".[105]

Herrmann used the lowered music budget to his advantage by writing for a string orchestra rather than a full symphonic ensemble,[101] contrary to Hitchcock's request for a jazz score.[106] He thought of the single tone color of the all-string soundtrack as a way of reflecting the black-and-white cinematography of the film.[107] The strings play *con sordini* (muted) for all the music other than the shower scene, creating a darker and more intense effect. Film composer Fred Steiner, in an analysis of the score to *Psycho*, points out that string instruments gave Herrmann access to a wider range in tone, dynamics, and instrumental special effects than any other single instrumental group would have.[108]

that "*Psycho* depended heavily on Herrmann's music for its tension and sense of pervading doom".[105] Herrmann used the lowered music budget to his advantage by writing for a string orchestra rather than a full symphonic ensemble.[101] Contrary to Hitchcock's request for a jazz score.[106] He thought of the single tone color of the all-string soundtrack as a way of reflecting the black-and-white cinematography of the film.[107] The strings play *con sordini* (muted) for all the music other than the shower scene, creating a darker and more intense effect. Film composer Fred Steiner, in an analysis of the score to *Psycho*, points out that string instruments gave Herrmann access to a wider range in tone, dynamics, and instrumental special effects than any other single instrumental group would have.[108]

The main title music, a tense, hurtling piece, sets the tone of impending violence, and returns three times on the soundtrack.[109][110] Though nothing shocking occurs during the first 15–20 minutes of the film, the title music remains in the audience's mind, lending tension to these early scenes.[109] Herrmann also maintains tension through the slower moments in the film through the use of ostinato.[104]

There were rumors that Herrmann had used electronic means, including amplified bird screeches to achieve the shocking effect of the music in the shower scene. The effect was achieved, however, only with violins in a "screeching, stabbing sound-motion of extraordinary viciousness".[111] The only electronic amplification employed was in the placing of the microphones close to the instruments, to get a harsher sound.[111] Besides the emotional impact, the shower scene cue ties the soundtrack to birds.[111] The association of the shower scene music with birds also telegraphs to the audience that it is Norman, the stuffed-bird collector, who is the murderer rather than his mother.[111]

Herrmann biographer Steven C. Smith writes that the music for the shower scene is "probably the most famous (and most imitated) cue in film music",[107] but Hitchcock was originally opposed to having music in this scene.[111] When Herrmann played the shower scene cue for Hitchcock, the director approved its use in the film. Herrmann reminded Hitchcock of his instructions not to score this scene, to which Hitchcock replied: "Improper suggestion, my boy, improper suggestion".[112] This was one of two important disagreements Hitchcock had with Herrmann, in which Herrmann ignored Hitchcock's instructions. The second one, over the score for *Torn Curtain* (1966), resulted in the end of their professional collaboration.[113] A survey conducted by PRS for Music, in 2009, showed that the British public consider the score from 'the shower scene' to be the scariest theme from any film.[114]

To honor the fiftieth anniversary of *Psycho*, in July 2010, the San Francisco Symphony[115] obtained a print of the film with the soundtrack removed, and projected it on a large screen in Davies Symphony Hall while the orchestra performed the score live. This was previously mounted by the Seattle Symphony in October 2009 as well, performing at the Benaroya Hall for two consecutive evenings.

## Recordings  [ edit ]

Several CDs of the film score have been released, including:

- The October 2, 1975 recording with Bernard Herrmann conducting the National Philharmonic Orchestra [Unicorn CD, 1993].[116]
- The 1997 Varèse Sarabande CD features a re-recording of the complete score performed by the Royal Scottish National Orchestra and conducted by Joel McNeely.[117][118]
- The 1998 Soundstage Records SCD 585 CD claims to feature the tracks from the original master tapes, but it has been asserted that the release is a bootleg recording.[117]
- The 2011 Doxy Records DOY650 (Italy) 180 gram LP release of the complete original score conducted by Herrmann.

**Cue list**

| No. | Title | Length |
|-----|-------|--------|
| 1. | "Prelude" | |
| 2. | "The City" | |
| 3. | "Marion" | |
| 4. | "Marion & Sam" | |
| 5. | "Temptation" | |
| 6. | "Flight" | |
| 7. | "Patrol Car" | |

| No. | Title | Length |
|---|---|---|
| | "Prelude" | |
| 2. | "The City" | |
| 3. | "Marion" | |
| 4. | "Marion & Sam" | |
| 5. | "Temptation" | |
| 6. | "Flight" | |
| 7. | "Patrol Car" | |
| 8. | "The Car Lot" | |
| 9. | "The Package" | |
| 10. | "The Rainstorm" | |
| 11. | "Hotel Room" | |
| 12. | "The Window" | |
| 13. | "The Parlor" | |
| 14. | "The Madhouse" | |
| 15. | "The Peephole" | |
| 16. | "The Bathroom" | |
| 17. | "The Murder" | |
| 18. | "The Body" | |
| 19. | "The Office" | |
| 20. | "The Curtain" | |
| 21. | "The Water" | |
| 22. | "The Car" | |
| 23. | "Cleanup" (Unused in film) | |
| 24. | "The Swamp" | |
| 25. | "The Search" | |
| 26. | "The Shadow" | |
| 27. | "Phone Booth" | |
| 28. | "The Porch" | |
| 29. | "The Stairs" | |
| 30. | "The Knife" | |
| 31. | "The Search (B)" | |
| 32. | "The First Floor" | |
| 33. | "Cabin 10" | |
| 34. | "Cabin 1" | |
| 35. | "The Hill" | |
| 36. | "The Bedroom" | |
| 37. | "The Toys" | |
| 38. | "The Cellar" | |
| 39. | "Discovery" | |
| 40. | "Finale" | |

## Censorship and taboos [ edit ]

*Psycho* is a prime example of the type of film that appeared in the United States during the 1960s after the erosion of the Production Code. It was unprecedented in its depiction of sexuality and violence, right from the opening scene in which



39. "Discovery"

40. "Finale"

## Censorship and taboos  [ edit ]

*Psycho* is a prime example of the type of film that appeared in the United States
during the 1960s after the erosion of the Production Code. It was unprecedented
in its depiction of sexuality and violence, right from the opening scene in which
Sam and Marion are shown as lovers sharing the same bed, with Marion in a
bra.[119] In the Production Code standards of that time, unmarried couples
shown in the same bed would have been taboo.[120]

Another issue was the gender nonconformity. Perkins, who was allegedly a
homosexual,[121] and Hitchcock, who previously made *Rope*, were both
experienced in the film's transgressive subject matter. The viewer is unaware of
Bates' crossdressing until, at the end of the film, it is revealed during the
attempted murder of Lila. At the station, Sam asks why Bates was dressed that
way. The police officer, ignorant of Bates' split personality, announces his
conclusion that Bates is a transvestite. The psychiatrist corrects him and
explains that Bates believes that he is his own mother when he dresses in her
clothes.[122]

According to Stephen Rebello's 1990 book *Alfred Hitchcock and the Making of
Psycho*, the censors in charge of enforcing the Production Code wrangled with
Hitchcock because some of them insisted they could see one of Leigh's breasts.
Hitchcock held onto the print for several days, left it untouched, and resubmitted
it for approval. Each of the censors reversed their positions: those who had previously seen the breast now did not, and
those who had not, now did. They passed the film after the director removed one shot that showed the buttocks of
Leigh's stand-in.[123] The board was also upset by the racy opening, so Hitchcock said that if they let him keep the
shower scene he would re-shoot the opening with them on the set. Because board members did not show up for the re-
shoot, the opening stayed.[123]

Another cause of concern for the censors was that Marion was shown flushing a toilet, with its contents (torn-up note
paper) fully visible. No flushing toilet had appeared in mainstream film and television in the United States at that
time.[124][125][126]

Internationally, Hitchcock was forced to make minor changes to the film, mostly to the shower scene. In Britain, the BBFC
required cuts to stabbing sounds and visible nude shots, and in New Zealand the shot of Norman washing blood from his
hands was seen as disgusting. In Singapore, though the shower scene was left untouched, the murder of Arbogast and a
shot of Norman's mother's corpse were removed.[127] In Ireland, the censor Gerry O'Hara banned it upon his initial
viewing in 1960. The next year, a highly edited version missing some 47 feet of film was submitted to the Irish censor.
O'Hara ultimately requested that an additional seven cuts be made: the line where Marion tells Sam to put his shoes on
(which implied that he earlier had his pants or trousers off), two shots of Norman spying on Marion through the keyhole,
Marion's undressing, the shots of Marion's blood flowing down the shower, the shots of Norman washing his hands when
blood is visible, incidents of multiple stabbings ("One stab is surely enough", wrote O'Hara), the words "in bed" from the
sheriff's wife's line, "Norman found them together in bed", and Arbogast's questions to Norman about whether he
spent the night with Marion.[128] In 1986, the uncut version of *Psycho* was accepted by the BBFC, who classified it at
15.[129]



IT IS REQUIRED
THAT YOU SEE

PSYCHO

FROM THE
VERY BEGINNING!

Hitchcock enforced a "no late
admission" policy during the theatrical
release of *Psycho*, which was unusual
for the time.

## Release  [ edit ]

The film was released on June 16, 1960, at the DeMille Theatre and the Baronet Theatre in New York City.[4][130] It was
the first film sold in the US on the basis that no one would be admitted to the theater after the film had started.[131][132]

Hitchcock's "no late admission" policy for the film was unusual for the time. It was not an entirely original publicity

shenff's wife's one", Norman found them dead together in bed", and Arbogast's questions to Norman about whether it was [128] the real you help Marion [128] In 1985, the uncut version of Psycho was re-rated and the BBFC reclassified it at 15.[129]

## Release  [ edit ]

The film was released on June 16, 1960, at the DeMille Theatre and the Baronet Theatre in New York City.[4][130] It was the first film sold in the US on the basis that no one would be admitted to the theater after the film had started.[131][132]

Hitchcock's "no late admission" policy for the film was unusual for the time. It was not an entirely original publicity strategy as Clouzot had done the same in France for *Les Diaboliques* (1955).[133] Hitchcock believed people who entered the theater late and thus never saw the appearance of star actress Janet Leigh would feel cheated.[37] At first theater owners opposed the idea, thinking they would lose business. However, after the first day, the owners enjoyed long lines of people waiting to see the film.[37] Shortly before the release of *Psycho*, Hitchcock promised a film in "the *Diabolique* manner".[134]

The week after the New York premiere, the film opened at the Paramount Theatre, Boston; the Woods Theatre, Chicago and the Arcadia Theatre, Philadelphia.[135] After nine weeks of release at the DeMille and the Baronet, the film was released in neighborhood New York theaters, the first time a film had played on Broadway and the neighborhood theaters simultaneously.[132]

### Promotion  [ edit ]



6:29

Original trailer for *Psycho*

Hitchcock did most of the promotion himself, forbidding Leigh and Perkins to make the usual television, radio, and print interviews for fear of them revealing the plot.[136] Even critics were not given private screenings but rather had to see the film with the general public, which may have affected their reviews.[127]

The film's original trailer features a jovial Hitchcock taking the viewer on a tour of the set, and almost giving away plot details before stopping himself. It is "tracked" with Herrmann's *Psycho* theme, but also jovial music from Hitchcock's comedy *The Trouble with Harry*; most of Hitchcock's dialogue is post-synchronized. The trailer was made after completion of the film, and because Janet Leigh was no longer available for filming, Hitchcock had Vera Miles don a blonde wig and scream loudly as he pulled the shower curtain back in the bathroom sequence of the preview. Because the title *Psycho* instantly covers most of the screen, the switch went unnoticed by audiences for years. However, a freeze-frame analysis clearly reveals that it is Miles and not Leigh in the shower during the trailer.[37]

### Rating  [ edit ]

*Psycho* has been rated and re-rated several times over the years by the MPAA. Upon its initial release, the film received a certificate stating that it was "Approved" (certificate #19564) under the simple pass/fail system of the Production Code in use at that time. Later, when the MPAA switched to a voluntary letter ratings system in 1968, *Psycho* was one of a number of high-profile motion pictures to be retro-rated with an "M" (Suggested for mature audiences: Parental discretion advised). This remained the only rating the film would receive for 16 years, and according to the guidelines of the time "M" was the equivalent of a "PG" rating.[137][138] In 1984, amidst a controversy surrounding the levels of violence depicted in "PG"-rated films in the VCR era, the film was re-classified to its current rating of "R".[137][138]

### Re-release  [ edit ]

The film had another successful theatrical reissue in 1969.

The film was re-released to cinemas on September 20 and 23, 2015, as part of the "TCM Presents" series by Turner Classic Movies and Fathom Events.[139]

### Television  [ edit ]

The film had another successful theatrical reissue in 1969.

The film was re-released to cinemas on September 20 and 23, 2015, as part of the "TCM Presents" series by Turner Classic Movies and Fathom Events.[139]

### Television  [ edit ]

CBS purchased the television rights for $450,000. CBS planned to televise the film on September 23, 1966, as an installment of its new movie night *The CBS Friday Night Movies*.[140] Three days prior to the scheduled telecast, Valerie Percy, daughter of Illinois senate candidate Charles H. Percy, was murdered. As her parents slept mere feet away, she was stabbed a dozen times with a double-edged knife. In light of the murder, CBS agreed to postpone the broadcast. As a result of the Apollo 1 fire on January 27, 1967, the network washed its hands of *Psycho*.[141]

Shortly afterward Paramount included the film in its first syndicated package of post-1950 movies, "Portfolio I". WABC-TV in New York City was the first station in the country to air *Psycho* (with some scenes significantly edited), on its late-night movie series, *The Best of Broadway*, on June 24, 1967.[142]

The film finally made its way to general television broadcast in one of Universal's syndicated programming packages for local stations in 1970. *Psycho* was aired for 20 years in this format, then leased to cable for two years before returning to syndication as part of the "List of a Lifetime" package.[141]

### Home media  [ edit ]

The film has been released several times on VHS, LaserDisc, DVD and Blu-ray. DiscoVision first released *Psycho* on the LaserDisc format in "standard play" (5 sides) in 1979, and "extended play" (2 sides) in October 1981. MCA/Universal Home Video released a new LaserDisc version of *Psycho* in August 1988 (Catalog #: 11003). In May 1998, Universal Studios Home Video released a deluxe edition of *Psycho* as part of their Signature Collection. This THX-certified Widescreen (1.85:1) LaserDisc Deluxe Edition (Catalog #: 43105) is spread across 4 extended play sides and 1 standard play side, and includes a new documentary and isolated Bernard Herrmann score. A DVD edition was released at the same time as the LaserDisc.[143]

A version of the film with extended footage of Marion undressing (showing her taking off her bra), Norman cleaning up after the murder, and Arbogast's death (in which he is stabbed four times instead of two) has been shown on German TV, and was released there on Blu-ray in 2015.[144][145] This footage had been cut from the US version of the film in 1968 before the re-release of the movie after the ratings system was first established by the MPAA; these cuts were mandated by the National Legion of Decency.[4]

For the DVD release, Laurent Bouzereau produced a documentary looking at the film's production and reception. Universal released a 50th anniversary edition on Blu-ray in the United Kingdom on August 9, 2010.[146] with Australia making the same edition (with a different cover) available on September 1.[147] To mark the film's 50th anniversary, a Blu-ray in the U.S. was released on October 19, 2010, featuring yet another cover.[148] The film is also included on two different Alfred Hitchcock Blu-ray box-sets from Universal.[149][150]

The film was released on 4K UHD Blu-Ray as part of The Alfred Hitchcock Classics Collection in September 2020, along with an individual "60th anniversary" Blu-Ray release as well. This release includes the extended footage from the German release, making it the first time that these scenes were presented to US audiences as Hitchcock intended.[151]

## Reception  [ edit ]

### Critical reception  [ edit ]



Initial reviews of the film were mixed.[152] Bosley Crowther of *The New York Times* wrote: "There is not an abundance of subtlety or the lately familiar Hitchcock bent toward significant and colorful scenery in this obviously low-budget job". Crowther called the "slow buildups to sudden shocks" reliably

## Reception [edit]

### Critical reception [edit]

Initial reviews of the film were mixed.[152] Bosley Crowther of *The New York Times* wrote: "There is not an abundance of subtlety or the lately familiar Hitchcock bent toward significant and colorful scenery in this obviously low-budget job". Crowther called the "slow buildups to sudden shocks" reliably melodramatic but contested Hitchcock's psychological points, reminiscent of Krafft-Ebing's studies, as less effective. While the film did not conclude satisfactorily for the critic, he commended the cast's performances as "fair".[130] British critic C. A. Lejeune was so offended that she not only walked out before the end but permanently resigned her post as film critic for *The Observer*.[153] Other negative reviews stated, "a blot on an honorable career", "plainly a gimmick movie", and "merely one of those television shows padded out to two hours".[152][154] The Catholic Legion of Decency gave the film a B rating, meaning "morally objectionable in part".[155]



Janet Leigh (pictured in 1955) received an Oscar nomination and won a Golden Globe for her performance in the film.

Critics from the New York *Daily News*, *New York Daily Mirror*, and *The Village Voice* were positive, writing, "Anthony Perkins' performance is the best of his career ... Janet Leigh has never been better", "played out beautifully", and "first American movie since *Touch of Evil* to stand in the same creative rank as the great European films", respectively.[152][156] A mixed review from the *New York Herald Tribune*'s review stated it was "rather difficult to be amused at the forms insanity may take ... keeps your attention like a snake-charmer".[152] The film ranked 9th on *Cahiers du Cinéma*'s Top 10 Films of the Year List in 1960.[157]

In the United Kingdom, the film broke attendance records at the London Plaza Cinema, but nearly all British film critics gave it poor reviews, questioning Hitchcock's taste and judgment and calling it his worst film ever.[158] Reasons cited for this were the lack of preview screenings; the fact that they had to turn up at a set time as they wouldn't be admitted after the film had started; their dislike of the gimmicky promotion; and Hitchcock's expatriate status.[159][158]

Critics later reassessed the film far more positively. *Time* magazine switched its opinion from "Hitchcock bears down too heavily in this one" to "superlative" and "masterly", and Bosley Crowther changed his initial opinion and included it in his Top Ten list of 1960,[159] deeming it a "bold psychological mystery picture.... [I]t represented expert and sophisticated command of emotional development with cinematic techniques".[160]

*Psycho* was criticized for causing other filmmakers to show gory content; three years later, *Blood Feast*, considered to be the first "splatter film", was released.[161] Inspired by *Psycho*, Hammer Film Productions launched a series of mystery thrillers including *The Nanny*[162] (1965) starring Bette Davis and William Castle's *Homicidal* (1961) was followed by a slew of more than thirteen other splatter films.[161]

On the review aggregator website Rotten Tomatoes, *Psycho* has an approval rating of 96% based on 108 reviews, with an average score of 9.20/10. The site's critical consensus reads: "Infamous for its shower scene, but immortal for its contribution to the horror genre. Because *Psycho* was filmed with tact, grace, and art, Hitchcock didn't just create modern horror, he validated it".[163] On Metacritic, the film has a weighted average score of 97 out of 100 based on 17 critics, indicating "universal acclaim".[164] In his 1998 review of *Psycho* film critic Roger Ebert summarised the film's enduring appeal, writing:

> What makes *Psycho* immortal, when so many films are already half-forgotten as we leave the theater, is that it connects directly with our fears: Our fears that we might impulsively commit a crime, our fears of the police, our fears of becoming the victim of a madman, and of course our fears of disappointing our mothers.[165]

### Box office [edit]

What makes *Psycho* immortal, when so many films are already half-forgotten as we leave the theater, is that it connects directly with our fears: Our fears that we might impulsively commit a crime, our fears of the police, our fears of becoming the victim of a madman, and of course our fears of disappointing our mothers.[165]

### Box office [ edit ]

In its opening week, *Psycho* grossed $46,500 at the DeMille and a record $19,500 at the Baronet.[135] Following its expansion the following week, it grossed $143,000 from 5 theaters.[135][166]

*Psycho* broke box-office records in Japan and the rest of Asia, France, Britain, South America, and Canada, and was a moderate success in Australia for a brief period.[152]

It went on to become the second highest-grossing film of 1960, behind *Spartacus*,[167] earning a box office gross of $32 million,[168] which generated approximately $9.1 million in North American theatrical rentals.[169]

*Psycho* remains the most commercially successful film of Hitchcock's career.[167] Hitchcock personally earned in excess of $15 million from *Psycho*. He then swapped his rights to *Psycho* and his TV anthology for 150,000 shares of MCA, making him the third largest shareholder in MCA Inc., and his own boss at Universal, in theory; this did not stop them from interfering with his later films.[170][171]

## Themes and style [ edit ]

### Subversion of romance through irony [ edit ]

In *Psycho*, Hitchcock subverts the romantic elements that are seen in most of his work. The film is instead ironic as it presents "clarity and fulfillment" of romance. The past is central to the film; the main characters "struggle to understand and resolve destructive personal histories" and ultimately fail.[172] Lesley Brill writes: "The inexorable forces of past sins and mistakes crush hopes for regeneration and present happiness". The crushed hope is highlighted by the death of the protagonist, Marion Crane, halfway through the film.[173] Marion is like Persephone of Greek mythology, who is abducted temporarily from the world of the living. The myth does not sustain with Marion, who dies hopelessly in her room at the Bates Motel. The room is wallpapered with floral print like Persephone's flowers, but they are only "reflected in mirrors, as images of images—twice removed from reality". In the scene of Marion's death, Brill describes the transition from the bathroom drain to Marion's lifeless eye, "like the eye of the amorphous sea creature at the end of Fellini's *La Dolce Vita*, it marks the birth of death, an emblem of final hopelessness and corruption".[174]

Marion is deprived of "the humble treasures of love, marriage, home and family", which Hitchcock considers elements of human happiness. There exists among *Psycho*'s secondary characters a lack of "familial warmth and stability", which demonstrates the unlikelihood of domestic fantasies. The film contains ironic jokes about domesticity, such as when Sam writes a letter to Marion, agreeing to marry her, only after the audience sees her buried in the swamp. Sam and Marion's sister Lila, in investigating Marion's disappearance, develop an "increasingly connubial" relationship, a development that Marion is denied.[175] Norman also suffers a similarly perverse definition of domesticity. He has "an infantile and divided personality" and lives in a mansion whose past occupies the present. Norman displays stuffed birds that are "frozen in time" and keeps childhood toys and stuffed animals in his room. He is hostile toward suggestions to move from the past, such as with Marion's suggestion to put his mother "someplace" and as a result kills Marion to preserve his past. Brill explains: "'Someplace' for Norman is where his delusions of love, home, and family are declared invalid and exposed".[176]

Light and darkness feature prominently in *Psycho*. The first shot after the intertitle is the sunny landscape of Phoenix before the camera enters a dark hotel room where Sam and Marion appear as bright figures. Marion is almost immediately cast in darkness; she is preceded by her shadow as she reenters the office to steal money and as she enters her bedroom. When she flees Phoenix, darkness descends on her drive. The following sunny morning is punctured by a watchful police officer with black sunglasses, and she finally arrives at the Bates Motel in near darkness.[177] Bright lights are also "the ironic equivalent of darkness" in the film, blinding instead of illuminating.

explains: "'Someplace' for Norman is where his delusions of love, home, and family are declared invalid and exposed."

Light and darkness feature prominently in *Psycho*. The first shot after the intertitle is the sunny landscape of Phoenix before the camera enters a dark hotel room where Sam and Marion appear as bright figures. Marion is almost immediately cast in darkness; she is preceded by her shadow as she reenters the office to steal money and as she enters her bedroom. When she flees Phoenix, darkness descends on her drive. The following sunny morning is punctured by a watchful police officer with black sunglasses, and she finally arrives at the Bates Motel in near darkness.[177] Bright lights are also "the ironic equivalent of darkness" in the film, blinding instead of illuminating. Examples of brightness include the opening window shades in Sam's and Marion's hotel room, vehicle headlights at night, the neon sign at the Bates Motel, "the glaring white" of the bathroom tiles where Marion dies, and the fruit cellar's exposed light bulb shining on the corpse of Norman's mother. Such bright lights typically characterize danger and violence in Hitchcock's films.[178]

### Motifs   [ edit ]

The film often features shadows, mirrors, windows, and, less so, water. The shadows are present from the first scene where the blinds make bars on Marion and Sam as they peer out of the window. The stuffed birds' shadows loom over Marion as she eats, and Norman's mother is seen in only shadows until the end. More subtly, backlighting turns the rakes in the hardware store into talons above Lila's head.[179]

Mirrors reflect Marion as she packs, her eyes as she checks the rear-view mirror, her face in the policeman's sunglasses, and her hands as she counts the money in the car dealership's bathroom. A motel window serves as a mirror by reflecting Marion and Norman together. Hitchcock shoots through Marion's windshield and the telephone booth, when Arbogast phones Sam and Lila. The heavy downpour can be seen as a foreshadowing of the shower, and its cessation can be seen as a symbol of Marion making up her mind to return to Phoenix.[179]

There are a number of references to birds. Marion's last name is Crane and she is from Phoenix. Norman comments that Marion eats like a bird. The motel room has pictures of birds on the wall. Brigitte Peucker also suggests that Norman's hobby of stuffing birds literalizes the British slang expression for sex, "stuffing birds", *bird* being British slang for a desirable woman.[180] Robert Allan suggests that Norman's mother is his original "stuffed bird", both in the sense of having preserved her body and the incestuous nature of Norman's emotional bond with her.[181]

### Psychoanalytic interpretation   [ edit ]

*Psycho* has been called "the first psychoanalytical thriller".[182] The sex and violence in the film were unlike anything previously seen in a mainstream film. French film critic Serge Kaganski wrote: "The shower scene is both feared and desired. Hitchcock may be scaring his female viewers out of their wits, but he is turning his male viewers into potential rapists because Janet Leigh has been turning men on ever since she appeared in her brassiere in the first scene".[182]

In his documentary *The Pervert's Guide to Cinema*, Slavoj Žižek remarks that Norman Bates' mansion has three floors, paralleling the three levels of the human mind that are postulated by Freudian psychoanalysis: the top floor would be the superego, where Bates' mother lives; the ground floor is then Bates' ego, where he functions as an apparently normal human being; and the basement would be Bates' id. Žižek interprets Bates' moving his mother's corpse from top floor to basement as a symbol for the deep connection that psychoanalysis posits between superego and id.[183]

## Accolades   [ edit ]

| Award | Category | Nominee(s) | Result |
|---|---|---|---|
| Academy Awards | Best Director | Alfred Hitchcock | Nominated |
| | Best Supporting Actress | Janet Leigh | Nominated |
| | Best Art Direction – Black-and-White | Joseph Hurley, Robert Clatworthy and George Milo | Nominated |
| | Best Cinematography – Black-and- | | |

| Award | Category | Nominee(s) | Result |
|---|---|---|---|
| Academy Awards | Best Director | Alfred Hitchcock | Nominated |
| | Best Supporting Actress | Janet Leigh | Nominated |
| | Best Art Direction – Black-and-White | Joseph Hurley, Robert Clatworthy and George Milo | Nominated |
| | Best Cinematography – Black-and-White | John L. Russell | Nominated |
| Bambi Awards | Best Actor – International | Anthony Perkins | Nominated |
| Cahiers du cinéma | Best Film | | Nominated |
| Directors Guild of America Awards | Outstanding Directorial Achievement in Motion Pictures | Alfred Hitchcock | Nominated |
| Edgar Allan Poe Awards | Best Motion Picture Screenplay | Joseph Stefano (screenwriter) and Robert Bloch (author) | Won |
| Golden Globe Awards | Best Supporting Actress – Motion Picture | Janet Leigh | Won |
| Laurel Awards | Top Drama | | Nominated |
| | Top Female Supporting Performance | Janet Leigh | Nominated |
| National Film Preservation Board | National Film Registry | | Inducted |
| Satellite Awards (2005) | Best Classic DVD | *Psycho* (Part of the *Alfred Hitchcock: The Masterpiece Collection*) | Nominated |
| Satellite Awards (2008) | | *Psycho* | Nominated |
| Saturn Awards (2008) | Best Classic Film Release | *Psycho* (Universal Legacy Series) | Won |
| Saturn Awards (2010) | | *Psycho* (The 50th Anniversary Edition) | Nominated |
| Saturn Awards (2012) | Best DVD or Blu-ray Collection | *Psycho* (Part of the *Alfred Hitchcock: The Masterpiece Collection*) | Nominated |
| Writers Guild of America Awards | Best Written American Drama | Joseph Stefano | Nominated |

In 1992, the film was deemed "culturally, historically, or aesthetically significant" by the United States Library of Congress and was selected for preservation in the National Film Registry.[13] In 1998, *TV Guide* ranked it #8 on their list of the 50 Greatest Movies on TV (and Video).[184]

*Psycho* has appeared on a number of lists by websites, television channels, and magazines. The shower scene was featured as number four on the list of Bravo Network's 100 Scariest Movie Moments,[185] whilst the finale was ranked number four on *Premiere*'s similar list.[186] In the British Film Institute's 2012 *Sight & Sound* polls of the greatest films ever made, *Psycho* was 35th among critics[187] and 48th among directors.[188] In the earlier 2002 version of the list the film ranked 35th among critics[189] and 19th among directors.[190][191] In 1998 *Time Out* conducted a reader's poll and *Psycho* was voted the 29th greatest film of all time.[192] *The Village Voice* ranked *Psycho* at No. 19 in its Top 250 "Best Films of the Century" list in 1999, based on a poll of critics.[193] The film was listed as one of TCM's top 15 most influential films of all time list.[194] *Entertainment Weekly* voted it the 11th Greatest film of all time in 1999.[195] In January 2002, the film was voted at No. 72 on the list of the "Top 100 Essential Films of All Time" by the National Society of Film Critics.[196][197] The film was included in *Time*'s All-Time 100 best movies list in 2005.[198] In 2005, *Total Film* magazine ranked *Psycho* as the 6th-greatest horror film of all time.[199] In 2010, *The Guardian* newspaper ranked it as "the best horror film of all time".[200] Director Martin Scorsese included *Psycho* in his list of the 11 scariest horror films of all

film ranked 35th among critics[189] and 19th among directors.[190][191] In 1998 *Time Out* conducted a reader's poll and *Psycho* was voted the 29th greatest film of all time.[192] *The Village Voice* ranked *Psycho* at No. 19 in its Top 250 "Best Films of the Century" list in 1999, based on a poll of critics.[193] The film was listed as one of *TCM*'s top 15 most influential films of all time list.[194] *Entertainment Weekly* voted it the 11th Greatest film of all time in 1999.[195] In January 2002, the film was voted at No. 72 on the list of the "Top 100 Essential Films of All Time" by the National Society of Film Critics.[196][197] The film was included in *Time*'s All-Time 100 best movies list in 2005.[198] In 2005, *Total Film* magazine ranked *Psycho* as the 6th-greatest horror film of all time.[199] In 2010, *The Guardian* newspaper ranked it as "the best horror film of all time".[200] Director Martin Scorsese included *Psycho* in his list of the 11 scariest horror films of all time.[201] The film was named as the third best horror movie of all time in a readers' poll by *Rolling Stone* magazine in 2014.[202] In 2017 Empire magazine's reader's poll ranked *Psycho* at No. 53 on its list of *The 100 Greatest Movies*.[203] In an earlier poll held by the same magazine in 2008, it was voted 45th on the list of "The 500 Greatest Movies of All Time".[204] In 2021, the film was ranked at No. 5 by Time Out on their list of "The 100 best horror movies".[205]

In 2012, the Motion Picture Editors Guild listed the film as the twelfth best-edited film of all time based on a survey of its membership.[206] *Psycho* was ranked 8th in BBC's 2015 list of the 100 greatest American films.[207]

American Film Institute included *Psycho* in these lists:

- AFI's 100 Years ... 100 Movies – #18
- AFI's 100 Years ... 100 Thrills – #1
- AFI's 100 Years ... 100 Heroes and Villains:
  - Norman Bates – #2 Villain
- AFI's 100 Years ... 100 Movie Quotes:
  - "A boy's best friend is his mother." – #56
- AFI's 100 Years of Film Scores – #4
- AFI's 100 Years ... 100 Movies (10th Anniversary Edition) – #14

## Legacy [ edit ]

*Psycho* has become one of the most recognizable films in cinema history, and is arguably Hitchcock's best known film.[208][209][210] In his novel, Bloch used an uncommon plot structure: he repeatedly introduced sympathetic protagonists, then killed them off. This played on his reader's expectations of traditional plots, leaving them uncertain and anxious. Hitchcock recognized the effect this approach could have on audiences, and utilized it in his adaptation, killing off Leigh's character at the end of the first act. This daring plot device, coupled with the fact that the character was played by the biggest box-office name in the film, was a shocking turn of events in 1960.[119]

The shower scene has become a pop culture touchstone and is often regarded as one of the most iconic moments in cinematic history, as well as the most suspenseful scene ever filmed. Its effectiveness is often credited to the use of startling editing techniques borrowed from the Soviet montage filmmakers,[211][212] and to the iconic screeching violins in Bernard Herrmann's musical score. In 2000 *The Guardian* ranked the shower scene at No. 2 on their list of "The top 10 film moments".[213] The scene has been frequently parodied and referenced in popular culture, complete with the screeching violin sound effects (such as *Charlie and the Chocolate Factory*, among many others).[214][215] *78/52: Hitchcock's Shower Scene*, a documentary on its production by Alexandre O. Philippe, was released on October 13, 2017. It features interviews with and analysis by Guillermo del Toro, Peter Bogdanovich, Bret Easton Ellis, Jamie Lee Curtis, Karyn Kusama, Eli Roth, Oz Perkins, Leigh Whannell, Walter Murch, Danny Elfman, Elijah Wood, Richard Stanley, and Neil Marshall.[216][217]

*Psycho* is considered by some to be the first film in the slasher film genre,[218][219] though some critics and film historians point to Michael Powell's *Peeping Tom*, a lesser-known film with similar themes of voyeurism and sexualized violence, whose release happened to precede *Psycho*'s by a few months.[220] However, due to *Peeping Tom*'s critical drubbing at the time and short lifespan at the box office, *Psycho* was the more widely known and influential film.

*Psycho* has been referenced in other films numerous times: examples include the 1974 musical horror film *Phantom of the Paradise*; the 1978 horror film *Halloween* (which starred Jamie Lee Curtis, Janet Leigh's daughter, and which

*Psycho* is considered by some to be the first film in the slasher film genre.[218][219] though some critics and film historians point to Michael Powell's *Peeping Tom*, a lesser-known film with similar themes of voyeurism and sexualized violence, whose release happened to precede *Psycho*'s by a few months.[220] However, due to *Peeping Tom*'s critical drubbing at the time and short lifespan at the box office, *Psycho* was the more widely known and influential film.

*Psycho* has been referenced in other films numerous times: examples include the 1974 musical horror film *Phantom of the Paradise*; the 1978 horror film *Halloween* (which starred Jamie Lee Curtis, Janet Leigh's daughter, and which featured a character Sam Loomis);[221] the 1977 Mel Brooks tribute to many of Hitchcock's thrillers, *High Anxiety*; the 1980 *Fade to Black*; the 1980 *Dressed to Kill*; and Wes Craven's 1996 horror satire *Scream*.[222] Bernard Herrmann's opening theme has been sampled by rapper Busta Rhymes on his song "Gimme Some More" (1998).[223] Manuel Muñoz's 2011 novel *What You See in the Dark* includes a sub-plot that fictionalizes elements of the filming of *Psycho*, referring to Hitchcock and Leigh only as "The Director" and "The Actress".[224] In the comic book stories of Jonni Future, the house inherited by the title character is patterned after the Bates Motel.[225] The film was played alongside *The Shining* at the drive-in theater as part of the Night of Horrors combo in the 1996 film *Twister*.[226] In the 2003 animated film *Finding Nemo*, the dentist's niece Darla repeatedly plays the *Psycho* theme song.[227]

The film boosted Perkins' career, but he soon began to suffer from typecasting.[228] When Perkins was asked whether he would have still taken the role knowing that he would be typecast afterwards, he said "yes".[229] As Perkins was in New York working on a Broadway stage show when the shower sequence was filmed, actresses Anne Dore and Margo Epper stepped in as his body doubles for that scene.[230] Until her death in 2004, Leigh received strange and sometimes threatening calls, letters, and even tapes detailing what the caller would like to do to Marion Crane. One letter was so "grotesque" that she passed it to the FBI. Two agents visited Leigh and told her the culprits had been located and that she should notify the FBI if she received any more letters of that type.[231]

Leigh said: "No other murder mystery in the history of the movies has inspired such merchandising".[232] A number of items emblazoned with *Bates Motel*, stills, lobby cards, and highly valuable posters are available for purchase. In 1992 Innovation Comics published a three-issue, shot-for-shot comics miniseries adaptation of the film.[232]

Metalcore band Ice Nine Kills released a song on their most recent album *The Silver Scream 2: Welcome to Horrorwood* called "The Shower Scene", which pays homage to the film.

## Sequels and remake  [ edit ]

*See also: Psycho (franchise)*

Three sequels were produced after Hitchcock died: *Psycho II* (1983), *Psycho III* (1986), and *Psycho IV: The Beginning* (1990), the last being a part-prequel television movie written by the original screenplay author, Joseph Stefano. Anthony Perkins returned to his role of Norman Bates in all three sequels, and also directed the third film. The voice of Norman Bates' mother was maintained by noted radio actress Virginia Gregg with the exception of *Psycho IV*, where the role was played by Olivia Hussey. Vera Miles also reprised her role of Lila Crane in *Psycho II*.[233] The sequels received mixed reviews and were universally considered inferior to the original.[234][235][236][237][238]

In 1998, Gus Van Sant made a nearly shot-for-shot remake (in color) starring Vince Vaughn, Julianne Moore, and Anne Heche.[239] Van Sant said that his film was "a huge kind of experimental project", and that, though it did not do well commercially or critically, he may do it again, with more changes.[240]

## See also  [ edit ]

- *Bates Motel*, a television series that ran from 2013 to 2017 presented as a "prequel" to *Psycho*, though set in modern times. Freddie Highmore played a younger Norman Bates, Vera Farmiga played Norma Bates and in the final season, Rihanna guest-starred as Marion Crane.
- False protagonist
- *Hitchcock*, a 2012 biopic film about Hitchcock and the making of *Psycho* with Anthony Hopkins as Hitchcock, Helen Mirren as his wife Alma Reville, Scarlett Johansson as Janet Leigh, and James D'Arcy as Anthony Perkins.

## See also

- *Bates Motel*, a television series that ran from 2013 to present as a "prequel" to *Psycho*, though set in modern times. Freddie Highmore played a younger Norman Bates, Vera Farmiga played Norma Bates and in the final season, Rihanna guest-starred as Marion Crane.
- False protagonist
- *Hitchcock*, a 2012 biopic film about Hitchcock and the making of *Psycho* with Anthony Hopkins as Hitchcock, Helen Mirren as his wife Alma Reville, Scarlett Johansson as Janet Leigh, and James D'Arcy as Anthony Perkins.
- List of American films of 1960

## Notes [ edit ]

1. ^ After the film's release, Paramount transferred the film rights to Hitchcock, who later sold the distribution rights to Universal Pictures in 1962.[2] Universal would in turn sublicense North American distribution rights to Paramount until 1968.[3]

## References [ edit ]

1. ^ "Muere Mac, el mítico cartelista de 'Doctor Zhivago' y 'Psicosis'" ⧉. *El Periódico de Catalunya* (in Spanish). July 21, 2018. Archived ⧉ from the original on July 27, 2018. Retrieved August 18, 2018.
2. ^ "Psycho (1960): Notes" ⧉. *tcm.com*. Turner Classic Movies. Retrieved April 25, 2017.
3. ^ "Hitchcock's Psycho Premiered 50 Years Ago" ⧉. *Television Obscurities*. Robert Jay. June 16, 2010. Retrieved September 18, 2021.
4. ^ *a* *b* *c* "AFI|Catalog" ⧉. *catalog.afi.com*. Archived ⧉ from the original on June 27, 2019. Retrieved June 26, 2019.
5. ^ Hedrick, Lizzie (8 September 2015). "8 Reasons Psycho Taps into the Psyche" ⧉. *USC Dornsife*. University of Southern California. Archived ⧉ from the original on 18 June 2020. Retrieved 17 June 2020.
6. ^ "Psycho (1960)" ⧉. British Film Institute. Archived from the original ⧉ on January 16, 2015. Retrieved December 30, 2014.
7. ^ "Psycho (1960)" ⧉. *Box Office Mojo*. Retrieved October 20, 2014.
8. ^ Nixon, Rob. "The Critics' Corner: PSYCHO" ⧉. Turner Classic Movies. Archived ⧉ from the original on December 30, 2014. Retrieved December 30, 2014.
9. ^ "Psycho (1960) - Full Synopsis" ⧉. Turner Classic Movies. Archived ⧉ from the original on June 16, 2018. Retrieved June 16, 2018.
10. ^ *Psycho* is the top listed Hitchcock film in *The 100 Greatest Movies of All Time* by *Entertainment Weekly*, and the highest Hitchcock film on AFI's 100 Years ... 100 Movies.
11. ^ "Psycho turns 60 – Hitchcock's famous fright film broke all the rules" ⧉. *The Conversation*. June 15, 2020. Archived ⧉ from the original on December 17, 2020. Retrieved January 22, 2021.
12. ^ "Psycho reviews" ⧉. *Rotten Tomatoes*. Archived ⧉ from the original on March 23, 2010. Retrieved April 17, 2010.
13. ^ *a* *b* "Complete National Film Registry Listing" ⧉. Library of Congress. Archived ⧉ from the original on October 31, 2016. Retrieved May 8, 2020.
14. ^ Wharton, Andy Marx,Dennis; Marx, Andy; Wharton, Dennis (December 4, 1992). "Diverse pix mix picked" ⧉. *Variety*. Archived ⧉ from the original on August 4, 2020. Retrieved August 4, 2020.
15. ^ *a* *b* Nickens & Leigh 1996, p. 83.
16. ^ Rebello 1990, pp. 7–14
17. ^ Reavill 2007, p. 228 "With only two confirmed kills, Ed did not technically qualify as a serial killer (the traditional minimum requirement was three)".
18. ^ *a* *b* Rebello 1990, pp. 19–20
19. ^ *a* *b* *c* Nickens & Leigh 1996, p. 6.
20. ^ Rebello 1990, pp. 18–19
21. ^ *a* *b* Rebello 1990, p. 23
22. ^ Rebello 1990, pp. 26–29
23. ^ *a* *b* *c* *d* *e* *f* *The Making of Psycho*, 1997 documentary directed by Laurent Bouzereau, Universal Studios Home Video, available on selected *Psycho* DVD releases.
24. ^ *a* *b* Nickens & Leigh 1996, pp. 36–37.
25. ^ *a* *b* Rebello 1990, p. 39
26. ^ Tangentially mentioned by interviewer of Stefano Joseph Stefano ⧉ Archived ⧉ September 30, 2011, at the Wayback

Document title: Psycho (1960 film) - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Psycho_(1960_film)
Capture timestamp (UTC): Fri, 07 Oct 2022 14:39:59 GMT

21. ^ ᵃ ᵇ Rebello 1990, p. 23

22. ^ Rebello 1990, pp. 26–29

23. ^ ᵃ ᵇ ᶜ ᵈ ᵉ ᶠ *The Making of Psycho*, 1997 documentary directed by Laurent Bouzereau, Universal Studios Home Video, available on selected *Psycho* DVD releases.

24. ^ ᵃ ᵇ Nickens & Leigh 1996, pp. 36–37.

25. ^ ᵃ ᵇ Rebello 1990, p. 39

26. ^ Tangentially mentioned by interviewer of Stefano Joseph Stefano🔗 Archived🔗 September 30, 2011, at the Wayback Machine but generally given less attention than the film's omission of Bates' alcoholism and pornography.

27. ^ Smith 2009, p. 15

28. ^ ᵃ ᵇ ᶜ "Interview in Creative ScreenWriting Journal. Reproduced at"🔗. Hitchcockwiki.com. Archived🔗 from the original on January 19, 2014. Retrieved January 26, 2014.

29. ^ Truffaut & Scott 1967, p. 268

30. ^ ᵃ ᵇ Nickens & Leigh 1996, pp. 33–34.

31. ^ Smith 2009, p. 16

32. ^ ᵃ ᵇ Nickens & Leigh 1996, p. 39.

33. ^ Caminer & Gallagher 1996

34. ^ Rebello 1990, p. 47

35. ^ "Interview with Stefano"🔗. Hitchcockwiki.com. Archived🔗 from the original on January 19, 2014. Retrieved January 26, 2014.

36. ^ ᵃ ᵇ Rebello 1990, p. 13

37. ^ ᵃ ᵇ ᶜ ᵈ ᵉ ᶠ Nickens & Leigh 1996, pp. 96–97.

38. ^ Nickens & Leigh 1996, pp. 86, 173.

39. ^ See WikiMapia {Coordinates: 34°8'12"N 118°20'48"W}.

40. ^ Rothenberg, Robert S. (July 2001). "Getting Hitched — Alfred Hitchcock films released on digital video disks"🔗. USA Today (Society for the Advancement of Education). Archived from the original🔗 on December 5, 2007. Retrieved March 13, 2007.

41. ^ CBS/AP (December 5, 2007). "'Psycho' Voted Best Movie Death: British Film Magazine Rates It Ahead Of 'Strangelove', 'King Kong'"🔗. *CBS News*. Archived from the original🔗 on June 16, 2013. Retrieved March 13, 2007.

42. ^ Rebello 1990, p. 28

43. ^ ᵃ ᵇ Nickens & Leigh 1996, pp. 12–13.

44. ^ Truffaut & Scott 1967

45. ^ Arneel, Gene (September 21, 1960). "Alfred Hitchcock to Make At Least $5 Million for 'Psycho'"🔗. *Variety*. Archived🔗 from the original on April 25, 2017. Retrieved April 24, 2017.

46. ^ Hall, John W. (September 1995). "Touch of Psycho? Hitchcock, Welles"🔗. *Bright Lights Film Journal*. Archived from the original🔗 on July 13, 2009. Retrieved March 13, 2007.

47. ^ Nickens & Leigh 1996, pp. 22–23.

48. ^ Rebello 1990, p. 128

49. ^ Nickens & Leigh 1996, p. 88.

50. ^ Nickens & Leigh 1996, p. 66.

51. ^ Rebello 1990, p. 93

52. ^ ᵃ ᵇ ᶜ ᵈ Nickens & Leigh 1996, pp. 24–26.

53. ^ Rebello 1990, p. 90

54. ^ Wagstaff 2004, p. 234 See also Liner notes to CD recording of score by Joel McNeely & Royal Scottish National Orchestra

55. ^ "*Someplace Like Home: An eerily familiar house rises in many American landscapes* by Paul Bochner. *The Atlantic Monthly*, May 1996"🔗. Theatlantic.com. May 1996. Archived🔗 from the original on September 27, 2013. Retrieved August 5, 2014.

56. ^ ᵃ ᵇ Nickens & Leigh 1996, p. 73.

57. ^ Nickens & Leigh 1996, p. 62.

58. ^ Nickens & Leigh 1996, pp. 46–47.

59. ^ Nickens & Leigh 1996, p. 55.

60. ^ Nickens & Leigh 1996, p. 59.

61. ^ Nickens & Leigh 1996, pp. 87–88.

62. ^ ᵃ ᵇ Truffaut & Scott 1967, p. 273

63. ^ Nickens & Leigh 1996, pp. 85–86.

57. ^ Nickens & Leigh 1996, p. 62.
58. ^ Nickens & Leigh 1996, pp. 46–47.
59. ^ Nickens & Leigh 1996, p. 55.
60. ^ Nickens & Leigh 1996, p. 59.
61. ^ Nickens & Leigh 1996, pp. 87–88.
62. ^ *a* *b* Truffaut & Scott 1967, p. 273
63. ^ Nickens & Leigh 1996, pp. 85–86.
64. ^ Allen 2007, p. 21.
65. ^ Rebello 1990, p. 97
66. ^ Macnab, Geoffrey (September 26, 2017). "The Shower Scenes! Why 45 Seconds of Hitchcock's Psycho still haunts us". *Independent*.
67. ^ "The top 10 film moments". *The Guardian*. February 6, 2000. Archived from the original on June 16, 2018. Retrieved March 24, 2018 – via www.theguardian.com.
68. ^ McGilligan 2003, p. 594
69. ^ "78/52". *IMDb*. October 13, 2017.
70. ^ Skerry 2008, pp. 231–56
71. ^ Hitchcock, cited in Schickel & Capra 2001, pp. 293, 308
72. ^ Rebello 1990, p. 144
73. ^ "Mr. Hitchcock's suggestions for placement of music (08/Jan/1960)". January 1960. Archived from the original on April 22, 2009. Retrieved April 17, 2010.
74. ^ Nickens & Leigh 1996, pp. 165–166.
75. ^ Aspinall, David (September 2003). "Bernard Herrmann: Psycho: National Philharmonic, conducted by composer". The Film Music Pantheon #3. Audiophilia. Archived from the original on April 6, 2007. Retrieved March 13, 2007.
76. ^ Kiderra, Inga (Winter 2000). "Scoring Points". *USC Trojan Family Magazine*. Archived from the original on March 14, 2007. Retrieved March 13, 2007.
77. ^ *a* *b* *c* Lunn, Oliver (December 11, 2017). "10 things you (probably) never knew about the shower scene in Psycho". *British Film Institute*. Archived from the original on January 9, 2021. Retrieved January 5, 2021.
78. ^ *The 100 Greatest Movies of All Time*. New York: Entertainment Weekly Books, 1999
79. ^ Lehmann-Haupt, Christopher (May 7, 1990). "Books of The Times; 'Casaba', He Intoned, and a Nightmare Was Born". *The New York Times*. Archived from the original on December 5, 2007. Retrieved November 28, 2006.
80. ^ "Psycho stabbing 'best film death'". *BBC News*. May 20, 2004. Archived from the original on December 4, 2009. Retrieved April 17, 2010.
81. ^ Ebert, Roger (October 5, 2004). "Janet Leigh dies at age 77". *Chicago Sun-Times*. Archived from the original on September 30, 2007. Retrieved March 13, 2007.
82. ^ Hodgkinson, Will (March 29, 2010). "Secrets of the Psycho shower". *The Guardian*. Archived from the original on February 3, 2012. Retrieved February 18, 2012.
83. ^ Leibowitz, Barry (February 1, 2010). "Book 'Em: The Girl in Alfred Hitchcock's Shower". *cbsnews.com*. Archived from the original on June 22, 2013. Retrieved August 30, 2016.
84. ^ "Rita Riggs". *Archive of American Television*. October 23, 2017. Archived from the original on September 14, 2015. Retrieved June 25, 2018.
85. ^ Alfred Hitchcock. "Alfred Hitchcock interview on Psycho (1964)". FilMagicians. Archived from the original on January 29, 2020. Retrieved December 9, 2018 – via YouTube.
86. ^ Leitch, Luke (October 4, 2004). "Janet Leigh, star of Psycho shower scene, dies at 77". *Evening Standard*. Archived from the original on January 12, 2013. Retrieved March 13, 2007.
87. ^ *a* *b* *c* Nickens & Leigh 1996, pp. 67–70.
88. ^ Ebert, Roger (December 15, 1996). "Movie Answer Man". *Chicago Sun-Times*. Archived from the original on June 28, 2006. Retrieved March 13, 2007.
89. ^ Rebello 1990, p. 117
90. ^ "Psycho: The Title Credits". Archived from the original on November 26, 2010. Retrieved November 20, 2010.
91. ^ *a* *b* *c* Krohn 2003[page needed]
92. ^ Nickens & Leigh 1996, pp. 176, 42.
93. ^ Nickens & Leigh 1996, p. 169.

88. ^ Ebert, Roger (December 15, 1996). "Movie Answer Man". *Chicago Sun-Times*. Archived from the original on June 28, 2006. Retrieved March 13, 2007.

89. ^ Rebello 1990, p. 117

90. ^ "Psycho: The Title Credits". Archived from the original on November 26, 2010. Retrieved November 20, 2010.

91. ^ *a b c* Krohn 2003[page needed]

92. ^ Nickens & Leigh 1996, pp. 176, 42.

93. ^ Nickens & Leigh 1996, p. 169.

94. ^ Ebert, Roger (December 6, 1998). "Psycho (1960)". *Great Movies*. rogerebert.com. Archived from the original on October 30, 2012. Retrieved December 1, 2006.

95. ^ Harmetz, Aljean (October 5, 2004). "Janet Leigh, 77, Shower Taker of 'Psycho', Is Dead". *The New York Times*. Archived from the original on December 5, 2007. Retrieved December 1, 2006.

96. ^ "8 frames of "Psycho"". *hitchcockwiki.com*. May 8, 2008. Archived from the original on April 9, 2010. Retrieved April 24, 2010.

97. ^ Nickens & Leigh 1996, p. 131.

98. ^ Wood 1989, p. 146

99. ^ "Hitchcock's Shower Scene: 78/52". *www.bbc.co.uk*. BBC. Archived from the original on March 11, 2018. Retrieved March 10, 2018.

100. ^ Gleiberman, Owen (January 24, 2017). "Film Review: '78/52: Hitchcock's Shower Scene'". *Variety*. Archived from the original on December 13, 2017. Retrieved March 10, 2018.

101. ^ *a b* Smith 1991, p. 236

102. ^ Palmer 1990, pp. 273–274

103. ^ Smith 1991, p. 240

104. ^ *a b* Smith 1991, p. 241

105. ^ Smith 1991, p. 236.

106. ^ Psycho – Bernard Herrmann Archived July 23, 2011, at the Wayback Machine. Soundtrack-express.com. Retrieved on November 21, 2010.

107. ^ *a b* Smith 1991, p. 237

108. ^ Palmer 1990, p. 274

109. ^ *a b* Palmer 1990, p. 275

110. ^ Smith 1991, p. 238

111. ^ *a b c d e* Palmer 1990, p. 277

112. ^ Palmer 1990, p. 240

113. ^ Smith 1991, p. 192

114. ^ "Psycho shower music voted scariest movie theme tune". *The Daily Telegraph*. London. October 28, 2009. Archived from the original on June 4, 2010. Retrieved May 22, 2010.

115. ^ "CSO – Friday Night at the Movies". Chicago. November 19, 2010. Archived from the original on July 7, 2012. Retrieved November 23, 2011.

116. ^ Bernard Herrmann and 50th anniversary of PSYCHO Archived June 19, 2010, at the Wayback Machine. Americanmusicpreservation.com (June 16, 1960). Retrieved on November 21, 2010.

117. ^ *a b* Soundtrack details: Psycho Archived January 2, 2010, at the Wayback Machine. SoundtrackCollector. Retrieved on November 21, 2010.

118. ^ "Psycho". Varesesarabande.com. Archived from the original on February 26, 2014. Retrieved January 26, 2014.

119. ^ *a b* Psycho (1960) Archived May 27, 2007, at the Wayback Machine. Retrieved November 20, 2010.

120. ^ "Psycho – Classic Hitchcock Horror Turns 50". Archived from the original on January 1, 2011. Retrieved November 20, 2010.

121. ^ Winecoff, Charles (1996). Split Image: The Life of Anthony Perkins. New York: Dutton. ISBN 0-525-94064-2.

122. ^ Oever, Roel van den (September 24, 2012). *Mama's Boy: Momism and Homophobia in Postwar American Culture*. Palgrave Macmillan. pp. 111–113. ISBN 9781137274052. Archived from the original on January 13, 2020. Retrieved June 14, 2018.

123. ^ *a b* Nickens & Leigh 1996, p. 112.

124. ^ "'Psycho' and deadly sin". Archived from the original on November 9, 2010. Retrieved November 20, 2010.

125. ^ Kermode, Mark (October 22, 2010). "Psycho: the best horror film of all time". *The Guardian*. London. Archived from the

121. ^ Winecoff, Charles (1996). Split Image: The Life of Anthony Perkins. New York: Dutton. ISBN 0-525-94064-2.

122. ^ Oever, Roel van den (September 24, 2012). *Mama's Boy: Momism and Homophobia in Postwar American Culture*. Palgrave Macmillan. pp. 111–113. ISBN 9781137274052. Archived from the original on January 13, 2020. Retrieved June 14, 2018.

123. ^ *a b* Nickens & Leigh 1996, p. 112.

124. ^ "'Psycho' and deadly sin". Archived from the original on November 9, 2010. Retrieved November 20, 2010.

125. ^ Kermode, Mark (October 22, 2010). "Psycho: the best horror film of all time". *The Guardian*. London. Archived from the original on August 14, 2014. Retrieved November 20, 2010.

126. ^ Taylor, Ella (December 9, 1998). "Hit the showers: Gus Van Sant's 'Psycho' goes right down the drain". *Seattle Weekly*. Archived from the original on December 5, 2007. Retrieved April 17, 2010.

127. ^ *a b* Nickens & Leigh 1996, pp. 105–106.

128. ^ Kevin Rockett, *Irish Film Censorship: A Cultural Journey from Silent Cinema to Internet Pornography* (Dublin: Four Courts Press, 2004), 171-3.

129. ^ "Psycho". August 4, 2020.

130. ^ *a b* Crowther, Bosley (June 17, 1960). "Screen: Sudden Shocks". *The New York Times*. Archived from the original on February 15, 2021. Retrieved February 8, 2021.

131. ^ Arneel, Gene (June 22, 1960). "'Psycho' Film Review". *Variety*. p. 6. Archived from the original on June 17, 2020. Retrieved June 15, 2020.

132. ^ *a b* "Gotham Playoff Revolution". *Variety*. August 10, 1960. p. 13. Retrieved February 8, 2021 – via Archive.org.

133. ^ Rebello 1990, p. 21

134. ^ Rebello 1990, p. 82

135. ^ *a b c* "Picture Grosses". *Variety*. June 29, 1960. p. 13. Retrieved February 8, 2021 – via Archive.org.

136. ^ Nickens & Leigh 1996, p. 95.

137. ^ *a b* "MPAA Ratings System". Home Theater Info. Archived from the original on October 31, 2010. Retrieved November 8, 2010.

138. ^ *a b* Beth Pinsker (November 25, 1994). "The Ratings: A Look Back". *Entertainment Weekly*. Archived from the original on June 24, 2013. Retrieved March 19, 2013.

139. ^ Kelley, Seth (June 9, 2015). "'Psycho', 'Grease' Returning to Cinemas in 'TCM Presents' Series". *Variety*. Archived from the original on August 23, 2015. Retrieved September 6, 2015.

140. ^ "CBS and Psycho". *Television Obscurities*. Archived from the original on January 1, 2018. Retrieved October 5, 2017.

141. ^ *a b* Nickens & Leigh 1996, p. 187.

142. ^ WABC TO TONE DOWN 'PSYCHO' FOR JUNE 24 Archived July 23, 2018, at the Wayback Machine. The New York Times, June 1, 1967. Retrieved May 31, 2010.

143. ^ "Discovision Library: Psycho". Archived from the original on November 19, 2010. Retrieved November 8, 2010.

144. ^ "Psycho – Hitchcock's Classic Uncut on German TV". *Movie Censorship*. Archived from the original on March 23, 2016. Retrieved August 17, 2016.

145. ^ "Psycho UNCUT!". *youtube*. Archived from the original on November 16, 2021.

146. ^ UK DVD and Blu-ray Releases: Monday 9th August 2010 Archived July 25, 2011, at the Wayback Machine - filmdetail.com

147. ^ Australian Blu-ray releases W/C Monday November 29, 2010 Archived August 12, 2011, at the Wayback Machine - blurayaustralia.com

148. ^ Barton, Steve. "Official Cover Art: Psycho on Blu-ray". *Dread Central*. Archived from the original on June 17, 2010. Retrieved June 15, 2010.

149. ^ "Alfred Hitchcock: The Essentials Collection – Limited Edition". *Amazon*. Retrieved January 26, 2014.

150. ^ "Alfred Hitchcock: The Masterpiece Collection (Limited Edition) [Blu-ray] (2012): Alfred Hitchcock: Movies & TV". *Amazon*. Retrieved January 26, 2014.

151. ^ "Hitchcock's 'Uncut' Version of 'Psycho' Is Coming to Home Video For the First Time". *ScreenCrush*. Archived from the original on October 4, 2020. Retrieved October 4, 2020.

152. ^ *a b c d e* Nickens & Leigh 1996, pp. 99–102.

153. ^ Smith 2009, p. 175

154. ^ These are from (in order): *The New York Times*, *Newsweek* and *Esquire*.

155. ^ Kapsis, Robert E. (1992). *Hitchcock: The Making of a Reputation*. University of Chicago Press. p. 58.

150. ^ "Alfred Hitchcock: The Masterpiece Collection (Limited Edition) [Blu-ray] (2012): Alfred Hitchcock: Movies & TV". *Amazon*. Retrieved January 25, 2014.

151. ^ "'Hitchcock's 'Uncut' Version of 'Psycho' Is Coming to Home Video For the First Time". *ScreenCrush*. Archived from the original on October 4, 2020. Retrieved October 4, 2020.

152. ^ *a b c d e* Nickens & Leigh 1996, pp. 99–102.

153. ^ Smith 2009, p. 175

154. ^ These are from (in order): *The New York Times*, *Newsweek* and *Esquire*.

155. ^ Kapsis, Robert E. (1992). *Hitchcock: The Making of a Reputation*. University of Chicago Press. p. 58. ISBN 9780226424897. Archived from the original on April 3, 2017. Retrieved April 2, 2017.

156. ^ These are from (in order): *New York Daily News*, *New York Daily Mirror*, and *Village Voice*

157. ^ Johnson, Eric C. "Cahiers du Cinema: Top Ten Lists 1951-2009". *alumnus.caltech.edu*. Archived from the original on March 27, 2012. Retrieved December 17, 2017.

158. ^ *a b* "London Critics Rap 'Psycho'; Policy Vex". *Variety*. August 10, 1960. p. 4. Retrieved February 8, 2021 – via Archive.org.

159. ^ *a b* Nickens & Leigh 1996, pp. 103–106.

160. ^ Kapsis, Robert E. (1992). *Hitchcock: The Making of a Reputation*. University of Chicago Press. ISBN 9780226424897. Retrieved August 3, 2022.

161. ^ *a b* Nickens & Leigh 1996, pp. 180–181.

162. ^ Hardy 1986, p. 137

163. ^ "Psycho (1960)". *Rotten Tomatoes*. Archived from the original on June 12, 2020. Retrieved April 23, 2020.

164. ^ "Psycho (1960) Reviews". *Metacritic*. CBS Interactive. Archived from the original on June 24, 2020. Retrieved August 18, 2019.

165. ^ Ebert, Roger (December 6, 1998). "Psycho". *Roger Ebert.com*.

166. ^ "National Boxoffice Survey". *Variety*. June 29, 1960. p. 5. Retrieved February 8, 2021 – via Archive.org.

167. ^ *a b* Brueggemann, Tom (June 14, 2020). "'Psycho' Turns 60 This Week: How the 1960 Release Created an Iconic Film". *Indiewire*.

168. ^ "Psycho". *Box Office Mojo*. Retrieved September 27, 2020.

169. ^ Finler, Joel Waldo (2003). *The Hollywood Story*. Wallflower Press. pp. 358–359. ISBN 978-1-903364-66-6.

170. ^ Stephen Rebello, *Alfred Hitchcock and the Making of Psycho, Soft Skull Press, Berkeley, 1990*.

171. ^ Nickens & Leigh 1996, p. 141.

172. ^ Brill 1988, pp. 200–201

173. ^ Brill 1988, p. 223

174. ^ Brill 1988, p. 224

175. ^ Brill 1988, p. 228

176. ^ Brill 1988, p. 229

177. ^ Brill 1988, p. 225

178. ^ Brill 1988, pp. 225–226

179. ^ *a b* Nickens & Leigh 1996, pp. 90–93.

180. ^ Peucker, Brigitte (2007). *The Material Image: Art And the Real in Film*. Stanford University Press. p. 167. ISBN 978-0-8047-5431-6.

181. ^ Allen 2007, p. 161.

182. ^ *a b* Kaganski 1997

183. ^ Fiennes, Sophie (director); Žižek, Slavoj (writer/narrator) (2006). *The Pervert's Guide to Cinema* (documentary). Amoeba Film.

184. ^ "TV Guide's 50 Greatest Movies". Listal.com. April 25, 2009. Archived from the original on February 2, 2014. Retrieved January 26, 2014.

185. ^ "100 Scariest Movie Moments". Bravo. Archived from the original on October 30, 2007. Retrieved July 2, 2009.

186. ^ "The 25 Most Shocking Moments in Movie History". *Premiere Magazine*. Archived from the original on December 16, 2008. Retrieved December 2, 2006.

187. ^ "Critics' Top 100". *Sight & Sound*. British Film Institute. 2012.

188. ^ "Directors' Top 100". *Sight & Sound*. British Film Institute. 2012.

189. ^ "Sight & Sound Top Ten Poll 2002: The rest of the critics' list". *Sight & Sound*. British Film Institute. Archived from the original on May 15, 2012. Retrieved April 24, 2009.

190. ^ "Sight & Sound 2002 Directors' Greatest Films poll". listal.com.

185. ^ "100 Scariest Movie Moments" ☑. Bravo. Archived from the original ☑ on October 30, 2007. Retrieved July 2, 2009.
186. ^ "The 25 Most Shocking Moments in Movie History ☑. Premiere Magazine. Archived from the original ☑ on December 16, 2008. Retrieved December 2, 2006.
187. ^ "Critics' Top 100" ☑. Sight & Sound. British Film Institute. 2012.
188. ^ "Directors' Top 100" ☑. Sight & Sound. British Film Institute. 2012.
189. ^ "Sight & Sound Top Ten Poll 2002: The rest of the critics' list" ☑. Sight & Sound. British Film Institute. Archived from the original ☑ on May 15, 2012. Retrieved April 24, 2009.
190. ^ "Sight & Sound 2002 Directors' Greatest Films poll" ☑. listal.com.
191. ^ "Sight & Sound Top Ten Poll 2002 The Rest of Director's List" ☑. old.bfi.org.uk. Archived from the original ☑ on February 1, 2017. Retrieved July 5, 2021.
192. ^ "Top 100 Films (Readers)" ☑. AMC Filmsite.org. American Movie Classics Company. Archived ☑ from the original on July 18, 2014. Retrieved August 17, 2010.
193. ^ "Take One: The First Annual Village Voice Film Critics' Poll" ☑. The Village Voice. 1999. Archived from the original ☑ on August 26, 2007. Retrieved July 27, 2006.
194. ^ Ebert, Roger. "TCM's 15 most influential films of all time, and 10 from me | Roger Ebert's Journal" ☑. Roger Ebert. Retrieved June 29, 2013.
195. ^ "Entertainment Weekly's 100 Greatest Movies of All Time" ☑. Filmsite.org. Archived ☑ from the original on 31 March 2014. Retrieved 19 January 2009.
196. ^ Carr, Jay (2002). The A List: The National Society of Film Critics' 100 Essential Films ☐. Da Capo Press. p. 81 ☑. ISBN 978-0-306-81096-1. Retrieved July 27, 2012.
197. ^ "100 Essential Films by The National Society of Film Critics" ☑. filmsite.org.
198. ^ Schickel, Richard (January 15, 2010). "Psycho" ☑. Time.
199. ^ "Texas Massacre tops horror poll" ☑. BBC News. October 9, 2005. Archived ☑ from the original on August 31, 2017. Retrieved November 22, 2009.
200. ^ Kermode, Mark (October 22, 2010). "Psycho: The Best Horror Film of All Time" ☑. The Guardian. Retrieved July 10, 2021.
201. ^ Pulver, Andrew (November 12, 2013). "Martin Scorsese names his scariest films of all time" ☑. The Guardian.
202. ^ "The 10 Best Horror Movies of All Time" ☑. Rolling Stone. Archived ☑ from the original on June 12, 2018. Retrieved June 8, 2018.
203. ^ "The 100 Greatest Movies" ☑. Archived ☑ from the original on July 6, 2018. Retrieved March 20, 2018.
204. ^ Green, Willow (October 3, 2008). "The 500 Greatest Movies of All Time" ☑. Empire.
205. ^ "The 100 best horror movies" ☑. Time Out. June 3, 2021.
206. ^ "The 75 Best Edited Films" ☑. Editors Guild Magazine. 1 (3). May 2012. Archived from the original ☑ on March 17, 2015.
207. ^ "The 100 Greatest American Films" ☑. bbc. July 20, 2015. Archived ☑ from the original on January 14, 2021. Retrieved February 21, 2021.
208. ^ "Alfred Hitchcock and the Making of a Film Culture" ☑. Archived from the original ☑ on November 5, 2010. Retrieved November 20, 2010.
209. ^ "Psycho (1960)" ☑. Archived ☑ from the original on June 8, 2010. Retrieved November 20, 2010.
210. ^ Hamza, Aamir (September 8, 2018). "How Alfred Hitchcock's Psycho changed the way movies are made" ☑. The New Indian Express.
211. ^ "Psycho Analyzed" ☑. Archived ☑ from the original on July 27, 2011. Retrieved November 20, 2010.
212. ^ "Alfred Hitchcock Filmmaking Techniques "SUSPENSE 'HITCHCOCKIAN'"" ☑. Archived from the original ☑ on July 7, 2011. Retrieved November 20, 2010.
213. ^ "The top 10 film moments" ☑. The Guardian. February 6, 2000.
214. ^ Hartl, John (July 14, 2005). "'Chocolate Factory' is a tasty surprise" ☑. msnbc. Archived ☑ from the original on May 23, 2020. Retrieved November 11, 2019.
215. ^ Wilner, Norman (October 12, 2017). "Five films that reference the Psycho shower scene" ☑. Now Toronto.
216. ^ Film Review: '78/52: Hitchcock's Shower Scene'. Variety Magazine. January 24, 2017. [1] ☑ Archived ☑ December 13, 2017, at the Wayback Machine.
217. ^ Semley, John (April 24, 2017). "How the shower scene from 'Psycho' slashed its way into legend" ☑. Macleans.
218. ^ "Alfred Hitchcock: Our Top 10" ☑. CNN. August 13, 1999. Archived from the original ☑ on December 11, 2004. Retrieved December 1, 2006.
219. ^ Mikulec, Sven. "'Psycho': The Proto-Slasher that Brought On a Revolution in Cinema" ☑. Cinephilia & Beyond.
220. ^ "Before 'Psycho,' there was 'Peeping Tom'" ☑. Observer. October 30, 2015. Archived ☑ from the original on October 11, 2018. Retrieved October 11, 2018.

215. ^ Wilner, Norman (October 12, 2017). "Five films that reference the Psycho shower scene". *Now Toronto*.

216. ^ "Crime Review: 'Psycho' Hitchcock's Shower Stunt". *Variety Magazine*. January 20, 2017. Retrieved December 13, 2017, at the Wayback Machine.

217. ^ Semley, John (April 24, 2017). "How the shower scene from 'Psycho' slashed its way into legend". *Macleans*.

218. ^ "Alfred Hitchcock: Our Top 10". CNN. August 13, 1999. Archived from the original on December 11, 2004. Retrieved December 1, 2006.

219. ^ Mikulec, Sven. "'Psycho': The Proto-Slasher that Brought On a Revolution in Cinema". *Cinephilia & Beyond*.

220. ^ "Before 'Psycho', there was 'Peeping Tom'". *Observer*. October 30, 2015. Archived from the original on October 11, 2018. Retrieved October 11, 2018.

221. ^ Berardinelli, James. "Review: Psycho (1960)". Retrieved November 16, 2008.

222. ^ Dirks, Tim. "Psycho (1960)". Film Site. Archived from the original on May 27, 2007. Retrieved November 16, 2008.

223. ^ Busta Rhymes – E.L.E. Extinction Level Event|Album Review @ Music-Critic.com: the source for music reviews, interviews, articles, and news on the internet Archived December 22, 2010, at the Wayback Machine. Music-critic.com (December 17, 1998). Retrieved on November 21, 2010.

224. ^ Muñoz, Manuel. *What You See in the Dark*, 2011, Algonquin Books.

225. ^ George Khoury and Eric Nolen-Weathington. *Modern Masters Volume Six: Arthur Adams*, 2006, TwoMorrows Publishing.

226. ^ "'The Shining' in 'Twister'".

227. ^ "Every Character From 'Finding Nemo', Ranked - The Ringer".

228. ^ Nickens & Leigh 1996, p. 156, 187–188, 163.

229. ^ Nickens & Leigh 1996, p. 159.

230. ^ III, Joseph W. Smith (2009). *The Psycho file : a comprehensive guide to Hitchcock's classic shocker*. Jefferson, N.C.: McFarland & Co., Pub. p. 74. ISBN 978-0786444878. Retrieved May 30, 2015.

231. ^ Nickens & Leigh 1996, pp. 132–133.

232. ^ *a* *b* Nickens & Leigh 1996, p. 186.

233. ^ Nickens & Leigh 1996, p. 113.

234. ^ Ebert, Roger *Psycho III*. *Roger Ebert' Movie Home Companion*. Kansas City: Andrews and McMeel, 1991

235. ^ "Psycho III". *Variety*. January 1, 1986. Archived from the original on October 11, 2007. Retrieved November 26, 2006.

236. ^ "Psycho II (1983)". Archived from the original on January 5, 2019. Retrieved September 17, 2018 – via www.rottentomatoes.com.

237. ^ "Psycho III (1986)". Archived from the original on December 1, 2017. Retrieved December 6, 2018 – via www.rottentomatoes.com.

238. ^ "Psycho IV: The Beginning (1991)". Archived from the original on December 3, 2017. Retrieved December 6, 2018 – via www.rottentomatoes.com.

239. ^ "Gus Van Sant Explains Why He Remade Psycho". *Collider*. July 23, 2018. Retrieved April 18, 2022.

240. ^ "Gus Vant Sant: Exclusive Interview: Interview: Movies: Entertainment: Web Wombat". *www.webwombat.com.au*. Archived from the original on March 26, 2020. Retrieved March 26, 2020.

## Further reading [ edit ]

- Allen, Richard (2007). *Hitchcock's romantic irony*. Columbia University Press. ISBN 978-0-231-13575-7.

- Brill, Lesley (1988). " 'I Look Up, I Look Down' (*Vertigo* and *Psycho*)". *The Hitchcock Romance: Love and Irony in Hitchcock's Films*. Princeton University Press. ISBN 0-691-00822-1.

- Caminer, Sylvia; Gallagher, John Andrew (January–February 1996). "An Interview with Joseph Stefano". *Films in Review*. **XLVII** (1/2).

- Dancyger, Ken (2002). *The Technique of Film and Video Editing: History, Theory, and Practice*. New York: Focal Press. ISBN 0-240-80420-1.

- Hardy, Phil (1986). *Encyclopedia of Horror Movies*. London: Octopus Books. ISBN 0-7064-2771-8.

- Hyder, Paul (2017). *PSYCHO: An Ironic Journey Through Hitchcock's Cinematic Masterpiece*. Independently published. ISBN 979-8669138080.

- Kaganski, Serge (1997). *Alfred Hitchcock*. Paris: Hazan.

- Krohn (2003). *Hitchcock at Work*. Phaidon Press Ltd.

- McGilligan, Patrick (2003). *Alfred Hitchcock: A Life in Darkness and Light*. Regan Books.

- Nickens, Christopher; Leigh, Janet (1996). *Psycho: Behind the Scenes of the Classic Thriller*. Harmony. ISBN 0-

Press. ISBN 0-240-80420-1.

- Hardy, Phil (1986). *Encyclopedia of Horror Movies*. London: Octopus Books. ISBN 0-7064-2771-8.
- Hyder, Paul (2017). *PSYCHO: An Ironic Journey Through Hitchcock's Cinematic Masterpiece*. Independently published. ISBN 979-8669138080.
- Kaganski, Serge (1997). *Alfred Hitchcock*. Paris: Hazan.
- Krohn (2003). *Hitchcock at Work*. Phaidon Press Ltd.
- McGilligan, Patrick (2003). *Alfred Hitchcock: A Life in Darkness and Light*. Regan Books.
- Nickens, Christopher; Leigh, Janet (1996). *Psycho: Behind the Scenes of the Classic Thriller* ↗. Harmony. ISBN 0-517-70112-X.
- Palmer, Christopher (1990). *The Composer in Hollywood*. London: Marion Boyars. ISBN 0714529508.
- Rebello, Stephen (1990). *Alfred Hitchcock and the Making of Psycho*. Marion Boyars. ISBN 0-7145-3003-4.
- Reavill, Gil (2007). *Aftermath, Inc.: Cleaning Up After CSI Goes Home* ↗. Gotham. ISBN 978-1-59240-296-0.
- Schickel, Richard; Capra, Frank (2001). *The Men Who Made the Movies*. I.R. Dee. ISBN 978-1-56663-374-1.
- Skerry, Philip (2008). *Psycho in the Shower: A History of Cinema's Most Famous Scene*. Continuum Books. ISBN 978-0826427694.
- Smith, Joseph W., III. (2009). *The Psycho File: A Comprehensive Guide to Hitchcock's Classic Shocker*. Berkeley: McFarland.
- Smith, Steven C. (1991). *A Heart at Fire's Center; The Life and Music of Bernard Herrmann* 🔒. Berkeley: University of California Press. ISBN 0-520-22939-8.
- Steinberg, Cobbett (1980). *Film Facts* ↗. New York: Facts on File, Inc. ISBN 0-87196-313-2.
- Winecoff, Charles (1996). *Split Image: The Life of Anthony Perkins*. Diane Pub Co. ISBN 0-7881-9870-X.
- Truffaut, François; Scott, Helen (1967). *Hitchcock* 🔒 (revised ed.). New York: Simon & Schuster. ISBN 0-671-60429-5.
- Wagstaff, Sheena, ed. (2004). *Edward Hopper*. London: Tate Publishing. ISBN 1-85437-533-4.
- Wood, Robin (1989). *Hitchcock's Films Revisited*. London: Faber and Faber. ISBN 0-571-16226-6.

### Production of *Psycho*  [ edit ]

- Anobile, Richard J.; editor. *Alfred Hitchcock's Psycho* (The Film Classics Library). Avon Books, 1974. This volume, published before the proliferation of home video, is entirely composed of photo reproductions of film frames along with dialogue captions, creating a fumetti of the entire motion picture.
- Durgnat, Raymond E. *A Long Hard Look at Psycho* (BFI Film Classics). British Film Institute, 2002.
- Kolker, Robert; editor. *Alfred Hitchcock's Psycho: A Casebook*. Oxford University Press, 2005.
- Naremore, James. *Filmguide to Psycho*. Indiana University Press, 1973.
- Rebello, Stephen. *Alfred Hitchcock and the Making of Psycho*. Dembner Books, 1990. A definitive "making of" account tracing every stage of the production of the film as well as its aftermath.
- Rebello, Stephen. "Psycho: The Making of Alfred Hitchcock's Masterpiece". "Cinefantastique", April 1986 (Volume 16, Number 4/5). Comprehensive 22-page article.
- Skerry, Philip J. *The Shower Scene in Hitchcock's Psycho: Creating Cinematic Suspense and Terror*. Lewiston, New York: Edwin Mellen Press, 2005.
- Smith, Joseph W., III. *The Psycho File: A Comprehensive Guide to Hitchcock's Classic Shocker*. McFarland, 2009.
- Thomson, David, *The Moment of Psycho* (2009) ISBN 978-0-465-00339-6

## External links  [ edit ]

- *Psycho* essay [2] 📄 by Charles Taylor at National Film Registry
- *Psycho* ↗ at IMDb
- *Psycho* ↗ at the TCM Movie Database
- *Psycho* ↗ at the American Film Institute Catalog
- *Psycho* ↗ at AllMovie
- *Psycho* ↗ at Box Office Mojo


Wikiquote has quotations related to *Psycho*.


Wikimedia Commons has media related to *Psycho (1960 film)*.

- Skerry, Philip J. *The Shower Scene in Hitchcock's Psycho: Creating Cinematic Suspense and Terror.* Lewiston, New York: Edwin Mellen Press, 2005.
- Smith, Joseph W., III. *The Psycho File: A Comprehensive Guide to Hitchcock's Classic Shocker.* McFarland, 2009.
- Thomson, David, *The Moment of Psycho* (2009) ISBN 978-0-465-00339-6

## External links   [ edit ]



- *Psycho* essay [2] 📄 by Charles Taylor at National Film Registry
- *Psycho* 🔗 at IMDb
- *Psycho* 🔗 at the TCM Movie Database
- *Psycho* 🔗 at the American Film Institute Catalog
- *Psycho* 🔗 at AllMovie
- *Psycho* 🔗 at Box Office Mojo
- *Psycho* 🔗 at Rotten Tomatoes
- *Psycho* 🔗 at Metacritic ✎
- Filmsite: *Psycho* 🔗 In-depth analysis of the film
- *Psycho* and Bernard Herrmann film score 🔗
- "*Psycho* at 50: What We've Learned from Alfred Hitchcock's Horror Classic" 🔗 by Gary Susman – Moviefone – June 15, 2010
- *Psycho* essay by Daniel Eagan in America's Film Legacy: The Authoritative Guide to the Landmark Movies in the National Film Registry, A&C Black, 2010 ISBN 0826429777, pages 563-565 [3] 🔗

| V·T·E | **Robert Bloch's *Psycho*** | [show] |
|---|---|---|
| V·T·E | **Robert Bloch** | [show] |
| V·T·E | **Alfred Hitchcock** | [show] |
| V·T·E | **Saturn Award for Best Classic Film DVD Release** | [show] |
| | **Authority control** ✎ | [show] |

Categories:  1960 films | Psycho (franchise) films | 1960 horror films | 1960s horror thriller films | 1960s mystery films | 1960s psychological thriller films | 1950s serial killer films | 1960s slasher films | American horror thriller films | American mystery films | American psychological horror films | American serial killer films | American slasher films | 1950s English-language films | Films directed by Alfred Hitchcock | Films produced by Alfred Hitchcock | Films with screenplays by Joseph Stefano | Films scored by Bernard Herrmann | American black-and-white films | Censored films | Cross-dressing in American films | Films about dissociative identity disorder | Edgar Award-winning works | Films about sexual repression | Films based on American horror novels | Films based on thriller novels | Films featuring a Best Supporting Actress Golden Globe-winning performance | LGBT-related horror thriller films | Films set in 1959 | Films set in 1960 | Films set in California | Films set in Phoenix, Arizona | Films shot in California | Matricide in fiction | Paramount Pictures films | United States National Film Registry films | Films à clef | Films based on works by Robert Bloch | 1960s American films

This page was last edited on 6 October 2022, at 15:52 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License 3.0; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy    About Wikipedia    Disclaimers    Contact Wikipedia    Mobile view    Developers    Statistics    Cookie statement




PageVault

Document title:              Psycho (1960 film) - Wikipedia

Capture URL:                 https://en.wikipedia.org/wiki/Psycho_(1960_film)

Page loaded at (UTC):        Fri, 07 Oct 2022 14:38:36 GMT

Capture timestamp (UTC):     Fri, 07 Oct 2022 14:39:59 GMT

Capture tool:                v7.15.1

Collection server IP:        3.90.170.83

Browser engine:              Chrome/96.0.4664.93

Operating system:            Microsoft Windows NT 10.0.17763.0 (10.0.17763.0)

PDF length:                  31

Capture ID:                  5468238d-e73c-4b14-8964-590cbc156669

User:                        fe-eaugustyniak