# Exhibit H



Rotten Tomatoes
Search movies, TV, actors, more...
What's the Tomatometer®? Critics LOGIN/SIGNUP
MOVIES TV SHOWS New RT PODCAST NEWS SHOWTIMES
TRENDING ON RT Werewolf by Night Amsterdam Hellraiser The Midnight Club Terrifier 2
IN THEATERS STREAMING MOVIES TV SHOWS
86% Battleground
94% Terrifier 2
34% Amsterdam
68% Lyle, Lyle, Crocodile
73% Triangle of Sadness
90% Piggy
91% The Swimmer
97% To Leslie
86% Project Wolf Hunting
100% Some Like It Rare
17% The Storied Life of A.J. Fikry
-- Don't Look at the Demon
70% Pretty Problems
-- Operation Seawolf
-- Sanctioning Evil

Document title: Psycho - Rotten Tomatoes
Capture URL: https://www.rottentomatoes.com/m/psycho
Capture timestamp (UTC): Fri, 07 Oct 2022 21:54:12 GMT
Page 1 of 14



86% Project Wolf Hunting
100% Some Like It Ra
17% The Storied Life of A.J. Fikry
-- Don't Look at the Demon
70% Pretty Problems
-- Operation Seawolf
-- Sanctioning Evil
View All

COMING SOON

| | | |
|---|---|---|
| -- | The Phantoms | Oct 10 |
| -- | The Legend of Maula Jatt | Oct 13 |
| -- | Dreams of Darkness | Oct 13 |
| -- | Halloween Ends | Oct 14 |
| 91% | Decision to Leave | Oct 14 |

View All

## PSYCHO

R 1960, Horror/Mystery & thriller, 1h 49m

96% TOMATOMETER 108 Reviews

95% AUDIENCE SCORE 100,000+ Ratings

## WHAT TO KNOW

CRITICS CONSENSUS

Infamous for its shower scene, but immortal for its contribution to the horror genre. Because *Psycho* was filmed with tact, grace, and art, Hitchcock didn't just create modern horror, he validated it. Read critic reviews

## YOU MIGHT ALSO LIKE

CRITICS CONSENSUS

Infamous for its shower scene, but immortal for its contribution to the horror genre. Because "Psycho" was filmed with taste, grace, and art, Hitchcock didn't just create modern horror, he validated it. Read critic reviews

## YOU MIGHT ALSO LIKE

| 94% 93% | 93% 90% | 97% 97% | 91% 90% | 89% 91% |
|---|---|---|---|---|
| Fargo | Run Lola Run | The Good, the Bad and the Ugly | Akira | Blade Runner |

## WHERE TO WATCH

| In Theaters | Rent/buy (VUDU) | Subscription (peacock) | Rent/buy (prime video) | Rent/buy (apple tv) |

RATE AND REVIEW



In Theaters
VUDU
Rent/buy
peacock
Subscription
prime video
Rent/buy
tv
Rent/buy
RATE AND REVIEW
WANT TO SEE
What did you think of the movie? (optional)
PSYCHO VIDEOS
3:44
1:43
1:58
2:02
Jason Blum's Five Favorite
Psycho: Official Clip - She
Psycho: Official Clip - I'm Not
Psycho: Official Clip - We All

Document title: Psycho - Rotten Tomatoes
Capture URL: https://www.rottentomatoes.com/m/psycho
Capture timestamp (UTC): Fri, 07 Oct 2022 21:54:12 GMT
Page 4 of 14

3:44
Jason Blum's Five Favorite Horror Films
Psycho: Official Clip - She Wouldn't Even Harm a Fly
Psycho: Official Clip - I'm Not Capable of Being Fooled
Psycho: Official Clip - We All Go a Little Mad Sometimes
View all videos (12)
PSYCHO PHOTOS
PSYCHO
ANTHONY PERKINS
JANET LEIGH
View All Photos (20)
MOVIE INFO
Phoenix secretary Marion Crane (Janet Leigh), on the lam after stealing $40,000 from her employer in

View All Photos (27)

## MOVIE INFO

Phoenix secretary Marion Crane (Janet Leigh), on the lam after stealing $40,000 from her employer in order to run away with her boyfriend, Sam Loomis (John Gavin), is overcome by exhaustion during a heavy rainstorm. Traveling on the back roads to avoid the police, she stops for the night at the ramshackle Bates Motel and meets the polite but highly strung proprietor Norman Bates (Anthony Perkins), a young man with an interest in taxidermy and a difficult relationship with his mother.

**Rating:** R
**Genre:** Horror, Mystery & Thriller
**Original Language:** English
**Director:** Alfred Hitchcock
**Producer:** Alfred Hitchcock
**Writer:** Robert Bloch, Joseph Stefano
**Release Date (Theaters):** Jun 16, 1960 Original
**Release Date (Streaming):** Oct 4, 2005
**Runtime:** 1h 49m
**Distributor:** Paramount Pictures
**Sound Mix:** Mono

## CAST & CREW

Document title: Psycho - Rotten Tomatoes
Capture URL: https://www.rottentomatoes.com/m/psycho
Capture timestamp (UTC): Fri, 07 Oct 2022 21:54:12 GMT
Page 6 of 14

## CAST & CREW

Anthony Perkins
Norman Bates

Janet Leigh
Marion Crane

Vera Miles
Lila Crane

John Gavin
Sam Loomis

Martin Balsam
Det. Milton Arbogast

John McIntire
Sheriff Al Chambers

Show all Cast & Crew

## NEWS & INTERVIEWS FOR *PSYCHO*

The 8 Best Ways to Turn a Movie into an Amazing TV Series

The 25 Scariest Movie Scenes of All Time

10 Killer Movie Marketing Campaigns

View All



The 8 Best Ways to Turn a Movie into an Amazing TV Series
The 25 Scariest Movie Scenes of All Time
10 Killer Movie Marketing Campaigns
View All
CRITIC REVIEWS FOR PSYCHO
All Critics (108) | Top Critics (27) | Fresh (104) | Rotten (4)
Psycho comes nearer to attaining an exhilarating balance between content and style than anything Hitchcock has done in years. Of course, it is a very minor work. But its virtues of tension, surprise, virtuosity and control are all major ones.
January 11, 2020 | Full Review...
Peter John Dyer
Sight & Sound
TOP CRITIC
It is one of [Hitchcock's] most brilliantly directed shockers and also his most disagreeable.
April 22, 2019 | Full Review...
Philip K. Scheuer
Los Angeles Times
TOP CRITIC
A brilliant technical exercise, an intimate character study, and the
Psycho continues to be thrilling to this day.









major ones.

January 11, 2020 | Full Review...

Peter John Dyer
Sight & Sound
TOP CRITIC

Los Angeles Times
TOP CRITIC

A brilliant technical exercise, an intimate character study, and the ultimate variant on the premise "boy meets girl."

January 11, 2019 | Full Review...

Jake Wilson
The Age (Australia)
TOP CRITIC

Psycho continues to be thrilling to this day.

May 31, 2018 | Rating: A+ | Full Review...

Chris Stuckmann
ChrisStuckmann.com
TOP CRITIC

Paramount won't let anyone enter theatres where Psycho is playing after the picture starts. No one will want to leave before it is over.

June 16, 2017 | Full Review...

Jack Harrison
Hollywood Reporter
TOP CRITIC

The obvious thing to say is that Hitch has done it again; that the suspense of his picture builds up slowly but surely to an almost unbearable pitch of excitement.

June 16, 2015 | Rating: 4/4 | Full Review...

Wanda Hale
New York Daily News
TOP CRITIC

From these lunatic situations Hitchcock has created something persistently compulsive. From his players, and

Psycho still works on the big screen. Its success lies in its ability to find horror in the mundane... the true horror of

Jack Harrison
Hollywood Reporter
TOP CRITIC

June 10, 2015 | Rating: 4/4 | Full Review...

Wanda Hale
New York Daily News
TOP CRITIC

From these lunatic situations Hitchcock has created something persistently compulsive. From his players, and especially from the duel between the brilliant Anthony Perkins and Martin Balsam he has drawn frightening, sombre comedy.

August 10, 2022 | Full Review...

Dilys Powell
Sunday Times (UK)

Psycho still works on the big screen. Its success lies in its ability to find horror in the mundane... the true horror of Hitchcock's masterpiece is that (Norman Bates) could be anywhere, just waiting at that next rest stop.

May 27, 2022 | Rating: 5/5 | Full Review...

James Luxford
City AM

The score alone is a supporting character. It makes various appearances throughout suspenseful moments in the story most notably the shower scene. Those high-pitched, ear-piercing violin strings will forever be associated with fear and catastrophe.

April 10, 2022 | Rating: 5/5 | Full Review...

Jamie Broadnax
Black Girl Nerds

Psycho allowed [Hitchcock] and his audience to fulfill their desires of observing a fascinating, macabre world by becoming a fly on the wall without being swatted.

November 28, 2021 | Rating: 5/5 | Full Review...

Cameron Meier
MeierMovies.com

shower scene. Those high-pitched, ear-piercing violin strings will forever be associated with fear and catastrophe.

April 10, 2022 | Rating: 5/5 | Full Review...

Jamie Broadnax
Black Girl Nerds

being swatted.

November 28, 2021 | Rating: 5/5 | Full Review...

Cameron Meier
MeierMovies.com

Hitchcock forged career-best performances out of Anthony Perkins and Janet Leigh.

June 10, 2021 | Full Review...

Howard Gorman
NME

Any excuse to watch Hitchcock's film is all right with me. I hope I never find myself in a motel as creepy as the Bates' but I do enjoy returning there on my television.

March 24, 2021 | Full Review...

Sarah Brinks
Battleship Pretension

View All Critic Reviews (108)

## AUDIENCE REVIEWS FOR *PSYCHO*

★★★★★ Mar 05, 2020

Psycho is still an amazing film after all these years. This is a must-see on 4K and is now the preferred version to watch. I've seen this film so many times over the last

★★★★★ Jun 03, 2016

27/08/2018 - A perfect film by Hitchcock. The acting, camera work and script are all top notch. Add to this one of the most memorable scenes in film history (the

## AUDIENCE REVIEWS FOR *PSYCHO*

★★★★★ Mar 05, 2020

Psycho is still an amazing film after all these years. This is a must-see on 4K and is now the preferred version to watch. I've seen this film so many times over the last...

SHOW MORE

**Brendan O**
SUPER REVIEWER

★★★★★ Jun 03, 2016

27/08/2018 - A perfect film by Hitchcock. The acting, camera work and script are all top notch. Add to this one of the most memorable scenes in film history, (the...

SHOW MORE

**Peter B**
SUPER REVIEWER

★★★★½ Jul 21, 2015

Incredible from start to finish, with an impeccable musical score banging on, stabbing at your senses. But I would not consider this Hitchcock's greatest, even...

SHOW MORE

**Paris S**
SUPER REVIEWER

★★★★½ Apr 07, 2015

What more can be said about Psycho other than 'WOW'. Psycho isn't just an iconic horror film, it's an icon completely as an item and a piece of art. The film that...

SHOW MORE

**Harry W**
SUPER REVIEWER

See All Audience reviews



See All Audience reviews
MOVIE & TV GUIDES
View All
Most Anticipated 2022 Movies
Best Horror Movies of 2022
Marvel Movies & TV In Order
Most Anticipated 2022 TV & Streaming
Help
About Rotten Tomatoes
What's the Tomatometer®?
Feedback
Critic Submission
Licensing
Advertise With Us
Careers
JOIN THE NEWSLETTER
Get the freshest reviews, news, and more delivered right to your inbox!
Join the Newsletter!
FOLLOW US
Copyright © Fandango. All rights reserved.
Privacy Policy | Terms and Policies | Do Not Sell My Info | AdChoices | Accessibility

PageVault

| | |
|---|---|
| Document title: | Psycho - Rotten Tomatoes |
| Capture URL: | https://www.rottentomatoes.com/m/psycho |
| Page loaded at (UTC): | Fri, 07 Oct 2022 21:49:16 GMT |
| Capture timestamp (UTC): | Fri, 07 Oct 2022 21:54:12 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 15 |
| Capture ID: | 11d8c9ec-2735-46cc-a4c8-504ec89f6e8a |
| User: | fe-eaugustyniak |