# Exhibit I




Document title: The Granny - Rotten Tomatoes
Capture URL: https://www.rottentomatoes.com/m/the_granny
Capture timestamp (UTC): Fri, 07 Oct 2022 21:55:55 GMT




Document title: The Granny - Rotten Tomatoes
Capture URL: https://www.rottentomatoes.com/m/the_granny
Capture timestamp (UTC): Fri, 07 Oct 2022 21:55:55 GMT

PageVault

| | |
|---|---|
| Document title: | The Granny - Rotten Tomatoes |
| Capture URL: | https://www.rottentomatoes.com/m/the_granny |
| Page loaded at (UTC): | Fri, 07 Oct 2022 21:55:29 GMT |
| Capture timestamp (UTC): | Fri, 07 Oct 2022 21:55:55 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 434de46e-611b-4f87-b867-17515ea29b86 |
| User: | fe-eaugustyniak |