# Exhibit J

Not logged in Talk Contributions Create account Log in

Article   Talk

Read   Edit   View history

Search Wikipedia

WIKIPEDIA
The Free Encyclopedia

Main page
Contents
Current events
Random article
About Wikipedia
Contact us
Donate

Contribute

Help
Learn to edit
Community portal
Recent changes
Upload file

Tools

What links here
Related changes
Special pages
Permanent link
Page information
Cite this page
Wikidata item

Print/export

Download as PDF
Printable version

Languages

Cymraeg
Українська
   Edit links

# The Granny

From Wikipedia, the free encyclopedia

**The Granny** is a 1995 American horror comedy film directed by Luca Bercovici and written by Bercovici and Sam Bernard. The film stars Stella Stevens as a grandmother who comes back from her grave to seek revenge on her greedy family. After a limited release at drive-in theaters, the film was printed directly to VHS video format.

Noted by collectors of modern B-movies for its poor script and amateur acting, *The Granny* has been called "one of the finer pieces of trash".[1][2]



**The Granny**

VHS cover

| | |
|---|---|
| Directed by | Luca Bercovici |
| Written by | Luca Bercovici<br>Sam (story) |
| Produced by | Sam Bernard<br>Natan Zahavi |
| Starring | Stella Stevens<br>Shannon Whirry<br>Sandy Helberg<br>Brant von Hoffman |
| Cinematography | Wally Pfister |
| Edited by | Sherwood Jones |
| Music by | Kendall Schmidt |
| Production companies | United Artists<br>Tapestry Films |
| Distributed by | MGM/UA Distribution Co. |
| Release date | August 25, 1995 |
| Running time | 85 minutes |
| Country | United States |
| Language | English |

## Contents [hide]

1 Synopsis
2 Cast
3 Production
    3.1 Music
4 Release
    4.1 Rating
5 References
6 External links

## Synopsis [edit]

The family of a wealthy woman named Anastasia "Granny" Gargoli (Stella Stevens) wants her to die so they can inherit her insurance. Granny is given an eternal life potion by a mysterious preacher Namon Ami (Luca Bercovici). Although the preacher admonishes her not to take it in sunlight, Granny ignores him and drinks it in broad daylight. She melts into nothing but arises from a grave as a vampire-like monster. Granny starts killing her family to prevent them from inheriting her fortune. It is up to Kelly (Shannon Whirry) and Amy (Samantha Hendricks) to stop the blood hungry, vampire-like granny.

## Cast [edit]

- Stella Stevens as Granny
- Shannon Whirry as Kelly; Whirry made appearances on several television shows including Seinfeld, Murphy Brown and Silk Stalkings.
- Samantha Hendricks as Amy
- Sandy Helberg as Albert
- Brant von Hoffman as David. Hoffman is known for his roles in Police Academy and Guarding Tess.
- Patricia Sturges as Andrea
- Ryan Bollman as Junior
- Heather Elizabeth Parkhurst as Antionette. Parkhurst was a member of the Swedish Bikini Team featured in beer ads

television shows including Seinfeld, Murphy Brown and Silk Stalkings.

- Samantha Hendricks as Amy
- Sandy Helberg as Albert
- Brant von Hoffman as David. Hoffman is known for his roles in Police Academy and Guarding Tess.
- Patricia Sturges as Andrea
- Ryan Bollman as Junior
- Heather Elizabeth Parkhurst as Antionette. Parkhurst was a member of the Swedish Bikini Team featured in beer ads and appeared in Playboy in August 1991 and January 1992.[3]
- Joseph Bernard as Mr. Sadler
- Luca Bercovici as Namon Ami

| | |
|---|---|
| Distributed by | MGM/UA Distribution Co. |
| Release date | August 25, 1995 |
| Running time | 85 minutes |
| Country | United States |
| Language | English |

## Production [ edit ]

**Music** [ edit ]

The film score was composed by noted Hollywood composer Kendall Schmidt (famous for re-scoring *Witchfinder General* when it was released on VHS). The film also featured the song *Hard Feelings* by the heavy rock band Blackthorne from their album *Afterlife*.

## Release [ edit ]

**Rating** [ edit ]

Initially the film was to be given NC-17,[citation needed] but eventually was rated R for violence and gore, crude sexuality and language.[2]

## References [ edit ]

1. ^ Taylor, J.R., *The Granny*, Video Review, Entertainment Weekly, May 26, 1995
2. ^ a b *The Granny*, Review, Media-Assault.com, May 12, 1999
3. ^ The Cast of Sherman Oaks, CultTVman.com

## External links [ edit ]

- Granny Games
- *The Granny* at IMDb
- *The Granny* Movie Review Something Awful, January 20, 2000

 This article about a comedy horror film is a stub. You can help Wikipedia by expanding it.

| Categories: | 1995 films | 1990s comedy horror films | American comedy horror films | 1995 comedy films |
| Films directed by Luca Bercovici | 1990s English-language films | 1990s American films | Comedy horror film stubs |

This page was last edited on 29 August 2022, at 00:56 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike License 3.0; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy   About Wikipedia   Disclaimers   Contact Wikipedia   Mobile view   Developers   Statistics   Cookie statement

 

🔒 PageVault

| | |
|---|---|
| Document title: | The Granny - Wikipedia |
| Capture URL: | https://en.wikipedia.org/wiki/The_Granny |
| Page loaded at (UTC): | Fri, 07 Oct 2022 14:43:06 GMT |
| Capture timestamp (UTC): | Fri, 07 Oct 2022 14:43:33 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 327decf8-0404-4b0e-933d-4791e471ffae |
| User: | fe-eaugustyniak |

PDF REFERENCE #:    i8Yw34CGKv6VzyJixoP8fJ