# Exhibit K



Not logged in  Talk  Contributions  Create account  Log in

Special page

Search Wikipedia 🔍

# Search results

❓ Help

🔍 granny 1999                                   ✖  **Search**

Results **1 – 20** of **1,696**

**Advanced search:** (Sort by relevance ✕)                    ⌄

**Search in:** ( (Article) ✕ )                                ⌄

Did you mean: grande 1999

*The page "Granny 1999" does not exist. You can create a draft and
submit it for review, but consider checking the search results below to
see whether the topic is already covered.*

### The Granny
The **Granny** is a 1995 American horror comedy film directed by Luca
Bercovici and written by Bercovici and Sam Bernard. The film stars
Stella Stevens as...
4 KB (390 words) - 00:56, 29 August 2022

### Doris Haddock (redirect from The **Granny** D)
1, **1999**, in southern California and ending in Washington, D.C., on
February 29, 2000. Haddock requested a name change of her middle
name to "**Granny** D"...
15 KB (1,542 words) - 22:56, 29 September 2022

### The Beverly Hillbillies (redirect from **Granny** (Beverly Hillbillies character))
Irene Ryan in all 274 episodes), called "**Granny**" by all, is Jed's mother-
in-law, so is often called "**Granny** Clampett" in spite of her last name,
and despite...
38 KB (4,369 words) - 06:20, 6 October 2022

### Granny Smith Gold Mine
The **Granny** Smith Gold Mine is a gold mine 21 kilometres (13 mi) south
of Laverton, Western Australia near Mount Weld and operated by Gold
Fields. As of...
11 KB (742 words) - 00:51, 18 May 2022

### Granny Grace
The **Granny** Grace Mysteries, from author Patricia C. Hughes, is a
series of comical mystery short stories published in Alfred Hitchcock's
Mystery Magazine...
1,005 bytes (110 words) - 18:20, 27 April 2022

 Quotes from Wikiquote
**Doris Haddock**
Doris "**Granny** D" Haddock (born
Ethel Doris Rollins; 24 January,
1910 – 9 March, 2010) was an
American political activist from New
Hampshire. Haddock achieved
See all results

 Texts from Wikisource
**1911 Encyclopædia
Britannica/Dairy and Dairy-
Farming**
48 47.8 3.5 9.0 88.7    Shorthorns
not eligible for Herd-Book—
        **Granny** 9 33 70.2 3.5 8.9
144.1        Cherry 9 103 55.5 4.0
8.9 127.1        Chance 6
See all results

🐝 Textbooks from
Wikibooks
**Lentis/Robotic Pets for
Psychosocial Therapeutics**
Retrieved 2021-12-09.  Sharkey,
Amanda; Sharkey, Noel (2012-03-
01). "**Granny** and the robots: ethical
issues in robot care for the elderly".
Ethics and
See all results

**WIKIPEDIA**
The Free Encyclopedia

Main page
Contents
Current events
Random article
About Wikipedia
Contact us
Donate

Contribute

Help
Learn to edit
Community portal
Recent changes
Upload file

Tools

Special pages
Printable version

Languages  ⚙

Fields. As of...
1 KB (143 words) - 05:04, 18 May 2022

### Granny Grace

The **Granny** Grace Mysteries, from author Patricia C. Hughes, is a series of comical mystery short stories published in Alfred Hitchcock's Mystery Magazine...
1,005 bytes (110 words) - 18:20, 27 April 2022

### Nina Conti (section **Granny**)

Festival 2010 she debuted a new puppet, an elderly woman who is her "**Granny**". Conti and **Granny** appeared in episode six of the ninth series of the BBC comedy...
15 KB (1,343 words) - 03:00, 5 July 2022

### Tugboat **Granny**

Tugboat **Granny** is a 1956 Warner Bros. Merrie Melodies cartoon animated short directed by Friz Freleng. The short was released on June 23, 1956, and stars...
5 KB (598 words) - 15:52, 5 October 2022

### Granny (song)

"**Granny**" is a song by Virginia-based jam band Dave Matthews Band. Though never released on an official studio album, "**Granny**" was dropped from the Under...
2 KB (323 words) - 18:05, 1 February 2022

### List of The Sylvester & Tweety Mysteries episodes (section Season 5 (**1999**–2002))

is a list of episodes from The Sylvester & Tweety Mysteries, featuring **Granny**, Sylvester, Tweety and Hector as globe-trotting detectives. Note: All seasons...
37 KB (116 words) - 04:30, 3 October 2022

### King of Comedy (film) (redirect from King of Comedy (**1999** film))

Chung-Kei as Kee Sunny Luk Kim-Ching as Johnny Hau Woon-Ling as Hung's **granny** Robert Sparks as Hollywood Producer Vincent Chik Miu-Chan as C.I.B Sherwin...
7 KB (791 words) - 01:22, 28 September 2022

### Tweety

ambiguity was played with. For example, in the cartoon "Snow Business", when **Granny** entered a room containing Tweety and Sylvester she said: "Here I am, boys...
41 KB (4,038 words) - 04:58, 15 September 2022

### Baron (Musician) (section 2016-present: **Granny** Could Wine and more)

a track with **Granny**, a comedian, for her song "**Granny** Could Wine"...

Retrieved 2021-12-09. Sharkey, Amanda; Sharkey, Noel (2012-03-01). "**Granny** and the robots: ethical issues in robot care for the elderly". Ethics and

See all results

Document title: granny 1999 - Search results - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Special:Search?go=Go&amp;search=granny+1999&amp;ns0=1
Capture timestamp (UTC): Fri, 07 Oct 2022 14:44:14 GMT

ambiguity was played with. For example, in the cartoon "Snow Business", when **Granny** entered a room containing Tweety and Sylvester she said: "Here I am, boys...
41 KB (4,038 words) - 04:58, 15 September 2022

Baron (Musician) (section 2016-present: **Granny** Could Wine and more)
a track with **Granny**, a comedian, for her song "**Granny** Could Wine". "Baron Discography". Discogs.com. Retrieved March 13, 2017. "**Granny** Could Wine on...
3 KB (243 words) - 20:14, 21 October 2021

2012 United Kingdom budget (redirect from **Granny** Tax)
v t e United Kingdom budget By year 1909 1972 1981 **1999** 2000 2002 2003 2004 2005 2006 2007 2008 2009 March 2010 June 2010 2011 2012 2013 2014 March 2015...
14 KB (1,475 words) - 21:49, 2 October 2022

Grandfather rule (redirect from **Granny** rule)
equally and it is sometimes referred to as the grandparent rule or the **granny** rule. In rugby league, the RLIF reiterated in 2008 that a player may represent...
11 KB (1,336 words) - 19:49, 3 October 2022

Propulsion transmission (redirect from **Granny** gear)
Referred to in the UK as a crawler gear but some know it as a creeper gear or **granny** gear. Such gears are usually not engaged via a synchromesh mechanism. This...
52 KB (6,322 words) - 23:55, 25 August 2022

Bink Video (redirect from **Granny** 3D)
radgametools.bink Developed by Epic Games Tools Initial release March 22, **1999**; 23 years ago (**1999**-03-22) Latest release 2021.10 November 12, 2021; 10 months ago (2021-11-12)...
6 KB (479 words) - 07:31, 27 September 2022

June Foray
Fenwick, Lucifer from Disney's Cinderella, Cindy Lou Who, Jokey Smurf, **Granny** from the Warner Bros. cartoons directed by Friz Freleng, Grammi Gummi from...
56 KB (3,257 words) - 05:44, 24 September 2022

Wendie Malick
Endings, Beginnings, and title role in the 2020 Lifetime thriller Deranged **Granny**. In 2022, she set to appear in a multiple features, include Mack & Rita...
35 KB (1,914 words) - 16:07, 30 September 2022

Panties (redirect from **Granny** panties)

equally and it is sometimes referred to as the grandparent rule or the **granny** rule. In rugby league, the RLIF reiterated in 2008 that a player may represent...

11 KB (1,336 words) - 19:49, 3 October 2022

### Propulsion transmission (redirect from **Granny** gear)

Referred to in the UK as a crawler gear but some know it as a creeper gear or **granny** gear. Such gears are usually not engaged via a synchromesh mechanism. This...

52 KB (6,322 words) - 23:55, 25 August 2022

### Bink Video (redirect from **Granny** 3D)

radgametools.bink Developed by Epic Games Tools Initial release March 22, **1999**; 23 years ago (**1999**-03-22) Latest release 2021.10 November 12, 2021; 10 months ago (2021-11-12)...

6 KB (479 words) - 07:31, 27 September 2022

### June Foray

Fenwick, Lucifer from Disney's Cinderella, Cindy Lou Who, Jokey Smurf, **Granny** from the Warner Bros. cartoons directed by Friz Freleng, Grammi Gummi from...

56 KB (3,257 words) - 05:44, 24 September 2022

### Wendie Malick

Endings, Beginnings, and title role in the 2020 Lifetime thriller Deranged **Granny**. In 2022, she set to appear in a multiple features, include Mack & Rita...

35 KB (1,914 words) - 16:07, 30 September 2022

### Panties (redirect from **Granny** panties)

and have full coverage in the rear. Classic briefs, sometimes called "**granny** panties" because they were the standard underpants in previous decades and...

9 KB (1,065 words) - 10:09, 29 September 2022

### Lin Shaye

Supporting Actress. In 2005, Shaye appeared in the film 2001 Maniacs as **Granny** Boone and again in the sequel 2001 Maniacs: Field of Screams. The next year...

30 KB (1,605 words) - 14:46, 22 September 2022

View (previous 20 | next 20) (20 | 50 | 100 | 250 | 500)

 
Document title: granny 1999 - Search results - Wikipedia
Capture URL: https://en.wikipedia.org/wiki/Special:Search?go=Go&amp;search=granny+1999&amp;ns0=1
Capture timestamp (UTC): Fri, 07 Oct 2022 14:44:14 GMT

🔒 Page Vault

| | |
|---|---|
| Document title: | granny 1999 - Search results - Wikipedia |
| Capture URL: | https://en.wikipedia.org/wiki/Special:Search?go=Go&search=granny+1999&ns0=1 |
| Page loaded at (UTC): | Fri, 07 Oct 2022 14:43:48 GMT |
| Capture timestamp (UTC): | Fri, 07 Oct 2022 14:44:14 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 5 |
| Capture ID: | d95ee028-54d1-4651-8b06-547e4b6dccaa |
| User: | fe-eaugustyniak |

PDF REFERENCE #:          eg88yx7hSaGr7z3uPHkaUB