# Exhibit L





IN THEATERS | STREAMING MOVIES | TV SHOWS

MOST POPULAR

89% God's Country
100% Invisible Demons
83% Hasan Minhaj: The King's Jester
80% Red River Road
-- Trick or Treat Scooby-Doo!
-- Among the Living
-- Shot in the Dark
-- Acid Test
-- Hi I'm Blake
-- Mia and Me: The Hero of Cento...
38% Mr. Harrigan's Phone
-- Jumping From High Places
-- Prince Andrew: Banished
-- Togo
-- The Trapped 13: How We Surviv...
-- Dane Cook: Above It All
94% Deadstream
-- Monster High: The Movie
33% Fruits Basket: Prelude
-- The Joys and Sorrows of Young ...
View All

3 Easy Steps:
1. Click "Continue"
2. Add Extension
3. Access Free Browser Tools
Continue
FreeBrowserTools
Advertise With Us

# GRANNY

1999, Horror, 58m

-- TOMATOMETER 0 Reviews

9% AUDIENCE SCORE 50+ Ratings

## YOU MIGHT ALSO LIKE

-- 17% Boggy Creek II

-- 30% The Vampire People

-- 0% Curse of the Headless Horseman

-- 15% Zombies

-- 10% Curse of the Swamp Creature

## RATE AND REVIEW

WANT TO SEE

What did you think of the movie? (optional)

## *GRANNY* PHOTOS

View All Photos (5)

## MOVIE INFO

College students fall prey to an ax-wielding killer (Sara Popovic).

**Genre:** Horror
**Original Language:** English
**Director:** Boris Pavlovsky
**Writer:** Boris Pavlovsky, Tomi
**Release Date (Streaming):** May 23, 2017
**Runtime:** 58m

## CAST & CREW

View All Photos (5)

## MOVIE INFO

College students fall prey to an ax-wielding killer (Sara Popovic).

| | |
|---|---|
| Genre: | Horror |
| Original Language: | English |
| Director: | Boris Pavlovsky |
| Writer: | Boris Pavlovsky, Tomi |
| Release Date (Streaming): | May 23, 2017 |
| Runtime: | 58m |

## CAST & CREW

Sara Popovic
*Granny*

Katie Dugan
*Michelle*

Tomi
*Tom*

T.J. Bigbee
*Vic*

John Stoops
*Pete*

Annemieke Van Der Meer
*Monica*

Show all Cast & Crew ▾

## CRITIC REVIEWS FOR *GRANNY*

There are no critic reviews yet for *Granny*. Keep checking Rotten Tomatoes for updates!

## AUDIENCE REVIEWS FOR *GRANNY*

There are no featured reviews for *Granny* because the movie has not released yet ().

SEE MOVIES IN THEATERS

## MOVIE & TV GUIDES

View All

Most Anticipated 2022 Movies

Best Horror Movies of 2022

Marvel Movies & TV In Order

Most Anticipated 2022 TV & Streaming

Help
About Rotten Tomatoes
What's the Tomatometer®?
Feedback

Critic Submission
Licensing
Advertise With Us
Careers

✉ JOIN THE NEWSLETTER
Get the freshest reviews, news, and more delivered right to your inbox!

Join the Newsletter!

FOLLOW US

Copyright © Fandango. All rights reserved.   Privacy Policy | Terms and Policies | Do Not Sell My Info | AdChoices | Accessibility

| | |
|---|---|
| Document title: | Granny - Rotten Tomatoes |
| Capture URL: | https://www.rottentomatoes.com/m/1150503-granny |
| Page loaded at (UTC): | Fri, 07 Oct 2022 21:57:34 GMT |
| Capture timestamp (UTC): | Fri, 07 Oct 2022 21:58:00 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 54.157.181.49 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 2af5b290-e315-4029-aac7-a0ad963ea16e |
| User: | fe-eaugustyniak |

PDF REFERENCE #:          2ys7BsqZXNbEMxJgQSEAjR