# Exhibit M

**CALIFORNIA18**

News ∨    Entertainment    Health    Sciso/tech    Sports    🔍

# TikTok Theories: What's the (Terrifying) Story Behind the Video Game 'Granny'?

December 24, 2021 by



**Search for Auto Insurance**

Yahoo! Search

Going around TikTok is finding countless things, including **theories or what the internet believes is the real story behind a movie, series, book or video game.** This is how we found a video (those with creepy songs like "Tiptoe Through The Tulips") about **the videogame** *Granny* **and and how it is based on real events.**

According to TikTok users, ***Granny* is based on a true story that is far more terrifying than the game itself**– A serial killer who was charged in the deaths of more than 10 people. But if they have no idea what we are talking about, **over here we explain everything.**

Granny

Advertisement



**Popular Searches for Good Injury Lawyers**

Yahoo! Search          Open ❯

Advertisement

CHECK THIS OUT          mgid



Getting In Shape? This Is The Most Overlooked Advice

Herbeauty



Actual Presidents Appeared On The Screens Selling Us Something


Elastic Man          OPEN


Free Online Games on GudPlay
GudPlay.com

Advertisement



**Popular Searches for
Good Injury Lawyers**

Yahoo! Search          Open ›

Image from 'Granny' / Photo: DVloper

# Granny

*Granny* is a video game for mobile (already on PC), available in the Play Story or AppStore, in first person. It is starring **a creepy old woman (wearing a mask and a nightgown) who lives in a wooden house in which the player is trapped.** What you should do is try to escape without making noise because if she hears you, she attacks you, you die and you lose the game.

You have five days to escape from the house, and in **Every step you take, there are traps, holes, objects that can help you get out and very intense scenarios.** Without being experts in video games, *Granny* It looks kind of cheesy, but most reviews indicate that this is a pretty scary game and that **it is very difficult to finish.**



 Free Online Games on GudPlay



Elastic Man          OPEN

Free Online
Games on
GudPlay
GudPlay.com

Advertisement



CHECK THIS OUT          mgid ▶



Getting In Shape? This Is The Most Overlooked Advice

Herbeauty



Actual Presidents Appeared On The Screens Selling Us Something

Brainberries



**Free Online Games on GudPlay**
GudPlay.com

*Granny* came out in 2017, and so far, it has **three updates (with the third one now playable on PC) where there is no longer just a scary grandmother, but a grandfather.** The house is bigger, there are more rooms to explore, the sounds are worse, and other details that have made *Granny* a game to beat for gamers.



## The Tamara Samsonova story

Now for the scariest part. According to some theories, *Granny* **is based on the story of Tamara Samsonova, known in the media as "Granny Ripper."** From the name we can see that there could be a relationship between this woman and the video game, but we are going to tell you the full story.

Tamara Samsonova, 68, was **arrested in July 2015 in St. Petersburg following the murder of 79-year-old Valentina Ulanova.** Police found Tamara when dogs (while walking in the park) tracked down the remains of a body near her apartment. There, they discovered that the woman was related to other murders.

Advertisement



**Popular Searches for Good Injury Lawyers**

Yahoo! Search     Open ›

Advertisement

CHECK THIS OUT    mgid 



Getting In Shape? This Is The Most Overlooked Advice

Herbeauty



Actual Presidents Appeared On The Screens Selling Us Something

Brainberries



Elastic Man     OPEN




Free Online Games on GudPlay
GudPlay.com

Tamara when dogs (while walking in the park) tracked down the remains of a body near her apartment. There, they discovered that the woman was related to other murders.



Elastic Man

Shop now



Doctor Surgery

Shop now



Happy Wheels

Shop now

 Free Online Games on GudPlay
GudPlay.com

YOU MAY LIKE                    mgid

 How To Style A Corset This Spring Without Feeling Overly Trendy

Herbeauty

 9 Hollywood Divas Who Fell In Love With Women

Herbeauty

 6 Unforgettable Shows From The 90s That Need To Make A Comeback

Brainberries

 Nerdy Movie Kids Who Look Unrecognizable Today

Herbeauty

According to local media, the authorities found **a diary where Tamara described (in Russian, English and German) her crimes, for which she was held responsible for the deaths of more than 10 people**, including some relatives. The Russian police speculated on the veracity of the events described in the newspaper. But Tamara herself confessed on video how she murdered her victims.

YouTube video of a CCTV camera of 'Granny Ripper'

Advertisement



Popular Searches for Good Injury Lawyers

Yahoo! Search        Open ›

Advertisement

CHECK THIS OUT        mgid



Getting In Shape? This Is The Most Overlooked Advice

Herbeauty



Actual Presidents Appeared On The Screens Selling Us Something

Brainberries

Elastic Man        OPEN

 Free Online Games on GudPlay
GudPlay.com

Advertisement



**Popular Searches for Good Injury Lawyers**

Yahoo! Search          Open ›

YouTube video of a CCTV camera of 'Granny Ripper' / Photo: YT channel

For example, after killing Mrs. Ulanova by poisoning her, **revealed that he cut up his body in the kitchen and cooked his head in a casserole.** He put their body parts in seven bags and took them out of the apartment. A security camera captured the moment in which he was carrying the body of his victim (in one the casket is seen), which helped the authorities to issue an exemplary sentence.

Advertisement

CHECK THIS OUT          mgid ▷



Getting In Shape? This Is The Most Overlooked Advice

Herbeauty




Free Online Games on GudPlay
GudPlay.com

It was also revealed that **he practiced cannibalism, since in his diaries he said that he ate some parts of the bodies.** The Russian media called her Babushka Yaga or Baba Yaga (nothing to do with John Wick). This entity is known in Slavic folklore as a supernatural being that kills, cooks, and eats its victims. Among the international media, she was called "Granny Ripper".

Actual Presidents Appeared On The Screens Selling Us Something

Brainberries


Elastic Man                          OPEN


Free Online Games on GudPlay
GudPlay.com



## Is it based on the "Granny Ripper" story?

DVloper **has never revealed that the story of** *Granny* **is based on the case of "Granny Ripper"**, but many found similarities in relation to the name, yes, but in the main character and the terrifying way in which he killed his victims. Beyond that, the rest are mere speculations about the story behind.

In fact, *Granny* is a spin-off of the series of *Slendrina* which has a very similar format. However, the main character bets point to the story of the Russian woman as inspiration. **Have you played it? Did you already know Tamara's story?**

**Share this:**

Twitter   Facebook



**Gaspard Ulliel Died At The Age Of 37 Following A Skiing Accident**

Herbeauty



**10 Special Beauty Tips That Make Indian Women So Beautiful**

Herbeauty

**Women's Traits That Mean That You Should Never Let Her Go**

Brainberries



**Clear Signs That Show You've Been Sleeping With Your Soulmate**

Herbeauty



**Want To Train Like Jennifer Lopez? See Her Workout Secrets**

Herbeauty



**The Squid Game: The Hidden Clues**

Brainberries

📁 Sci&Tech

‹ The + seen of 2021 | Peruvian fans go all out against FIFA for the photo of Arturo Vidal covering their country on the map

› Find out how to relieve low back pain and let it go this New Year´s Eve parties

# Leave a Comment



Name *

Advertisement



**Popular Searches for Good Injury Lawyers**

Yahoo! Search       Open ›

Advertisement

CHECK THIS OUT       mgid ▷



Getting In Shape? This Is The Most Overlooked Advice

Herbeauty



Actual Presidents Appeared On The Screens Selling Us Something

Brainberries



Elastic Man       OPEN



Free Online Games on GudPlay

GudPlay.com

Name *

Email *

Website

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment

Actual Presidents Appeared On The Screens Selling Us Something

Brainberries

Jen's Behavior Is A Clear Indicator That She's Not Approachable

Brainberries

Elastic Man

Doctor Surgery

Slope 3

Happy Wheels

Free Online Games on GudPlay

Elastic Man          OPEN

Free Online Games on GudPlay
GudPlay.com

| | |
|---|---|
| Document title: | TikTok Theories: What's the (Terrifying) Story Behind the Video Game 'Granny'? - California18 |
| Capture URL: | https://california18.com/tiktok-theories-whats-the-terrifying-story-behind-the-video-game-granny/2291762021/ |
| Page loaded at (UTC): | Fri, 07 Oct 2022 14:53:58 GMT |
| Capture timestamp (UTC): | Fri, 07 Oct 2022 14:55:29 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 3.90.170.83 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 9 |
| Capture ID: | ec34851a-516a-468c-9c1d-11aaa73b12a3 |
| User: | fe-eaugustyniak |