# Exhibit O





IMDb Menu All Search IMDb IMDbPro Watchlist Sign In EN

King Diamond Abigail
39
$17.99 prime

Granny (1999 Video)

# User Ratings

★ 2.9 ☆ Rate

## IMDb Users

489 IMDb users have given a weighted average vote of 2.9 / 10

| Rating | % | Votes |
|---|---|---|
| 10 | 14.1% | 69 |
| 9 | 1.2% | 6 |
| 8 | 2.0% | 10 |
| 7 | 2.7% | 13 |
| 6 | 6.5% | 32 |
| 5 | 12.3% | 60 |
| 4 | 9.0% | 44 |
| 3 | 12.5% | 61 |
| 2 | 13.5% | 66 |
| 1 | 26.2% | 128 |

Arithmetic mean = 4.1 Median = 3

## Rating By Demographic

| | All Ages | <18 | 18-29 | 30-44 | 45+ |
|---|---|---|---|---|---|
| All | 2.9 489 | - | 3.7 27 | 3.0 235 | 3.0 136 |
| Males | 2.9 334 | - | 3.9 22 | 2.9 196 | 2.9 111 |
| Females | 4.1 64 | - | 2.8 4 | 4.3 37 | 4.0 23 |

| Top 1000 Voters | US Users | Non-US Users |
|---|---|---|
| 2.8 25 | 3.3 139 | 2.8 233 |

## See also

Awards | FAQ | User Reviews | External Reviews | Metacritic Reviews

King Diamond Abigail
39
$17.99 prime Shop now

**Granny** (Video)

**Opinion**
Awards
FAQ
User Reviews
User Ratings
External Reviews
Metacritic Reviews

Explore More

## User Lists

Create a list »

Related lists from IMDb users

**My worst and most disappointing slasher films ranked from tolerable to least tolerable.**
a list of 21 titles
created 22 Aug 2021

**Awful movies!**
a list of 31 titles
created 20 Aug 2021

**Slasherthon**
a list of 431 titles
created 10 months ago

**Worst movies that i've ever seen**
a list of 25 titles
created 11 Aug 2021

**my horror/thriller collection**
a list of 673 titles
created 28 Jul 2011

See all related lists »

King Diamond Abigail
39
$17.99 prime Shop now

**Share** this page:

Document title: Granny (Video 1999) - User ratings - IMDb
Capture URL: https://www.imdb.com/title/tt0225899/ratings/?ref_=tt_ov_rt
Capture timestamp (UTC): Fri, 07 Oct 2022 23:29:55 GMT

| | | |
|---|---|---|
| 6 | 6.5% | 32 |
| 5 | 12.3% | 60 |
| 4 | 9.0% | 44 |
| 3 | 12.5% | 61 |
| 2 | 13.5% | 66 |
| 1 | 26.2% | 128 |

Arithmetic mean = 4.1   Median = 3

## Rating By Demographic

| | All Ages | <18 | 18-29 | 30-44 | 45+ |
|---|---|---|---|---|---|
| All | 2.9<br>489 | - | 3.7<br>27 | 3.0<br>235 | 3.0<br>136 |
| Males | 2.9<br>334 | - | 3.9<br>22 | 2.9<br>196 | 2.9<br>111 |
| Females | 4.1<br>64 | - | 2.8<br>4 | 4.3<br>37 | 4.0<br>23 |

| Top 1000 Voters | US Users | Non-US Users |
|---|---|---|
| 2.8<br>25 | 3.3<br>139 | 2.8<br>233 |

## See also

Awards | FAQ | User Reviews | External Reviews | Metacritic Reviews

FAQ
User Reviews
User Ratings
External Reviews
Metacritic Reviews

Explore More

## User Lists

Create a list »

Related lists from IMDb users

**My worst and most disappointing slasher films ranked from tolerable to least tolerable.**
a list of 21 titles
created 22 Aug 2021

**Awful movies!**
a list of 31 titles
created 20 Aug 2021

**Slasherthon**
a list of 431 titles
created 10 months ago

**Worst movies that i've ever seen**
a list of 25 titles
created 11 Aug 2021

**my horror/thriller collection**
a list of 673 titles
created 28 Jul 2011

See all related lists »

King Diamond Abigail
39
$17.99 prime
Shop now

Share this page:

King Diamond Abigail
39
$17.99 prime
Shop now

Recently Viewed

Clear your history

Sign in for more access

Get the IMDb App | Help | Site Index | IMDbPro | Box Office Mojo | IMDb Developer

Press Room | Advertising | Jobs | Conditions of Use | Privacy Policy | Interest-Based Ads

an amazon company

© 1990-2022 by IMDb.com, Inc.

PageVault

| | |
|---|---|
| Document title: | Granny (Video 1999) - User ratings - IMDb |
| Capture URL: | https://www.imdb.com/title/tt0225899/ratings/?ref_=tt_ov_rt |
| Page loaded at (UTC): | Fri, 07 Oct 2022 23:29:26 GMT |
| Capture timestamp (UTC): | Fri, 07 Oct 2022 23:29:55 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 02020bbb-4132-4001-b490-d77b61602269 |
| User: | fe-eaugustyniak |

PDF REFERENCE #:    qgjSP1uL5bQwgGeV8MFSFQ