# Exhibit P





IMDb Menu All Search IMDb IMDbPro Watchlist Sign In EN

King Diamond Abigail
39
$17.99 prime

The Granny (1995 Video)

# User Ratings

5 Rate

## IMDb Users

707 IMDb users have given a weighted average vote of 5.0 / 10

| Rating | | Votes |
|---|---|---|
| 10 | 14.4% | 102 |
| 9 | 2.0% | 14 |
| 8 | 6.9% | 49 |
| 7 | 9.1% | 64 |
| 6 | 13.2% | 93 |
| 5 | 14.7% | 104 |
| 4 | 12.2% | 86 |
| 3 | 9.8% | 69 |
| 2 | 8.2% | 58 |
| 1 | 9.6% | 68 |

Arithmetic mean = 5.4 Median = 5

## Rating By Demographic

| | All Ages | <18 | 18-29 | 30-44 | 45+ |
|---|---|---|---|---|---|
| All | 5.0 707 | - | 4.2 14 | 5.2 294 | 4.8 213 |
| Males | 5.0 472 | - | 4.2 13 | 5.2 259 | 4.7 183 |
| Females | 5.7 66 | - | 6.0 1 | 5.5 34 | 5.9 28 |

| Top 1000 Voters | US Users | Non-US Users |
|---|---|---|
| 4.1 39 | 5.0 293 | 4.9 195 |

## See also

Awards | FAQ | User Reviews | External Reviews | Metacritic Reviews

King Diamond Abigail
39
$17.99 prime
Shop now

The Granny (Video)

**Opinion**

Awards
FAQ
User Reviews
User Ratings
External Reviews
Metacritic Reviews

Explore More

## User Lists

Create a list »

Related lists from IMDb users

**Movies that I would like to see get a boutique blu ray or 4k from Arrow, Criterion, Scream Factory, Synapse, Vinegar Syndrome etc.**
a list of 159 titles
created 26 Nov 2017

**All HORROR Movies Ive Seen In The Whole 32 Years Ive Been Alive !!! (Ongoing)**
a list of 1406 titles
created 15 Jan 2012

**Horrors I've Seen**
a list of 953 titles
created 20 Jul 2011

**Mutants**
a list of 163 titles
created 9 months ago

**1995**
a list of 343 titles
created 20 Nov 2018

See all related lists »

King Diamond Abigail
39
$17.99 prime
Shop now

Share this page:

| Rating | Percent | Votes |
|---|---|---|
| 5 | 14.7% | 104 |
| 4 | 12.2% | 86 |
| 3 | 9.8% | 69 |
| 2 | 8.2% | 58 |
| 1 | 9.6% | 68 |

Arithmetic mean = 5.4 Median = 5

## Rating By Demographic

| | All Ages | <18 | 18-29 | 30-44 | 45+ |
|---|---|---|---|---|---|
| All | 5.0<br>707 | - | 4.2<br>14 | 5.2<br>294 | 4.8<br>213 |
| Males | 5.0<br>472 | - | 4.2<br>13 | 5.2<br>259 | 4.7<br>183 |
| Females | 5.7<br>66 | - | 6.0<br>1 | 5.5<br>34 | 5.9<br>28 |

| Top 1000 Voters | US Users | Non-US Users |
|---|---|---|
| 4.1<br>39 | 5.0<br>293 | 4.9<br>195 |

## See also

Awards | FAQ | User Reviews | External Reviews | Metacritic Reviews

User Ratings
External Reviews
Metacritic Reviews

Explore More

## User Lists

Create a list »

Related lists from IMDb users

**Movies that I would like to see get a boutique blu ray or 4k from Arrow, Criterion, Scream Factory, Synapse, Vinegar Syndrome etc.**
a list of 159 titles
created 26 Nov 2017

**All HORROR Movies Ive Seen In The Whole 32 Years Ive Been Alive !!! (Ongoing)**
a list of 1406 titles
created 15 Jan 2012

**Horrors I've Seen**
a list of 953 titles
created 20 Jul 2011

**Mutants**
a list of 163 titles
created 9 months ago

**1995**
a list of 343 titles
created 20 Nov 2018

See all related lists »

King Diamond Abigail
39
$17.99 prime
Shop now

Share this page:

King Diamond Abigail
39
$17.99 prime
Shop now

Recently Viewed

Clear your history

Sign in for more access

Get the IMDb App | Help | Site Index | IMDbPro | Box Office Mojo | IMDb Developer

Press Room | Advertising | Jobs | Conditions of Use | Privacy Policy | Interest-Based Ads

an amazon company

© 1990-2022 by IMDb.com, Inc.

PageVault

| | |
|---|---|
| Document title: | The Granny (Video 1995) - User ratings - IMDb |
| Capture URL: | https://www.imdb.com/title/tt0113210/ratings/?ref_=tt_ov_rt |
| Page loaded at (UTC): | Fri, 07 Oct 2022 23:30:23 GMT |
| Capture timestamp (UTC): | Fri, 07 Oct 2022 23:30:43 GMT |
| Capture tool: | v7.15.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Chrome/96.0.4664.93 |
| Operating system: | Microsoft Windows NT 10.0.17763.0 (10.0.17763.0) |
| PDF length: | 3 |
| Capture ID: | 7ac9a931-2480-4e3c-ae2a-2d051ced8101 |
| User: | fe-eaugustyniak |

PDF REFERENCE #:     2rsB7wznv7k1NsPmVrCJg2