UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Ambitious Productions, Inc.
                                 Plaintiff,

v.                                                  Case No.: 1:22−cv−02088
                                                     Honorable Matthew F. Kennelly

DVapps AB
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 24, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Defendant filed an early motion for summary judgment in this copyright infringement case, asserting two bases for summary judgment: the absence of substantial similarity in any protectable expression, and the absence of access on the part of defendant to plaintiff's work. Plaintiff asked for discovery under Rule 56(d); the Court required it to submit actual discovery requests; and plaintiff did so. Defendant's response to plaintiff's submission includes at least partial responses to a good many of plaintiff's discovery requests. The Court agrees with defendant that many of plaintiff's proposed discovery requests exceed the scope of what plaintiff legitimately needs in order to respond to defendant's summary judgment motion given the grounds on which defendant seeks summary judgment. (The Court notes in this regard that if the summary judgment motion is ultimately denied, plaintiff will be entitled to full−blown discovery at that point.) The Court believes that the responses, including the materials that defendant has agreed to produce, largely provide plaintiff with the information relevant to the grounds for the motion for summary judgment on which discovery is legitimately required. The one potential further area for discovery that the Court can see would be a time−limited (and relatively succinct) deposition of Dennis Vukanovic, the creator of defendant's work, on the issues of access to plaintiff's work and how he went about creating defendant's work, topics on which defendant submitted an affidavit from Mr. Vukanovic in support of summary judgment. The parties are directed to discuss and attempt to agree upon a date and a reasonable time limit for Mr. Vukanovic's deposition on these topics, which must take place by no later than 1/13/2023. Plaintiff's response to the motion for summary judgment is to be filed on 2/17/2023. Defendant's reply is to be filed on 3/10/2023. The telephonic status hearing set for 11/30/2022 is vacated and reset to 1/17/2023 at 9:05 AM, using call−in number 888−684−8852, access code 746−1053. The Court reserves the right to vacate the hearing if it determines a hearing is not needed. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.