IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| AMBITIOUS PRODUCTIONS, INC., an Illinois Corporation, | ) Case No.: 22-cv-2088 ) ) |
| Plaintiff, | ) ) Hon. Matthew F. Kennelly ) |
| vs. | ) ) |
| DVAPPS AB, a Foreign Corporation, | ) ) |
| Defendant. | ) ) |

**DECLARATION OF TOMAS POPOVIC IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Tomas Popovic, swear and affirm:

1) I am over the age of eighteen years and a citizen of Slovakia.

2) This declaration is made upon my personal knowledge. If called upon to testify, I could and would testify competently regarding the matters contained in this declaration.

3) I submit this declaration in opposition to DVapps' Motion for Summary Judgment on the Complaint of Plaintiff Ambitious Productions, Inc. ("Plaintiff") under Rule 56 of the Federal Rules of Civil Procedure.

4) I am a part owner in Plaintiff, Ambitious Productions, Inc., a corporation organized under the laws of Illinois. I personally participated in the creation of the copyrighted works for the 1999 movie "Granny" which form a basis for the Complaint in a capacity as a producer and writer and am familiar with distribution thereof. In addition I am a creator, performer and researcher documenting artistic works of others and have familiarity with the steps used in creation and operation of video games since approximately the year 2000.

5) I have researched and played versions of the video game(s) entitled Granny, and other versions such as Granny: Chapter Two and Granny 3. I am also familiar with the 1999 movie Granny. As part of that research and play, I operated computers and phone devices playing various versions of the Granny game, to create images which were incorporated in Plaintiff's Exhibit 4. The source of the images showing Plaintiff's Granny movie was a high

resolution copy I had on my computer. The source of the infringing images are shown on the following table:

| Exhibit | **Stills source** |
|---|---|
| Exhibit 4 page 1 | https://www.mobygames.com/images/promo/original/654d423edd5648a59e0e155e1f2c8a66.jpg |
| Exhibit 4 page 2 | Screenshot from mobile device. Granny App downloaded from AppStore |
| Exhibit 4 page 3 | https://www.youtube.com/watch?v=hyVojaESNuA&t=72s&ab_channel=VividplaysChannel/ |
| Exhibit 4 page 4 | https://www.youtube.com/watch?v=81nVuumXrNg&t=108s&ab_channel=VividplaysChannel |
| Exhibit 4 page 5 | Screenrecording from mobile device. Granny App downloaded from AppStore |
| Exhibit 4 page 6 | Screenshot from mobile device. Granny App downloaded from AppStore |
| Exhibit 4 page 7 | Screenrecording from mobile device. Granny App downloaded from Googleplay Store |
| Exhibit 4 page 8 | https://www.youtube.com/watch?v=81nVuumXrNg&t=108s&ab_channel=VividplaysChannel |
| Exhibit 4 page 9 | Screenrecording from mobile device. Granny App downloaded from AppStore |
| Exhibit 4 page 10 | https://www.youtube.com/watch?v=81nVuumXrNg&t=108s&ab_channel=VividplaysChannel |
| Exhibit 4 page 11 | https://www.youtube.com/watch?v=81nVuumXrNg&t=108s&ab_channel=VividplaysChannel |
| Exhibit 4 page 12 | https://www.mobygames.com/images/promo/original/654d423edd5648a59e0e155e1f2c8a66.jpg |
| Exhibit 4 page 13 | Screenrecording from mobile device. Granny App downloaded from AppStore |
| Exhibit 4 page 14 | Screenrecording from mobile device. Granny App downloaded from Googleplay Store |
| Exhibit 4 page 15 | Screenshot from mobile device. Granny App downloaded from AppStore |
| Exhibit 4 page 16 | Screenshot from mobile device. Granny App downloaded from AppStore |
| Exhibit 4 page 17 | Screenshot from mobile device. Granny App downloaded from AppStore |

| | |
|---|---|
| Exhibit 4 page 18 | Screenshot from mobile device. Granny App downloaded from AppStore |
| Exhibit 4 page 19 | Screenshot from mobile device. Granny App downloaded from AppStore |
| Exhibit 4 page 20 | Screenrecording from mobile device. Granny App downloaded from AppStore |

All the images incorporated into Exhibit 4 and listed in the table above were obtained and created by me on or about April 15, 2022. Where Internet URLs are provided, those were last accessed by me on or about April 15, 2022.

      6)       It is a common practice for the persons operating video games ("gamers") to automatically record the operation of a game, with their input in selecting "movement", typically of a point of view "camera" in left, right, forward and reverse directions, "picking up", "carrying" and "dropping" objects and actuating objects such as using a key to open a lock or shooting a projectile from a weapon. By inputting different "movement" and object handling commands, the appearance of what is on the screen will vary, and sometimes dramatically when a game protagonist is part of the game. Accordingly, a game will not likely appear the same each time it is played, and one "play through (sometimes "game play" where incomplete, such as the apparent gap in D-2, 15:57 where after falling on an upstairs floor, Granny inexplicably ascends basement stairs.) recording will likely be different than a different "play through (sometimes "game play")." Common appearance features, such as scene backgrounds and characters, including a protagonist, may be recorded in a game, but may not be visible each time played, or in each "play through" (sometimes "game play"). Accordingly, Exhibit 4 includes two gamers' Youtube postings, a promotional Mobygames recording, and multiple images presented while I was personally playing a Granny game.

      7)       Knowing that "play throughs" (sometimes "game plays") always vary depending on the input of the gamer, I also reviewed Defendants Exhibits B-1, D-1, D-2, D-3 and D-4 to compare the closest images to those identified above.

   a) Initially, I observed that the graphic resolution of Exhibit B – 1 was less than I would consider optimal to show detail. For purposes of this paragraph, the correlation is not affected, but the quality of the images is less than would be seen by viewer of a commercial version of the movie.

b) I correlated Plaintiff's Exhibit 4 images with Defendant's copy of the movie, in the Court's record, as Exhibit B-1 and each of Defendant's "play throughs" (sometimes "game play") Exhibits D-1, D-2, D-3 and D-4, shown in separate tables, below. In keeping with game principles, such as those described in the preceding paragraph, a skilled gamer could make game operation choices so as to produce the fewest similarities with the Granny movie character appearance and movement. Each of the four tables follows:

|  | Exhibit 4 Stills Description | Exhibit B-1 Time Start | Exhibit B-1 Time End | Exhibit D-1 Time Start | Exhibit D-1 Time End |
|---|---|---|---|---|---|
| Exhibit 4 page 1 | Granny's Face and Shoulders | 23:35 | 23:36 | 11:44 | 11:47 |
| Exhibit 4 page 2 | Granny's Face Closeup | 47:18 | 47:31 | 11:53 | 11:55 |
| Exhibit 4 page 4 | Granny In Basement | 24:10 | 24:12 | 1:31 | 1:32 |
| Exhibit 4 page 5 | Granny With Bat | 35:36 | 35:40 | 2:00 | 2:05 |
| Exhibit 4 page 6 | Title Page | 0:09 | 0:14 | 0:00 | 0:09 |
| Exhibit 4 page 8 | Granny On Stairs | 45:11 | 45:23 | 1:58 | 2:01 |
| Exhibit 4 page 9 | Basement Stairs and Storage | 22:30 | 22:42 | 1:19 | 1:20 |
| Exhibit 4 page 10 | Granny Reacting (to Weapon) | 50:19 | 50:22 | 2:02 | 2:09 |
| Exhibit 4 page 12 | Granny Facing, Holding Weapon | 23:59 | 24:03 | 2:01 | 2:03 |
| Exhibit 4 page 15 | Basement Stairs and Storage | 22:30 | 22:42 | 2:33 | 2:37 |
| Exhibit 4 page 16 | Basement Stairs and Storage (Arrows) | 22:30 | 22:42 | 10:25 | 10:30 |

| | | | | | |
|---|---|---|---|---|---|
| Exhibit 4 page 20 | Granny Descending Stairs | 45:11 | 45:23 | 1:20 | 1:22 |

In the second table, as expected, there are differences between Exhibit D-1 and D-2 because what the gamer does changes what is seen.

| | Exhibit 4 Stills Description | Exhibit B-1 Time Start | Exhibit B-1 Time End | Exhibit D-2 Time Start | Exhibit D-2 Time End |
|---|---|---|---|---|---|
| Exhibit 4 page 1 | Granny's Face and Shoulders | 23:35 | 23:36 | 17:32 | 17:37 |
| Exhibit 4 page 2 | Granny's Face Closeup | 47:18 | 47:31 | 17:35 | 17:37 |
| Exhibit 4 page 4 | Granny In Basement | 24:10 | 24:12 | 4:45 | 4:48 |
| Exhibit 4 page 5 | Granny With Bat | 35:36 | 35:40 | 15:40$^1$ 15:56$^2$ | 15:42$^1$ 15:58$^2$ |
| Exhibit 4 page 6 | Title Page | 0:09 | 0:14 | 0:00 | 0:09 |
| Exhibit 4 page 8 | Granny On Stairs | 45:11 | 45:23 | 4:42 | 4:45 |
| Exhibit 4 page 9 | Basement Stairs and Storage | 22:30 | 22:42 | 1:43 | 1:47 |
| Exhibit 4 page 10 | Granny Reacting (to weapon) | 50:19 | 50:22 | 16:28 | 16:30 |
| Exhibit 4 page 11 | Granny on Floor | 50:32 | 50:49 | 16:41 | 16:44 |
| Exhibit 4 page 12 | Granny Facing, Holding Weapon | 23:59 | 24:03 | 17:32 | 17:37 |
| Exhibit 4 page 13 | Granny Hitting, Blood Spatter | 23:50 | 23:50 | 2:30 | 2:31 |
| Exhibit 4 page 14 | Granny Outside Full Body, Facing | 40:30 | 40:34 | 3:20 | 3:30 |
| Exhibit 4 page 15 | Basement Stairs and Storage | 22:30 | 22:42 | 4:45 | 4:50 |
| Exhibit 4 page 16 | Basement Stairs and Storage | 22:30 | 22:42 | 4:45 | 4:50 |

| | | | | | |
|---|---|---|---|---|---|
| Exhibit 4 page 18 | Granny Attacking with Bat (Doorway) | 35:36 | 35:40 | 2:30 | 2:31 |
| Exhibit 4 page 20 | Granny Descending Stairs | 45:11 | 45:23 | 4:42 | 4:45 |

Similarly, there are differences in what appears in the third play through (sometimes "game play"), because the gamer did something different. The gamer made choices in operation that created fewer similarities than the Exhibits D-1 and D-2.

| | Exhibit 4 Stills Description | Exhibit B-1 Time Start | Exhibit B-1 Time End | Exhibit D-3 Time Start | Exhibit D-3 Time End |
|---|---|---|---|---|---|
| Exhibit 4 page 1 | Granny's Face and Shoulders | 23:35 | 23:36 | 8:39 | 8:47 |
| Exhibit 4 page 2 | Granny's Face Closeup | 47:18 | 47:31 | 8:43 | 8:47 |
| Exhibit 4 page 5 | Granny With Bat | 35:36 | 35:40 | 6:16 | 6:19 |
| Exhibit 4 page 9 | Basement Stairs and Storage | 22:30 | 22:42 | 5:29 | 5:43 |
| Exhibit 4 page 10 | Granny Reacting (to weapon) | 50:19 | 50:22 | 3:24 | 3:32 |
| Exhibit 4 page 11 | Granny on Floor | 50:32 | 50:49 | 3:33 | 3:35 |
| Exhibit 4 page 12 | Granny Facing, Holding Weapon | 23:59 | 24:03 | 3:22 | 3:24 |
| Exhibit 4 page 15 | Basement Stairs and Storage | 22:30 | 22:42 | 1:20 | 1:23 |
| Exhibit 4 page 16 | Basement Stairs and Storage | 22:30 | 22:42 | 1:20 | 1:23 |

Finally, it appears Exhibit D-4 was created by other different control inputs.

|  | Exhibit 4 Stills Description | Exhibit B-1 Time Start | Exhibit B-1 Time End | Exhibit D-4 Time Start | Exhibit D-4 Time End |
|---|---|---|---|---|---|
| Exhibit 4 page 1 | Granny's Face and Shoulders | 23:35 | 23:36 | 21:52 | 21:59 |
| Exhibit 4 page 2 | Granny's Face Closeup | 47:18 | 47:31 | 21:55 | 21:59 |
| Exhibit 4 page 5 | Granny With Bat | 35:36 | 35:40 | 1:50 | 1:52 |
| Exhibit 4 page 6 | Title Page | 0:09 | 0:14 | 0:00 | 0:09 |
| Exhibit 4 page 7 | Exterior of House | 41:45 | 41:54 | 21:48 | 21:59 |
| Exhibit 4 page 8 | Granny On Stairs | 45:11 | 45:23 | 14:19 | 14:23 |
| Exhibit 4 page 9 | Basement Stairs and Storage | 22:30 | 22:42 | 20:42 | 20:45 |
| Exhibit 4 page 10 | Granny Reacting (to weapon) | 50:19 | 50:22 | 19:30 | 19:33 |
| Exhibit 4 page 11 | Granny on Floor | 50:32 | 50:49 | 7:39 | 7:41 |
| Exhibit 4 page 12 | Granny Facing, Holding Weapon | 23:59 | 24:03 | 7:33 | 7:35 |
| Exhibit 4 page 15 | Basement Stairs and Storage | 22:30 | 22:42 | 1:45 | 1:50 |
| Exhibit 4 page 16 | Basement Stairs and Storage | 22:30 | 22:42 | 1:25 | 1:30 |

8) The Granny movie owned by Plaintiff was recorded and distributed in two physical media in 1999 and the early 2000s, namely VHS tape cassettes and DVD disks. Photographs of the packaging showing English language use, and other packaging designed for distribution in the United Kingdom and France comprise these exhibits:

| Exhibit | Description |
|---|---|
| 6 | Granny 1999 Release of British DVD front and rear cover. This product was released for distribution under authority of Spectrum Films in 1999 and appears to be that which is viewable on Amazon at https://www.amazon.com/Granny-Sava-Popovic/dp/B00005QVY6 last accessed by me February 8, 2021. |

7

| | |
|---|---|
| 7 | Granny 1999 Release of French DVD front and rear cover. |
| 8 | Graphics on DVD bearing the domain name www.BrainDamageFilms.com for distributor Brain Damage Films. Brain Damage was licensed for world wide distribution in 2005 and to the best of my knowledge the DVD was distributed. |
| 9 | Alternative Graphics on DVD bearing the domain name www.BrainDamageFilms.com for distributor Brain Damage Films. Brain Damage was licensed for world wide distribution in 2005 and to the best of my knowledge the DVD was distributed. |
| 10 | Granny DVD released by Brain Damage Films dated 2007, front and rear cover. To the best of my knowledge the DVD was distributed by Brain Damage. |
| 11 | Granny DVD released by Brain Damage Films dated 2005, front and rear cover. This product appears to be viewable on Amazon at https://www.amazon.com/Granny-Kate-Dugan/dp/B000BITVF6/ref=tmm_dvd_title_0?_encoding=UTF8&qid=&sr= last accessed by me February 8, 2021 |
| 12 | Granny VHS released by Dead Alive Productions dated 1999, front and rear cover. |

9) Plaintiff's Granny movie was distributed in the US and world wide based on three separate distribution agreements, two in 1999 separating US and the rest of the world, and one in 2005 worldwide, including the US. These agreements are:

| Exhibit | Description |
|---|---|
| 13 | 1999/05/20 Dead Alive Production License Agreement US License |
| 14 | 1999/05/20 Spectrum Films License Agreement World Wide Excluding US |
| 15 | 2005/04/26 Brain Damage, Division of Maxim Media, License Agreement, World Wide |

10) Having observed that Defendant's Exhibits D-1, D-2, D-3 and D-4, appeared to have been manipulated in such a manner that the game player avoided some of the similarities, I conducted my own comparison with different game plays or play throughs, or by playing one of the versions of the game myself. I created a side by side video comparing similarities I observed while I was reviewing recorded game plays or by playing myself.

   a) In this identification of sources, references to Internet URLs are to recordings (game

8

plays) made by other gamers and posted on the Internet to display their game playing to others. Posting game plays by gamers is a normal part of the commercial and business aspects of a game.

b) The source of my clips from the Granny 1999 game was from a high resolution version I had on my computer. The timing is the same as Defendant's Exhibit B-1, already before the Court, although the resolution in that exhibit is not as high as the distribution copy I used.

c) This video is identified as Exhibit 16. The table below shows the source information.

| Exhibit 16 | Sources | |
|---|---|---|
| **Section of video** | **Movie Source** | **Videogame Source** |
| Granny's Face and Shoulders | Movie Granny Original | https://www.mobygames.com/images/promo/original/654d423edd5648a59e0e155e1f2c8a66.jpg |
| Granny's Face Closeup | Movie Granny Original | Screenshot from mobile device. Granny App downloaded from AppStore |
| Granny In Car | Movie Granny Original | https://www.youtube.com/watch?v=hyVojaESNuA&t=72s&ab_channel=VividplaysChannel/ |
| Granny In Basement | Movie Granny Original | https://www.youtube.com/watch?v=81nVuumXrNg&t=108s&ab_channel=VividplaysChannel |
| Granny With Bat | Movie Granny Original | Screenrecording from mobile device. Granny App downloaded from AppStore |
| Title Page | Movie Granny Original | Screenshot from mobile device. Granny App downloaded from AppStore |
| Exterior of House | Movie Granny Original | Screenrecording from mobile device. Granny App downloaded from Googleplay Store |
| Granny On Stairs | Movie Granny Original | https://www.youtube.com/watch?v=81nVuumXrNg&t=108s&ab_channel=VividplaysChannel |
| Basement Stairs and Storage | Movie Granny Original | Screenrecording from mobile device. Granny App downloaded from AppStore |

9

| Granny Reacting (to Gun) | Movie Granny Original | https://www.youtube.com/watch?v=81nVuumXrNg&t=108s&ab_channel=VividplaysChannel |
|---|---|---|
| Granny on floor | Movie Granny Original | https://www.youtube.com/watch?v=81nVuumXrNg&t=108s&ab_channel=VividplaysChannel |
| Granny Facing, Holding Weapon | Movie Granny Original | https://www.mobygames.com/images/promo/original/654d423edd5648a59e0e155e1f2c8a66.jpg |
| Granny Hitting, Blood Spatter | Movie Granny Original | Screenrecording from mobile device. Granny App downloaded from AppStore |
| Granny Outside Full Body, Facing | Movie Granny Original | Screenrecording from mobile device. Granny App downloaded from Googleplay Store |
| Basement Stairs and Storage | Movie Granny Original | Screenshot from mobile device. Granny App downloaded from AppStore |
| Granny Attacking with Bat | Movie Granny Original | Screenrecording from mobile device. Granny App downloaded from AppStore |
| Granny Attacking with Bat | Movie Granny Original | Screenrecording from mobile device. Granny App downloaded from AppStore |
| Granny Descending Stairs | Movie Granny Original | Screenrecording from mobile device. Granny App downloaded from AppStore |

11) In sum, as described above, I was able to find twenty portions of the Granny movie and versions of the Granny game that were similar (Exhibit 4). The play throughs (sometimes "game plays") which were stated to have been created by Defendant had gamer input or used game versions that generated twelve (12) similarities in Exhibit D-1; sixteen (16) similarities in Exhibit D-2; nine (9) similarities in Exhibit D-3 and twelve (12) similarities in Exhibit D-4. How, where and when the Granny graphic character, in all graphic conditions such as angle, lighting, color, shadow and movement relative to prior and subsequent images, appears, what she does and where and how she moves, appear to be controllable to remove from Defendant's exhibits, but in the operation of video games, must have had parameters to create

the appearance present. Finally, there are other similarities not necessarily already in the record because they are not in Exhibit 4 being still photographs. These eighteen shown in Exhibit 16.

12) Reviews of Plaintiff's movie Granny are published on the Internet on a website called IMDb which includes information on movies and reviews. I located the series of reviews at the URL of https://www.imdb.com/title/tt0225899/reviews which has been available on February 8, 2023. I have seen the reviews at various times over the years and based on information and belief, reviews that include dates as early as 12 May 2000 and as recently as 11 October 2021 were posted on or about the dates shown. A screen print of the page and reviews is shown in Exhibit 17.

13) Product with the Granny 1999 Release of British DVD front and rear cover, Exhibit 6 appears to be that which is viewable on Amazon at https://www.amazon.com/Granny-Sava-Popovic/dp/B00005QVY6 accessed February 8, 2021. A print from this page is Exhibit 18 which was printed February 11, 2023.

14) The 2005 released Granny DVD, Exhibit 11 appears to be that which is viewable on Amazon at https://www.amazon.com/Granny-Sava-Popovic/dp/B00005QVY6 last accessed February 8, 2021. A print from this page is Exhibit 19 which was printed February 11, 2023.

15) An upload of the a Granny movie on youtube was made dated on 13 August 13, 2017 and on February 14, 2023 showed "81K views 5 years ago". While the title says "Granny (1999) Trailer, the length of time of the video indicates it is the netire movie. This link https://www.youtube.com/watch?v=mKw4UfW40yQ was last accessed February 14, 2023.

I declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. § 1746(1) that the foregoing is true and correct.

_____         _____

Date of Signature                                              Tomas Popovic