IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMBITIOUS PRODUCTIONS, INC., an Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> DVAPPS AB, a Foreign Corporation, <br><br> Defendant. | Case No.: 22-cv-02088 <br><br> Judge: Matthew F. Kennelly |

Expert Witness Report
Submitted by Martin L Bernstein
Filmmaker, Editor, Professor of Instruction in Editing Practice and Techniques

In comparing the visual works by Plaintiff and Defendant relevant to these proceedings, i.e., Granny feature film and its related marketing materials v. The Granny game, there are similarities (beyond the titles) which cannot be reasonably ascribed to independent creation.

(1) In support, the following analysis includes common photographic, dramatic and graphic design techniques and elements, which can be applied to motion pictures and video games. These techniques, parameters include, but are not limited to and in no particular order of importance:

- Production Design: background/scenic design and location

- Cinematography: composition, lighting, color, and shade

- Elements of perspective: i.e., camera angle (head-on, low/high angle, axis/rotation angle, point of view, overhead, etc.) Shot size (close-up, medium and long shot, etc.)

- Motion of subject within frame and motion of camera (tilt, pan, dolly, zoom, crane, aerial, etc.)

- Art Direction: Selection and use of costumes, props, and make-up

- Dramatic aspects, i.e., character's "expression", character's pose & directed action

- Editing and Special Effects: rhythm and pace of change of shots, reaction, graphic design elements superimposed on action

(2)    In addition to the choice and appearance of the main character in both instances, "a murderous granny", I considered the following:

- Production Design: The action in both productions takes place inside or outside of a specific location: a house with 'Victorian' architectural elements (gables), floor levels and rooms, at a specific time of day: Night. (Plaintiff's Exhibit 4, Page 5, 8, 9, 10, 11, 13, 15, 16, 17)

- Both productions feature similar locations inside the house: a garage and automobile, a basement, multiple levels, and stairways, (Plaintiff's Exhibits 2 Page 3, and Exhibit 4 Page 4, 18, 19, 20)

- In the basement are similar rooms with similar props: stairs, shelves, refrigerator and blood spattered over the premises. (Plaintiff's Exhibit 2 Page 7, 9, Exhibit 4 Page 10)

- Art Direction: The costuming used in both productions is also similar: the main character wears a grey "maxi" dress. Hair and makeup, though it varies from a live character to an animated one, are similar. (Plaintiff's Exhibit 4 Page 2, 3, 13 & 15, Exhibit 13 Page 2)

- Props: Weapons such as a baseball bat are similar, as are the effects of the use of same, blood splattered all over the locations.  (Plaintiff's Exhibit 4 Page 6, 13, 14, 18, 19)

- Directed action: The use of weapons is directed to similar purposes: bloody murder. Plaintiff's Exhibit 16 – multiple action scenes
- The stalking by granny of her victims is similar in use of stairways inside the house between first and second levels, and basement and the automobile. (Plaintiff's Evidence 4 Granny on Stairs, Evidence 7 Attacking with Bat, Evidence 8 Attacking with a weapon, Evidence 13 Granny Descending Stairs, Evidence 18 Granny in Car, Plaintiff's Exhibits as listed above under Production Design, locations, Props)
- Granny's demise is similar in both instances - shot with a gun and left lying on the floor (Plaintiff's Exhibit 16, Evidence 11 Granny getting shot with a gun, Evidence 12 Granny laying on floor)

I declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. § 1746(1) that any facts provided above are true and correct and statements and opinions based on information and belief are believed to be true and correct.

_____  Date__February 17, 2023____
Martin L Bernstein