## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ambitious Productions, Inc.

                                Plaintiff,

v.                                                               Case No.: 1:22−cv−02088

                                                                    Honorable Matthew F. Kennelly

DVapps AB

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 22, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: The parties' joint request to extend the Local Rule 54.3 deadlines and the deadline for filing a motion for attorney's fees by 30 days is granted. The parties should not expect another extension of these deadlines. A joint status report is to be filed on 10/20/2023. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.