**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| AMBITIOUS PRODUCTIONS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>DVAPPS, AB,<br><br>    Defendant. | Case No. 1:22-cv-02088<br><br>Honorable Matthew F. Kennelly |

**DEFENDANT DVAPPS, AB'S
MOTION FOR ATTORNEYS' FEES PURSUANT TO 17 U.S.C. § 505**

Defendant, DVapps, AB, by and through its attorneys, Fitch Even Tabin & Flannery and Yukevich Cavanaugh, pursuant to 17 U.S.C. § 505 and Federal Rule of Civil Procedure 68, hereby moves for attorneys' fees, costs, and expenses, and in support thereof states as follows:

1. On June 12, 2023, the Court entered a final judgment in this case granting Defendant's motion for summary judgment.

2. For the reasons set forth in their accompanying Memorandum, Defendant seeks an award of attorneys' fees, expenses, and costs in this case.

**Compliance with Local Rule 54.3**

In compliance with Local Rule 54.3, Defendant has undertaken the following actions:

A. On June 23, 2023, Defendant contacted Plaintiff about moving for attorney's fees and nontaxable expenses, and on July 2, 2023, Defendant provided Plaintiff with a copy of the time and work records that would provide the basis for Defendant's fee motion, including hourly rates and total hours that each lawyer actually billed.

B. On July 6, 2023, Plaintiff responded to Defendants' submission, objecting that Defendant was not entitled to any attorney fees and that the Plaintiff's counsel billed less than Defendant's counsel.

C. Between July 10, 2023, and September 20, 2023, the parties met-and-conferred various times to discuss the fee motion, a potential appeal, and a pending litigation in Europe where Plaintiff sued Defendant over copyrights to the same film at issue in this case. During this period, the Plaintiff and the Defendant reached an apparent settlement that involved the dismissal of the European action and the forfeiture of fee claims in the present action and the European action.

D. The settlement talks were unsuccessful, and the parties jointly requested an extension of deadlines to prepare their Joint Statement and meet other deadlines associated with the fee motion. On August 22, 2023, the Court granted the parties' joint request to extend the Local Rule 54.3 deadlines and the deadline for filing a motion for attorneys' fees by 30 days.

E. On September 20, 2023, after having conferred and reviewed the shared records, the parties prepared a Joint Statement. Non-substantive changes were subsequently made. A signed copy of the Joint Statement is attached hereto as Exhibit A.

WHEREFORE, Defendant, DVapps, AB, respectfully requests the Court award its attorneys' fees in the amount of $246,291.

Dated: October 11, 2023

Respectfully submitted,

By: /s/ Mark A. Borsos
Mark A. Borsos
mborsos@fitcheven.com
Joseph T. Nabor
jtnabo@fitcheven.com
Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street, Suite 2100
Chicago, IL 60603
(312) 577-7000

Hassan Elrakabawy (admitted pro hac vice)
helrakabawy@yukelaw.com
Steven Douglas Smelser (admitted pro hac vice)
ssmelser@yukelaw.com
Yukevich Cavanaugh
355 S. Grand Ave., 15th Floor
Los Angeles, CA 90071
(213) 362-7777

*Attorneys for Defendant DVapps, AB*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Mark A. Borsos
Attorney for Defendant DVapps, AB