# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMBITIOUS PRODUCTIONS, INC.,<br>    Plaintiffs,<br>  v.<br>DVAPPS, AB,<br>    Defendant. | Case No. 1:22-cv-02088<br><br>Honorable Matthew F. Kennelly |

**JOINT STATEMENT REGARDING ATTORNEY'S FEES AND RELATED NONTAXABLE EXPENSES**

This joint statement is being prepared in compliance with Northern District of Illinois Local Rule 54.3 with the required pre-motion information regarding attorneys' fees and related expenses and represents the respective positions of Plaintiff AMBITIOUS PRODUCTIONS, INC. and DEFENDANT DVapps, AB.

**I. TOTAL AMOUNT CLAIMED BY THE MOVING PARTY DVAPPS, AB**

*Lodestar Method Summary:*

| Name | Claimed Hours | Claimed Rates | Claimed Totals |
|---|---|---|---|
| Steven Smelser | 98.3 | $650 | $63,895 |
| David Turner | 3.8 | $650 | $2,470 |
| Hassan Elrakabawy | 193.6 | $550 | $106,480 |
| Chris McNeese | 1.4 | $250 | $350 |
| Yukevich Cavanaugh Total | | | $173,195 |
| | | | |
| Joseph Nabor | 24 | $550 | $13,200 |

1

| Name | Claimed Hours | Claimed Rates | Claimed Totals |
|---|---|---|---|
| Mark Borsos | 117.5 | $515 | $60,512.5 |
| Alvaro Cure-Dominguez | 18.45 | $295 | $5,442.75 |
| Timothy Willette | 1.75 | $250 | $437.5 |
| Lenny Coleman | .75 | $200 | $150 |
| Elisa Augustyniak | 1.5 | $250 | $375 |
| Clayton Goldman | 6 | $185 | $1,110 |
| Fitch Even Total | | | $73,096 (less discounts) |
| Grand Total | | | $246,291 |

## II. AMOUNT DEEMED REASONABLE BY RESPONDENT (AMBITIOUS)

By submission of objective information herein, Plaintiff does not concede that attorneys' fees should be awarded or that 100% would be reasonable. Counsel for Plaintiff has billed $64,090.00 at $425 per hour, spending 150.8 hours, for one attorney only, David C. Brezina. Of that, work on the Summary Judgment on which Defendant prevailed was $41,182.50 or about 64%.

Accordingly, while Plaintiff believes an award of zero is an appropriate exercise of discretion considering the legitimacy of Plaintiff's complaint, objective reasonableness, good advocacy and no public interest in punishing Plaintiff, it is Plaintiff's position that the amount tabulated by Defendant is unreasonable. According to Plaintiff, an appropriate lodestar would be what Plaintiff spent.

2

| Name | Hours | Rates | Totals |
|---|---|---|---|
| Steven Smelser | 0 | $650 | $0 |
| David Turner | 0 | $650 | $0 |
| Hassan Elrakabawy | 96.9 | $425 | $41,182.50 |
| Chris McNeese | 0 | $250 | $0 |
| Yukevich Cavanaugh Total | | | $41,182.50 |
| Joseph Nabor | 0 | $550 | |
| Mark Borsos | 0 | $515 | $0.00 |
| Alvaro Cure-Dominguez | 0 | $295 | $0.00 |
| Timothy Willette | 0 | $250 | $0.00 |
| Lenny Coleman | 0 | $200 | $0 |
| Elisa Augustyniak | 0 | $250 | $0 |
| Clayton Goldman | 0 | $185 | $0 |
| Fitch Even Total | 0 | | 0 |
| **Grand Total** | | | **$41,182.50** |

### III. DESCRIPTION OF DISPUTES

Plaintiff disputes that Defendant is entitled to recover any of its attorneys' fees expended in defending the action. Further, should the Court determine in the exercise of its discretion to award attorneys' fees, Plaintiff disputes that the claimed amount of fees is reasonable, and believes that Defendant should have spent no more than Plaintiff spent.

**IV.     BASIS FOR THE MOTION**

(A) The motion for fees and expenses by DVapps, AB is based on the Judgment entered by this Court on Defendant's Motion for Summary Judgment on June 12, 2023. *See* Document Number 50.

(B) Ambitious did not appeal the judgment and the time for appeal has passed.

Respectfully submitted,

/David C Brezina/
David C. Brezina
dbrezina@ladas.net
Ladas & Parry LLP
224 South Michigan Avenue, Suite 1600
Chicago, Illinois 60604
(312) 427-1300

*Attorney for Plaintiff*
*Ambitious Productions, Inc.*


/s/ Mark A. Borsos
Joseph T. Nabor
jtnabo@fitcheven.com
Mark A. Borsos
mborsos@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 2100
Chicago, IL 60603
(312) 577-7000

Hassan Elrakabawy (admitted *pro hac vice*)
helrakabawy@yukelaw.com
Steven Douglas Smelser (admitted *pro hac vice*)
ssmelser@yukelaw.com
Yukevich Cavanaugh
355 S. Grand Ave., 15th Floor
Los Angeles, CA 90071
(213) 362-7777

*Attorneys for Defendant DVapps, AB*