# Exhibit 7

**YC** YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 6/15/2022
Invoice Closing Date: 05/31/2022
Billing Invoice No: 67166

Billing Invoice Submitted to:

DVAPPS AB

Re:  Ambitious Productions Inc., vs. DVAPPS AB
     Our Matter ID: 356-001

| **Professional Fees for Services Rendered** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/11/2022 | DAT | Analyze complaint, exhibits comparing motion picture to "Granny" game, and cease and desist letter and identify possible procedural defenses and pre-answer motions to recommend to client. | 1.50 | 650.00 | 975.00 |
| 05/13/2022 | DAT | Videoconference with clients and clients' counsel Pontus Sorlin re: analysis of complaint and defense strategies. | 1.40 | 650.00 | 910.00 |
| 05/13/2022 | SDS | Review complaint, correspondence from Pontus Sorlin, review copyright law re substantial similarity. | 1.50 | 650.00 | 975.00 |
| 05/13/2022 | SDS | Telephone call with Pontus Sorlin, D. Turner, Dennis Vukanovic and Cecilia Norling re: case facts, Steam DMCA counter response. | 1.40 | 650.00 | 910.00 |
| 05/16/2022 | HE | Analysis of jurisdiction of DVAPPS in US Federal Court, options to respond to takedown notice, and options to respond to complaint filed by copyright holder Ambitious against DV APPS AB to prepare proposed response and litigation strategy. | 3.80 | 550.00 | 2,090.00 |
| 05/16/2022 | SDS | Analyze legal authorities and identify key procedural and substantive issues to discuss with client re: responding to DMCA takedown notice to Steam and civil complaint against client. | 0.70 | 650.00 | 455.00 |
| 05/16/2022 | SDS | Review correspondence from and draft correspondence to P. Sorlin re: case handling. | 0.20 | 650.00 | 130.00 |
| 05/16/2022 | SDS | Review potential responses to DMCA takedown order at Steam . | 1.20 | 650.00 | 780.00 |
| 05/17/2022 | DAT | Conference with case team to determine strategy for correspondence from Pontus Sorlin to plaintiff's counsel demanding withdrawal of complaint and DMCA takedown notice to Steam. | 0.50 | 650.00 | 325.00 |
| 05/17/2022 | HE | Research of copyrighted work vs. challenged work, prepare analysis regarding lack of substantial similarity, lack of access, and statute of limitation defenses for Rule 11 letter to Plaintiff's counsel re: DCMA Takedown Notice from Ambitious. | 4.50 | 550.00 | 2,475.00 |
| 05/17/2022 | SDS | Prepare for conference with P. Sorlin re: strategy moving forward . | 1.50 | 650.00 | 975.00 |
| 05/17/2022 | SDS | Telephone call with Pontus Sorlin re: case handling, strategy of defense. | 1.20 | 650.00 | 780.00 |
| 05/18/2022 | SDS | Background research on the movie the Granny and game . | 0.80 | 650.00 | 520.00 |

**YUKEVICH | CAVANAUGH**

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

Invoice Date: 6/15/2022
Invoice Closing Date: 05/31/2022
Billing Invoice No: 67166

**Professional Fees for Services Rendered**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/18/2022 | SDS | Draft and revise letter to plaintiff's counsel . | 1.40 | 650.00 | 910.00 |
| 05/19/2022 | SDS | Revise correspondence to plaintiff's counsel . | 0.40 | 650.00 | 260.00 |
| 05/20/2022 | HE | Further prepare and revise Rule 11 Letter to Plaintiff's counsel to include additional argument regarding substantial similarity and non protectable elements of copyrighted work. | 1.00 | 550.00 | 550.00 |
| 05/20/2022 | SDS | Revise and supplement with additional points and authorities, including examples from research of films entitled "Granny" or similar subject matter predating Ambitious Productions' film, draft of correspondence from counsel Pontus Sorlin to Ambitious' counsel. | 2.20 | 650.00 | 1,430.00 |
| 05/22/2022 | SDS | Revise letter to plaintiff's counsel. | 0.40 | 650.00 | 260.00 |
| 05/23/2022 | SDS | Draft correspondence to Pontus Sorlin and revise letter to plaintiff's counsel. | 0.20 | 650.00 | 130.00 |
| 05/23/2022 | SDS | Review correspondence from Pontus Sorlin re: letter to plaintiff's counsel . | 0.20 | 650.00 | 130.00 |
| 05/25/2022 | SDS | Review Granny movie for evaluation of Complaint against DVAPPS AB. | 1.00 | 650.00 | 650.00 |
| 05/25/2022 | SDS | Draft correspondence to P. Sorlin re: Granny video. | 0.20 | 650.00 | 130.00 |
| 05/31/2022 | HE | Analysis regarding purported service by Defendant of complaint in Sweden to prepare advise to client regarding same. | 0.80 | 550.00 | 440.00 |
| 05/31/2022 | SDS | Review and analyze Granny movie and games, create memoranda outlining differences, similarities. | 2.00 | 650.00 | 1,300.00 |

Sub-total Fees: $18,490.00

### Professional Rate Summary

| | | | | | |
|---|---|---|---|---|---|
| SDS | Steven D. Smelser | Partner | 16.50 hours at $650.00/hr | | 10,725.00 |
| DAT | David A. Turner | Partner | 3.40 hours at $650.00/hr | | 2,210.00 |
| HE | Hassan Elrakabawy | Associate | 10.10 hours at $550.00/hr | | 5,555.00 |
| Total hours: | | Total hours: | 30.00 | | $18,490.00 |

**Costs Advanced**

| | Units | Price | Amount |
|---|---|---|---|
| In-Firm Duplication | 71.00 | 0.15 | 10.65 |

Sub-total Costs Advanced: $10.65

**yc** YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

Invoice Date: 6/15/2022
Invoice Closing Date: 05/31/2022
Billing Invoice No: 67166

| | |
|---|---|
| Previous Balance Due: | $0.00 |
| Total Payments and Credits Shown on this Invoice: | $0.00 |
| Net Balance Due on Previous Invoice(s): | $0.00 |
| Total Current Billing: | $18,500.65 |
| **Total Now Due:** | **$18,500.65** |

### YTD and Inception to Date Billed

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---|---|---|---|---|---|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 18,490.00 | 10.65 | 18,500.65 | 18,490.00 | 10.65 | 18,500.65 |
| | **Total** | **$18,490.00** | **$10.65** | **$18,500.65** | **$18,490.00** | **$10.65** | **$18,500.65** |

**YC** **YUKEVICH | CAVANAUGH**

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Invoice Date: 7/6/2022
Invoice Closing Date: 04/30/2022
Billing Invoice No: 67285

Billing Invoice Submitted to:

DVAPPS AB

Re: Ambitious Productions Inc., vs. DVAPPS AB
Our Matter ID: 356-001

**Payments and Credits**

| 07/06/2022 | Trust Application | | (18,470.65) |
|---|---|---|---|
| | | Sub-total Payments: | ($18,470.65) |

**Trust Account**

| | | Beginning Balance in Trust: | $0.00 |
|---|---|---|---|
| 06/22/2022 | INCOMING WIRE-DOM Originator: DVAPPS AB HELGESTAHILLSVAGEN 7 633 48 ESKILSTUNA, . | | 18,470.65 |
| 07/06/2022 | Trust Application | | (18,470.65) |
| | | Ending Balance in Trust: | $0.00 |

| | |
|---|---|
| Previous Balance Due: | $18,500.65 |
| Total Payments and Credits Shown on this Invoice: | ($18,470.65) |
| Net Balance Due on Previous Invoice(s): | $30.00 |
| Total Current Billing: | $0.00 |
| **Total Now Due:** | **$30.00** |

**YTD and Inception to Date Billed**

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---|---|---|---|---|---|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 18,490.00 | 10.65 | 18,500.65 | 18,490.00 | 10.65 | 18,500.65 |
| | **Total** | **$18,490.00** | **$10.65** | **$18,500.65** | **$18,490.00** | **$10.65** | **$18,500.65** |

Invoice generated: 7/7/2022 3:24:48 PM

# YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 7/8/2022
Invoice Closing Date: 06/30/2022
Billing Invoice No: 67299

Billing Invoice Submitted to:

DVAPPS AB

Re:   Ambitious Productions Inc., vs. DVAPPS AB
      Our Matter ID: 356-001

## Professional Fees for Services Rendered

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/01/2022 | SDS | Legal research on service in light of the Hague convention and draft correspondence to P. Sorlin. | 0.80 | 650.00 | 520.00 |
| 06/01/2022 | SDS | Analyze, revise and supplement written analysis of sufficiency of service of process on clients in Sweden according to Hague Convention. | 0.30 | 650.00 | 195.00 |
| 06/01/2022 | HE | Conference with S. Smelser to analyze purported service of complaint in Sweden and available responses to complaint. | 0.50 | 550.00 | 275.00 |
| 06/01/2022 | SDS | Review correspondence from P. Sorlin re: service of the complaint . | 0.20 | 650.00 | 130.00 |
| 06/02/2022 | HE | Further analyze purported service of complaint and various options to respond to complaint under Rule 12 and potential waiver of defenses for failure to raise, response to DMCA notice, and further available responses to copyright action filed and purportedly served. | 1.80 | 550.00 | 990.00 |
| 06/02/2022 | SDS | Analyze, revise and supplement written analysis of potential preliminary injunction strategy. | 0.30 | 650.00 | 195.00 |
| 06/03/2022 | SDS | Legal research on responding to complaint. | 1.20 | 650.00 | 780.00 |
| 06/03/2022 | HE | Zoom conference with client to gather evidence and prepare litigation strategy to respond to Plaintiff's complaint and takedown notice. | 1.00 | 550.00 | 550.00 |
| 06/03/2022 | SDS | Telephone call with Dennis Vuvanovic, Cecilia Norling, P. Sorlin, and H. Elrakabawy re: case handling. | 1.00 | 650.00 | 650.00 |
| 06/06/2022 | SDS | Draft and revise motion to dismiss. | 1.60 | 650.00 | 1,040.00 |
| 06/06/2022 | HE | Further research of case law regarding statute of limitations defense to determine applicability of defense based on specific facts of the case involving release of three different versions of allegedly infringing online video game. | 0.80 | 550.00 | 440.00 |
| 06/07/2022 | SDS | Review correspondence from plaintiff's counsel. | 0.20 | 650.00 | 130.00 |
| 06/07/2022 | SDS | Review contracts and video's from P. Sorlin. | 1.60 | 650.00 | 1,040.00 |
| 06/08/2022 | HE | Further draft and revise motion to dismiss copyright complaint. | 8.40 | 550.00 | 4,620.00 |
| 06/09/2022 | HE | Further prepare and revise motion to dismiss and supporting documents. | 3.80 | 550.00 | 2,090.00 |

# YC  YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

Invoice Date: 7/8/2022
Invoice Closing Date: 06/30/2022
Billing Invoice No: 67299

## Professional Fees for Services Rendered

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/09/2022 | HE | Analysis of DVapps agreements with various game hosting sites to develop fact and legal argument regarding lack of personal jurisdiction, forum non conveniens, and/or other challenges to complaint. | 1.00 | 550.00 | 550.00 |
| 06/09/2022 | HE | Analysis of game movies to determine all grounds for lack of substantial similarity and prepare summary regarding same. | 1.20 | 550.00 | 660.00 |
| 06/09/2022 | HE | Analysis of movie file for alleged copyright holder to prepare summary of work and develop arguments regarding lack of substantial similarity. . | 2.00 | 550.00 | 1,100.00 |
| 06/09/2022 | SDS | Review court order re: case status. | 0.20 | 650.00 | 130.00 |
| 06/09/2022 | DAT | Analyze and revise DVapps AB's motion for extension of time to answer or otherwise respond. | 0.40 | 650.00 | 260.00 |
| 06/10/2022 | HE | Further prepare and revise motion to dismiss fact and argument sections and supporting documents to be filed concurrently with motion. | 4.50 | 550.00 | 2,475.00 |
| 06/13/2022 | SDS | Revise motion to dismiss. | 1.00 | 650.00 | 650.00 |
| 06/13/2022 | HE | Prepare correspondence to Illinois counsel regarding summons and service to prepare responsive documents to complaint. | 0.20 | 550.00 | 110.00 |
| 06/13/2022 | HE | Further prepare and revise fact and argument related to substantial similarity for Plaintiff's film and Defendant's video games. | 1.80 | 550.00 | 990.00 |
| 06/14/2022 | SDS | Draft and revise motion to dismiss, request for judicial notice, declaration of attorney in support of motion. | 1.00 | 650.00 | 650.00 |
| 06/14/2022 | HE | Further prepare and revise motion to dismiss and supporting documents including request for judicial notice, notice of manual filing certain documents, declaration in support of DVapps Motion to Dismiss. | 6.80 | 550.00 | 3,740.00 |
| 06/15/2022 | HE | Analysis regarding proposed counter notice under DMCA to be served on Steam in conjunction with defense of underlying case filed by Ambitious. | 0.40 | 550.00 | 220.00 |
| 06/16/2022 | HE | Prepare and revise memorandum of points and authorities and supporting documents based on co-counsel comments. | 1.00 | 550.00 | 550.00 |
| 06/16/2022 | SDS | Review motion edits from local counsel. | 0.40 | 650.00 | 260.00 |
| 06/17/2022 | SDS | Revise motion to dismiss. | 0.60 | 650.00 | 390.00 |
| 06/17/2022 | SDS | Revise and supplement with additional points and authorities DVAPPS' Motion to Dismiss Complaint for Failure to State a Claim. | 2.90 | 650.00 | 1,885.00 |
| 06/17/2022 | SDS | Review correspondence from P. Sorlin, review video game play . | 0.40 | 650.00 | 260.00 |
| 06/17/2022 | HE | Prepare correspondence to local counsel and client regarding corporate disclosure and Illinois local rule regarding additional disclosure and prepare same. | 0.40 | 550.00 | 220.00 |

# yc YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 7/8/2022
Invoice Closing Date: 06/30/2022
Billing Invoice No: 67299

**Professional Fees for Services Rendered**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/20/2022 | HE | Prepare and revise additional legal argument regarding incorporation of materials referenced in complaint, substantial similarity on motion to dismiss, and further partner comment to prepare revised motion and supporting documents for filing by local counsel. | 6.80 | 550.00 | 3,740.00 |
| 06/20/2022 | SDS | Review correspondence from plaintiff's counsel re: status conference . | 0.20 | 650.00 | 130.00 |
| 06/20/2022 | SDS | Analyze correspondence from plaintiff's counsel disputing points made in correspondence from P. Sorlin re: lack of proof of copyright infringement. | 0.50 | 650.00 | 325.00 |
| 06/21/2022 | SDS | Review correspondence M. Borsos re: motion to dismiss . | 0.20 | 650.00 | 130.00 |
| 06/21/2022 | HE | Further prepare and revise motion to dismiss and supporting documents to prepare for service and filing. | 0.80 | 550.00 | 440.00 |
| 06/22/2022 | HE | Prepare pro hac vice application for Northern District of Illinois. | 0.20 | 550.00 | 110.00 |
| | | | | Sub-total Fees: | $33,620.00 |

## Professional Rate Summary

| | | | | | |
|---|---|---|---|---|---|
| SDS | Steven D. Smelser | Partner | 14.60 hours at $650.00/hr | | 9,490.00 |
| DAT | David A. Turner | Partner | 0.40 hours at $650.00/hr | | 260.00 |
| HE | Hassan Elrakabawy | Associate | 43.40 hours at $550.00/hr | | 23,870.00 |
| Total hours: | | Total hours: | 58.40 | | $33,620.00 |

**Costs Advanced**

| | Units | Price | Amount |
|---|---|---|---|
| In-Firm Color Duplication | 26.00 | 1.00 | 26.00 |
| In-Firm Duplication | 173.00 | 0.15 | 25.95 |
| Sub-total Costs Advanced: | | | $51.95 |

**Payments and Credits**

| | | |
|---|---|---|
| 07/06/2022 | Trust Application | (18,470.65) |
| | Sub-total Payments: | ($18,470.65) |

**yc** YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

Invoice Date: 7/8/2022
Invoice Closing Date: 06/30/2022
Billing Invoice No: 67299

| | |
|---|---:|
| Previous Balance Due: | $18,500.65 |
| Total Payments and Credits Shown on this Invoice: | ($18,470.65) |
| Net Balance Due on Previous Invoice(s): | $30.00 |
| Total Current Billing: | $33,671.95 |
| **Total Now Due:** | **$33,701.95** |

**YTD and Inception to Date Billed**

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---:|---:|---:|---:|---:|---:|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 52,110.00 | 62.60 | 52,172.60 | 52,110.00 | 62.60 | 52,172.60 |
| | **Total** | **$52,110.00** | **$62.60** | **$52,172.60** | **$52,110.00** | **$62.60** | **$52,172.60** |

# yc YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

Invoice Date: 7/19/2022
Invoice Closing Date: 07/19/2022
Billing Invoice No: 67442

Billing Invoice Submitted to:

DVAPPS AB

Re: Ambitious Productions Inc., vs. DVAPPS AB
    Our Matter ID: 356-001

**Payments and Credits**

| | | |
|---|---|---:|
| 07/13/2022 | Write off short pay | (30.00) |
| 07/19/2022 | Trust Application | (33,671.95) |
| | Sub-total Payments: | ($33,701.95) |

**Trust Account**

| | | |
|---|---|---:|
| | Beginning Balance in Trust: | $0.00 |
| 07/19/2022 | Trust Application | (33,671.95) |
| 07/19/2022 | Wire payment from DVAPPS | 33,671.95 |
| | Ending Balance in Trust: | $0.00 |

| | |
|---|---:|
| Previous Balance Due: | $33,701.95 |
| Total Payments and Credits Shown on this Invoice: | ($33,701.95) |
| Net Balance Due on Previous Invoice(s): | $0.00 |
| Total Current Billing: | $0.00 |
| **Total Now Due:** | **$0.00** |

**YTD and Inception to Date Billed**

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---:|---:|---:|---:|---:|---:|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 52,110.00 | 62.60 | 52,172.60 | 52,110.00 | 62.60 | 52,172.60 |
| | **Total** | **$52,110.00** | **$62.60** | **$52,172.60** | **$52,110.00** | **$62.60** | **$52,172.60** |

**YUKEVICH | CAVANAUGH**

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Invoice Date: 8/12/2022
Invoice Closing Date: 07/31/2022
Billing Invoice No: 67621

Billing Invoice Submitted to:

DVAPPS AB

Re:  Ambitious Productions Inc., vs. DVAPPS AB
      Our Matter ID: 356-001

**Professional Fees for Services Rendered**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/08/2022 | SDS | Telephone call with Mark Borsos re: status conference. | 0.20 | 650.00 | 130.00 |
| 07/11/2022 | HE | Prepare correspondence regarding contacts with counsel, proposed scheduling order, report to court. | 0.20 | 550.00 | 110.00 |
| 07/12/2022 | HE | Analysis of court orders at case management to prepare further pleadings, including reply in support of motion to dismiss. | 0.20 | 550.00 | 110.00 |
| 07/12/2022 | HE | Analysis regarding court's ability to transform motion to dismiss to motion for summary judgment. | 0.60 | 550.00 | 330.00 |
| 07/12/2022 | SDS | Prepare for and attend status conference with court. | 0.50 | 650.00 | 325.00 |
| 07/12/2022 | SDS | Draft correspondence to P. Sorlin, D. Vukanovic and C. Norling re case status. | 0.20 | 650.00 | 130.00 |
| 07/22/2022 | HE | Analysis of Plaintiff's Opposition to Motion to Dismiss recieved to prepare Reply and communications with local counsel regarding same. | 1.20 | 550.00 | 660.00 |
| 07/25/2022 | HE | Further analysis of cases citied in Opposition and begin draft Reply in support of Motion to Dismiss and supporting documents. | 5.20 | 550.00 | 2,860.00 |
| 07/25/2022 | SDS | Review opposition to motion to dismiss and begin drafting reply. | 0.80 | 650.00 | 520.00 |
| 07/27/2022 | SDS | Draft and revise reply in support of motion to dismiss. | 0.70 | 650.00 | 455.00 |
| 07/28/2022 | SDS | Draft and revise reply in support of motion to dismiss. | 1.00 | 650.00 | 650.00 |
| 07/29/2022 | HE | Draft Reply to Plaintiff's Opposition in support of Motion to Dismiss. | 7.50 | 550.00 | 4,125.00 |
| 07/29/2022 | SDS | Legal research and draft reply in support of motion to dismiss. | 0.50 | 650.00 | 325.00 |

Sub-total Fees:  $10,730.00

**Professional Rate Summary**

| | | | | | |
|---|---|---|---|---|---|
| SDS | Steven D. Smelser | Partner | 3.90 hours at $650.00/hr | | 2,535.00 |
| HE | Hassan Elrakabawy | Associate | 14.90 hours at $550.00/hr | | 8,195.00 |
| Total hours: | | Total hours: | 18.80 | | $10,730.00 |

**yc** **YUKEVICH | CAVANAUGH**

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Invoice Date: 8/12/2022
Invoice Closing Date: 07/31/2022
Billing Invoice No: 67621

**Costs Advanced**

|  | | Units | Price | Amount |
|---|---|---|---|---|
| | In-Firm Duplication | 18.00 | 0.15 | 2.70 |
| | Sub-total Costs Advanced: | | | $2.70 |

**Payments and Credits**

| 07/19/2022 | Trust Application | | (33,671.95) |
|---|---|---|---|
| | Sub-total Payments: | | ($33,671.95) |

| Previous Balance Due: | $33,671.95 |
|---|---|
| Total Payments and Credits Shown on this Invoice: | ($33,671.95) |
| Net Balance Due on Previous Invoice(s): | $0.00 |
| Total Current Billing: | $10,732.70 |
| **Total Now Due:** | **$10,732.70** |

**YTD and Inception to Date Billed**

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---|---|---|---|---|---|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 62,840.00 | 65.30 | 62,905.30 | 62,840.00 | 65.30 | 62,905.30 |
| | **Total** | **$62,840.00** | **$65.30** | **$62,905.30** | **$62,840.00** | **$65.30** | **$62,905.30** |

# YŪ̃ YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

Invoice Date: 8/23/2022
Invoice Closing Date: 06/30/2022
Billing Invoice No: 67687

Billing Invoice Submitted to:

DVAPPS AB

Re:  Ambitious Productions Inc., vs. DVAPPS AB
     Our Matter ID: 356-001

## Payments and Credits

| | | | |
|---|---|---|---|
| 08/23/2022 | Trust Application | | (10,732.70) |
| | | Sub-total Payments: | ($10,732.70) |

## Trust Account

| | | | |
|---|---|---|---|
| | | Beginning Balance in Trust: | $0.00 |
| 08/17/2022 | Wire Payment for Invoice 67621 | | 10,732.70 |
| 08/23/2022 | Trust Application | | (10,732.70) |
| | | Ending Balance in Trust: | $0.00 |

| | |
|---|---|
| Previous Balance Due: | $10,732.70 |
| Total Payments and Credits Shown on this Invoice: | ($10,732.70) |
| Net Balance Due on Previous Invoice(s): | $0.00 |
| Total Current Billing: | $0.00 |
| **Total Now Due:** | **$0.00** |

## YTD and Inception to Date Billed

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---|---|---|---|---|---|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 62,840.00 | 65.30 | 62,905.30 | 62,840.00 | 65.30 | 62,905.30 |
| | **Total** | **$62,840.00** | **$65.30** | **$62,905.30** | **$62,840.00** | **$65.30** | **$62,905.30** |

**YUKEVICH | CAVANAUGH**

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

Invoice Date: 9/19/2022
Invoice Closing Date: 08/31/2022
Billing Invoice No: 67920

Billing Invoice Submitted to:

DVAPPS AB

Re: Ambitious Productions Inc., vs. DVAPPS AB
    Our Matter ID: 356-001

**Professional Fees for Services Rendered**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/01/2022 | SDS | Review correspondence/voice message from plaintiff's counsel and draft correspondence to P. Sorlin. | 0.30 | 650.00 | 195.00 |
| 08/01/2022 | HE | Further prepare and revise motion to dismiss and incorporate partner edits. | 2.80 | 550.00 | 1,540.00 |
| 08/02/2022 | SDS | Draft correspondence to J. Nabor re: settlement discussions. | 0.10 | 650.00 | 65.00 |
| 08/02/2022 | SDS | Revise reply in support of motion to dismiss. | 0.80 | 650.00 | 520.00 |
| 08/02/2022 | SDS | Review correspondence from P. Sorlin re: settlement discussions. | 0.10 | 650.00 | 65.00 |
| 08/02/2022 | SDS | Review correspondence from defense counsel re: settlement discussion with plaintiff's counsel. | 0.20 | 650.00 | 130.00 |
| 08/03/2022 | HE | Prepare and revise reply in support of motion to dismiss. | 4.40 | 550.00 | 2,420.00 |
| 08/03/2022 | SDS | Review correspondence from M. Borsos re: material provided from plaintiff's counsel. | 0.30 | 650.00 | 195.00 |
| 08/04/2022 | SDS | Review co-counsel from co-defense counsel and edited version of reply and revise reply in support of motion to dismiss. | 0.70 | 650.00 | 455.00 |
| 08/05/2022 | SDS | Revise and finalize reply to motion to dismiss. | 1.30 | 650.00 | 845.00 |
| 08/05/2022 | HE | Further prepare and revise reply in support of motion to dismiss to prepare for filing. | 1.80 | 550.00 | 990.00 |
| 08/05/2022 | SDS | Review correspondence from P. Sorlin re: service on client of further documentation. | 0.20 | 650.00 | 130.00 |
| 08/15/2022 | SDS | Review correspondence from Mark Borsos re: status conference with court. | 0.20 | 650.00 | 130.00 |
| 08/15/2022 | HE | Prepare correspondence to local counsel in Chicago regarding pending hearing, scheduling for discovery and trial date if requested by the court. | 0.20 | 550.00 | 110.00 |
| 08/18/2022 | SDS | Legal research on summary judgment in seventh circuit. | 0.50 | 650.00 | 325.00 |
| 08/18/2022 | SDS | Review correspondence from Illinois counsel re: conference with plaintiff's counsel. | 0.20 | 650.00 | 130.00 |

**YUKEVICH | CAVANAUGH**

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

Invoice Date: 9/19/2022
Invoice Closing Date: 08/31/2022
Billing Invoice No: 67920

### Professional Fees for Services Rendered

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/18/2022 | SDS | Telephone call with Illinois counsel re: case strategy. | 0.80 | 650.00 | 520.00 |
| 08/19/2022 | SDS | Legal research on converting motion to dismiss to motion for summary judgment. | 0.80 | 650.00 | 520.00 |
| 08/22/2022 | SDS | Review Apple Developer, Google, IronSource, AppLovin contracts. | 1.60 | 650.00 | 1,040.00 |
| 08/25/2022 | SDS | Legal research for motion to dismiss conversion to motion for summary judgment. | 1.50 | 650.00 | 975.00 |
| 08/29/2022 | SDS | Draft correspondence to Chicago counsel re: case strategy. | 0.10 | 650.00 | 65.00 |
| 08/29/2022 | SDS | Review correspondence from Chicago counsel re: case strategy. | 0.20 | 650.00 | 130.00 |
| 08/30/2022 | SDS | Draft correspondence to P. Sorlin re: case status. | 0.10 | 650.00 | 65.00 |
| 08/30/2022 | SDS | Review correspondence from P. Sorlin re: case. | 0.10 | 650.00 | 65.00 |
| 08/30/2022 | SDS | Review correspondence from B. Scott re: case conference. | 0.10 | 650.00 | 65.00 |
| 08/30/2022 | SDS | Telephone call with Chicago counsel re: case strategy. | 1.00 | 650.00 | 650.00 |
| 08/31/2022 | SDS | Telephone call with P. Sorlin re: strategy for motion for summary judgment, settlement status. | 0.40 | 650.00 | 260.00 |
| | | | | Sub-total Fees: | $12,600.00 |

### Professional Rate Summary

| | | | | | |
|---|---|---|---|---|---|
| SDS | Steven D. Smelser | Partner | 11.60 hours at $650.00/hr | | 7,540.00 |
| HE | Hassan Elrakabawy | Associate | 9.20 hours at $550.00/hr | | 5,060.00 |
| Total hours: | | Total hours: | 20.80 | | $12,600.00 |

### Payments and Credits

| | | |
|---|---|---|
| 08/23/2022 | Trust Application - Wire Payment on invoice 67621 | (10,732.70) |
| | Sub-total Payments: | ($10,732.70) |

# yc YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 9/19/2022
Invoice Closing Date: 08/31/2022
Billing Invoice No: 67920

| | |
|---|---:|
| Previous Balance Due: | $10,732.70 |
| Total Payments and Credits Shown on this Invoice: | ($10,732.70) |
| Net Balance Due on Previous Invoice(s): | $0.00 |
| Total Current Billing: | $12,600.00 |
| **Total Now Due:** | **$12,600.00** |

## YTD and Inception to Date Billed

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---:|---:|---:|---:|---:|---:|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 75,440.00 | 65.30 | 75,505.30 | 75,440.00 | 65.30 | 75,505.30 |
| | **Total** | **$75,440.00** | **$65.30** | **$75,505.30** | **$75,440.00** | **$65.30** | **$75,505.30** |

# YC  YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 9/23/2022
Invoice Closing Date: 08/31/2022
Billing Invoice No: 67992

Billing Invoice Submitted to:

DVAPPS AB

Re:  Ambitious Productions Inc., vs. DVAPPS AB
     Our Matter ID: 356-001

## Payments and Credits

| | | |
|---|---|---|
| 09/23/2022 | Trust Application | (12,570.00) |
| | Sub-total Payments: | ($12,570.00) |

## Trust Account

| | | |
|---|---|---|
| | Beginning Balance in Trust: | $0.00 |
| 09/23/2022 | Trust Application | (12,570.00) |
| 09/23/2022 | Incoming wire-DOM Originator: DVAPPS AB Helgestahilsvagen | 12,570.00 |
| | Ending Balance in Trust: | $0.00 |

| | |
|---|---|
| Previous Balance Due: | $12,600.00 |
| Total Payments and Credits Shown on this Invoice: | ($12,570.00) |
| Net Balance Due on Previous Invoice(s): | $30.00 |
| Total Current Billing: | $0.00 |
| **Total Now Due:** | **$30.00** |

## YTD and Inception to Date Billed

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---|---|---|---|---|---|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 75,440.00 | 65.30 | 75,505.30 | 75,440.00 | 65.30 | 75,505.30 |
| | **Total** | **$75,440.00** | **$65.30** | **$75,505.30** | **$75,440.00** | **$65.30** | **$75,505.30** |

**YC** YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 10/11/2022
Invoice Closing Date: 09/30/2022
Billing Invoice No: 68096

Billing Invoice Submitted to:

DVAPPS AB

Re:  Ambitious Productions Inc., vs. DVAPPS AB
     Our Matter ID: 356-001

**Professional Fees for Services Rendered**

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/05/2022 | SDS | Review correspondence from P. Sorlin re: case strategy. | 0.20 | 650.00 | 130.00 |
| 09/05/2022 | SDS | Draft correspondence to M. Borsos re: case strategy re: motion to dismiss. | 0.30 | 650.00 | 195.00 |
| 09/07/2022 | SDS | Review correspondence from M. Borsos re: strategy for motion to dismiss. | 0.30 | 650.00 | 195.00 |
| 09/07/2022 | SDS | Telephone call with M. Borsos and H. Elrakabawy re: strategy for summary judgment, settlement discussions and discovery. | 0.60 | 650.00 | 390.00 |
| 09/08/2022 | HE | Appear for status conference to request court to convert motion to dismiss to motion for summary judgment and limit subsequent discovery. | 0.30 | 550.00 | 165.00 |
| 09/08/2022 | SDS | Review order from court re: order on motion to dismiss. | 0.30 | 650.00 | 195.00 |
| 09/10/2022 | SDS | Revise motion for summary judgment. | 1.80 | 650.00 | 1,170.00 |
| 09/12/2022 | HE | Prepare and revise motion for summary judgment papers to convert motion to dismiss as instructed by court, including adding law relevant to summary judgment standard for acess and substantial similarity. | 4.80 | 550.00 | 2,640.00 |
| 09/12/2022 | HE | Prepare draft affadavit of client in support of motion for summary judgment to include all facts needed for judgment to be entered. | 2.40 | 550.00 | 1,320.00 |
| 09/12/2022 | SDS | Revise motion for summary judgment. | 2.00 | 650.00 | 1,300.00 |
| 09/13/2022 | SDS | Revise declaration of Dennis Vukanovic in support of motion for summary judgment. | 1.40 | 650.00 | 910.00 |
| 09/15/2022 | SDS | Revise motion for summary judgment. | 2.50 | 650.00 | 1,625.00 |
| 09/15/2022 | SDS | Revise declaration of Dennis Vukanovic. | 1.50 | 650.00 | 975.00 |
| 09/21/2022 | HE | Further research regarding filtering out and test on summary judgment and make revisions to proposed moving papers. | 0.60 | 550.00 | 330.00 |
| 09/26/2022 | HE | Draft memorandum of points and autorities for motion for summary judgment. | 3.50 | 550.00 | 1,925.00 |
| 09/26/2022 | SDS | Revise statement of facts for motion for summary judgment. | 0.90 | 650.00 | 585.00 |

# YC YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 10/11/2022
Invoice Closing Date: 09/30/2022
Billing Invoice No: 68096

**Professional Fees for Services Rendered**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/26/2022 | SDS | Revise motion for summary judgment. | 1.70 | 650.00 | 1,105.00 |
| | | | | Sub-total Fees: | $15,155.00 |

## Professional Rate Summary

| | | | | | |
|---|---|---|---|---|---|
| SDS | Steven D. Smelser | Partner | 13.50 hours at $650.00/hr | | 8,775.00 |
| HE | Hassan Elrakabawy | Associate | 11.60 hours at $550.00/hr | | 6,380.00 |
| Total hours: | | Total hours: | 25.10 | | $15,155.00 |

**Costs Advanced**

| | | Units | Price | Amount |
|---|---|---|---|---|
| | In-Firm Color Duplication | 6.00 | 1.00 | 6.00 |
| | | | Sub-total Costs Advanced: | $6.00 |

**Payments and Credits**

| | | |
|---|---|---|
| 09/23/2022 | Trust Application - Payment on invoice 67920 | (12,570.00) |
| 09/29/2022 | write off short pay | (30.00) |
| | Sub-total Payments: | ($12,600.00) |

| | |
|---|---|
| Previous Balance Due: | $12,600.00 |
| Total Payments and Credits Shown on this Invoice: | ($12,600.00) |
| Net Balance Due on Previous Invoice(s): | $0.00 |
| Total Current Billing: | $15,161.00 |
| **Total Now Due:** | **$15,161.00** |

**YTD and Inception to Date Billed**

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---|---|---|---|---|---|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 90,595.00 | 71.30 | 90,666.30 | 90,595.00 | 71.30 | 90,666.30 |
| | **Total** | **$90,595.00** | **$71.30** | **$90,666.30** | **$90,595.00** | **$71.30** | **$90,666.30** |

Invoice generated: 10/11/2022 11:38:40 AM

# YC YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

Invoice Date: 10/12/2022
Invoice Closing Date: 09/30/2022
Billing Invoice No: 68130

Billing Invoice Submitted to:

DVAPPS AB

Re:  Ambitious Productions Inc., vs. DVAPPS AB
     Our Matter ID: 356-001

**Payments and Credits**

| | | |
|---|---|---|
| 10/12/2022 | Trust Application | (15,131.00) |
| | Sub-total Payments: | ($15,131.00) |

**Trust Account**

| | | |
|---|---|---|
| | Beginning Balance in Trust: | $0.00 |
| 10/12/2022 | Trust Application | (15,131.00) |
| 10/13/2022 | Wire payment to trust for invoice 68096 | 15,131.00 |
| | Ending Balance in Trust: | $0.00 |

| | |
|---|---|
| Previous Balance Due: | $15,161.00 |
| Total Payments and Credits Shown on this Invoice: | ($15,131.00) |
| Net Balance Due on Previous Invoice(s): | $30.00 |
| Total Current Billing: | $0.00 |
| **Total Now Due:** | **$30.00** |

**YTD and Inception to Date Billed**

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---|---|---|---|---|---|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 90,595.00 | 71.30 | 90,666.30 | 90,595.00 | 71.30 | 90,666.30 |
| | **Total** | **$90,595.00** | **$71.30** | **$90,666.30** | **$90,595.00** | **$71.30** | **$90,666.30** |

Invoice generated: 10/13/2022 12:04:52 PM

# YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

Invoice Date: 11/8/2022
Invoice Closing Date: 10/31/2022
Billing Invoice No: 68272

Billing Invoice Submitted to:

DVAPPS AB

Re: Ambitious Productions Inc., vs. DVAPPS AB
Our Matter ID: 356-001

| **Professional Fees for Services Rendered** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/03/2022 | HE | Prepare correspondence to client regarding proposed declaration and moving papers. | 0.20 | 550.00 | 110.00 |
| 10/03/2022 | HE | Further prepare and revise motion, memorandum of points and authorities and statement of undisputed facts for motion for summary judgment pursuant to federal and local rules in Northern District of Illinois. | 6.80 | 550.00 | 3,740.00 |
| 10/05/2022 | HE | Further prepare and revise declaration of Dennis Vukanovic in support of motion for summary judgment. | 1.80 | 550.00 | 990.00 |
| 10/05/2022 | HE | Further prepare and revise memorandum of points and authorities in support of motion for summary judgment. | 5.60 | 550.00 | 3,080.00 |
| 10/06/2022 | HE | Prepare and revise request for judicial notice in support of motion for summary judgment. | 3.40 | 550.00 | 1,870.00 |
| 10/07/2022 | HE | Further prepare and revise memorandum of points and authorities, declaration, and supporting documents to prepare motion for summary judgment. | 3.00 | 550.00 | 1,650.00 |
| 10/14/2022 | HE | Prepare correspondence to client regarding proposed response to takedown notice to Apple regarding Granny game by Ambitious. | 0.20 | 550.00 | 110.00 |
| 10/14/2022 | HE | Analysis of Apple App Store takedown procedures with respect to Digital Millenium Copyright Act provisions to prepare response to takedown notice by Ambitious. | 1.60 | 550.00 | 880.00 |
| 10/14/2022 | HE | Prepare summary response to Apple App Store notice in response to takedown notice by Plaintiff. | 0.80 | 550.00 | 440.00 |
| 10/14/2022 | SDS | Review correspondence P. Sarlin re Apple DCMA. | 0.30 | 650.00 | 195.00 |
| 10/19/2022 | HE | Analysis of Czech Republic lawsuit allegations and relevant Czech Republic law to respond to same and address as necessary in pending U.S. action. | 1.80 | 550.00 | 990.00 |
| 10/20/2022 | SDS | Analyze correspondence P. Sorlin re response to Apple; Review correspondence P. Sorlin re Czech lawsuit. | 0.40 | 650.00 | 260.00 |
| 10/20/2022 | HE | Analysis of Czech Republic law and relevant treaty laws related to copyright enforcement and injunction of simultaneous action to advise client and Czech counsel and prepare responsive pleadings as necessary. | 4.80 | 550.00 | 2,640.00 |

**YC** YUKEVICH | CAVANAUGH

Billing Department
kbiskupic@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Invoice Date: 11/8/2022
Invoice Closing Date: 10/31/2022
Billing Invoice No: 68272

**Professional Fees for Services Rendered**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/26/2022 | HE | Prepare correspondence to client to relay research to date and to prepare further responses to pleadings and complaints. | 0.20 | 550.00 | 110.00 |
| | | | | Sub-total Fees: | $17,065.00 |

### Professional Rate Summary

| | | | | | |
|---|---|---|---|---|---|
| SDS | Steven D. Smelser | Partner | 0.70 | hours at $650.00/hr | 455.00 |
| HE | Hassan Elrakabawy | Associate | 30.20 | hours at $550.00/hr | 16,610.00 |
| Total hours: | | Total hours: | 30.90 | | $17,065.00 |

**Costs Advanced**

| | | Units | Price | Amount |
|---|---|---|---|---|
| | In-Firm Color Duplication | 2.00 | 1.00 | 2.00 |
| | | | Sub-total Costs Advanced: | $2.00 |

**Payments and Credits**

| | | |
|---|---|---|
| 10/12/2022 | Trust Application from wire payment on invoice 68096 | (15,101.00) |
| 10/17/2022 | write off short pay | (30.00) |
| 10/28/2022 | write off short pay | (30.00) |
| | Sub-total Payments: | ($15,161.00) |

| | |
|---|---|
| Previous Balance Due: | $15,161.00 |
| Total Payments and Credits Shown on this Invoice: | ($15,161.00) |
| Net Balance Due on Previous Invoice(s): | $0.00 |
| Total Current Billing: | $17,067.00 |
| **Total Now Due:** | **$17,067.00** |

**YTD and Inception to Date Billed**

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---|---|---|---|---|---|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 107,660.00 | 73.30 | 107,733.30 | 107,660.00 | 73.30 | 107,733.30 |
| 249-003 | Moi, Cheri vs. Costco Wholesale Corporation, et al. | 110,796.25 | 36,006.72 | 146,802.97 | 219,131.25 | 52,556.75 | 271,688.00 |
| | **Total** | **$218,456.25** | **$36,080.02** | **$254,536.27** | **$326,791.25** | **$52,630.05** | **$379,421.30** |

# **yc** YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 11/14/2022
Invoice Closing Date: 11/14/2022
Billing Invoice No: 68427

Billing Invoice Submitted to:

DVAPPS AB

Re:  Ambitious Productions Inc., vs. DVAPPS AB
     Our Matter ID: 356-001

**Payments and Credits**

| | | | |
|---|---|---|---|
| 11/14/2022 | Trust Application | | (17,037.00) |
| | | Sub-total Payments: | ($17,037.00) |

**Trust Account**

| | | | |
|---|---|---|---|
| | | Beginning Balance in Trust: | $0.00 |
| 11/14/2022 | Trust Application | | (17,037.00) |
| 11/14/2022 | Wire Payment for invoice 68272 | | 17,037.00 |
| | | Ending Balance in Trust: | $0.00 |

| | |
|---|---|
| Previous Balance Due: | $17,067.00 |
| Total Payments and Credits Shown on this Invoice: | ($17,037.00) |
| Net Balance Due on Previous Invoice(s): | $30.00 |
| Total Current Billing: | $0.00 |
| **Total Now Due:** | **$30.00** |

**YTD and Inception to Date Billed**

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---|---|---|---|---|---|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 107,660.00 | 73.30 | 107,733.30 | 107,660.00 | 73.30 | 107,733.30 |
| | **Total** | **$107,660.00** | **$73.30** | **$107,733.30** | **$107,660.00** | **$73.30** | **$107,733.30** |

Invoice generated: 11/14/2022 3:21:35 PM

Page 1 of 1

# YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

Invoice Date: 12/12/2022
Invoice Closing Date: 11/30/2022
Billing Invoice No: 68570

Billing Invoice Submitted to:

DVAPPS AB

Re:   Ambitious Productions Inc., vs. DVAPPS AB
      Our Matter ID: 356-001

**Professional Fees for Services Rendered**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/01/2022 | HE | Analysis of materials related to Czech lawsuit and prepare correspondence to client regarding same. | 0.20 | 550.00 | 110.00 |
| 11/03/2022 | HE | Phone conference with local Illinois counsel to prepare for hearing on status conference regarding motion for summary judgment the next day. | 0.30 | 550.00 | 165.00 |
| 11/03/2022 | HE | Analysis of prior pleadings to prepare for hearing on status conference regarding motion for summary judgment pursuant to court orders and call with local counsel. | 1.00 | 550.00 | 550.00 |
| 11/03/2022 | SDS | Review multiple correspondence from P. Sorlin, local Chicago counsel, and Apple. | 1.00 | 650.00 | 650.00 |
| 11/04/2022 | HE | Conference with client and Czech counsel to analyze allegations in Czech lawsuit, status of Czech matter, strategy for resolving all litigation either via US or Czech judgment. | 0.70 | 550.00 | 385.00 |
| 11/04/2022 | HE | Appear for hearing on status conference regarding motion for summary judgment. | 0.40 | 550.00 | 220.00 |
| 11/04/2022 | HE | Analysis of case law related to discovery during pending motion for summary judgment to prepare response to court order and to discovery to be propounded by Plaintiff's counsel. | 1.00 | 550.00 | 550.00 |
| 11/04/2022 | HE | Analysis of correspondence from Plaintiff's counsel regarding settlement discussions, revocation of takedown notice, and further case management to prepare response to same. | 0.30 | 550.00 | 165.00 |
| 11/04/2022 | SDS | Conference with P. Sorlin, H. Elrakabawy and Czech counsel re: case status strategy for case handling/re solution. | 0.80 | 650.00 | 520.00 |
| 11/04/2022 | SDS | Review correspondence from Chicago counsel re: motion for summary judgment discovery. | 0.30 | 650.00 | 195.00 |
| 11/04/2022 | SDS | Review notice of ruling from court on discovery for opposing motion for summary judgment. | 0.20 | 650.00 | 130.00 |
| 11/14/2022 | HE | Analysis of Plaintiffs' Interrogatories to Defendant to prepare proposed objections and responses. | 1.80 | 550.00 | 990.00 |
| 11/14/2022 | HE | Prepare correspondence to the client to relay interrogatory responses and instructions regarding responses. | 0.30 | 550.00 | 165.00 |

# YC YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

Invoice Date: 12/12/2022
Invoice Closing Date: 11/30/2022
Billing Invoice No: 68570

## Professional Fees for Services Rendered

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/14/2022 | SDS | Review Ambitious Productions interrogatories, set one. | 0.50 | 650.00 | 325.00 |
| 11/15/2022 | SDS | Review interrogatories and begin to draft responses. | 1.60 | 650.00 | 1,040.00 |
| 11/16/2022 | HE | Prepare correspondence to client regarding Apple AppStore inquiry open to respond as appropriate. | 0.40 | 550.00 | 220.00 |
| 11/16/2022 | SDS | Review multiple correspondence from Pontus Sorlin re: Apple correspondence, and responding to interrogatories. | 0.30 | 650.00 | 195.00 |
| 11/17/2022 | HE | Prepare correspondence to client regarding Plaintiff's communications with Apple AppStore to prepare response. | 0.20 | 550.00 | 110.00 |
| 11/17/2022 | SDS | Review correspondence from P. Sorlin re: Apple correspondence and response. | 0.10 | 650.00 | 65.00 |
| 11/18/2022 | SDS | Draft and revise responses to interrogatories, set one. | 0.80 | 650.00 | 520.00 |
| 11/18/2022 | SDS | Draft and revise response to Rule 56 inquiry. | 0.70 | 650.00 | 455.00 |
| 11/21/2022 | HE | Further prepare and revise proposed objections and responses to Plaintiffs' First Set of Interrogatories. | 3.80 | 550.00 | 2,090.00 |
| 11/21/2022 | SDS | Revise correspondence from P. Sorlin re: responses to interrogatories. | 0.30 | 650.00 | 195.00 |
| 11/22/2022 | HE | Prepare and revise response to Plaintiffs' requests for production received today and Plaintiff's Rule 56(d) to include all arguments why Plaintiffs are not entitled to confidential proprietary and financial information and to limit scope of discovery pending hearing on motion for summary judgment. . | 3.80 | 550.00 | 2,090.00 |
| 11/22/2022 | SDS | Review requests for the production of documents, set one from plaintiff. | 0.40 | 650.00 | 260.00 |
| 11/22/2022 | SDS | Begin drafting responses to requests for the production of documents. | 1.50 | 650.00 | 975.00 |
| 11/22/2022 | SDS | Review correspondence from plaintiff's counsel re: requests for the production of documents. | 0.20 | 650.00 | 130.00 |
| 11/22/2022 | SDS | Review correspondence from plaintiff's counsel requests for the production of documents. | 0.20 | 650.00 | 130.00 |
| 11/23/2022 | HE | Prepare correspondence to the client regarding verified discovery responses. | 0.20 | 550.00 | 110.00 |
| 11/23/2022 | HE | Further prepare and revise responses to interrogatories and response to Defendants' Rule 56(d) statement and send for filing with the Court. | 0.80 | 550.00 | 440.00 |
| 11/23/2022 | SDS | Review correspondence from P. Sorlin re: responding to discovery. | 0.20 | 650.00 | 130.00 |
| 11/23/2022 | SDS | Revise DVApps responses to special interrogatories. | 1.40 | 650.00 | 910.00 |

**YUKEVICH | CAVANAUGH**

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

Invoice Date: 12/12/2022
Invoice Closing Date: 11/30/2022
Billing Invoice No: 68570

**Professional Fees for Services Rendered**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/24/2022 | HE | Analysis of court's order on Plaintiff's 56(d) statement and proposed discovery limiting amount of discovery to be propounded and/or responded to for the pending motion for summary judgment. | 0.20 | 550.00 | 110.00 |
| 11/24/2022 | HE | Prepare correspondence to client to relay court's order and prepare for deposition and further discovery. | 0.20 | 550.00 | 110.00 |
| 11/28/2022 | HE | Analysis of correspondence from Plaintiff's counsel regarding deposition of Plaintiff to prepare response. | 0.20 | 550.00 | 110.00 |
| 11/28/2022 | HE | Prepare correspondence to Plaintiff's counsel regarding deposition of Plaintiff to relay correspondence from client regarding availability and preferred scheduling. | 0.20 | 550.00 | 110.00 |
| 11/28/2022 | SDS | Review correspondence from P. Sorlin re: deposition of Dennis Vukanovic. | 0.20 | 650.00 | 130.00 |
| 11/28/2022 | SDS | Draft outline for deposition preparation of Dennis Vukonovic. | 2.50 | 650.00 | 1,625.00 |
| 11/28/2022 | SDS | Review correspondence from plaintiff's counsel re: deposition of Dennis Vukonovic. | 0.20 | 650.00 | 130.00 |
| 11/29/2022 | HE | Begin to prepare objections and responses to Plaintiffs' requests for production to DVApps. | 2.80 | 550.00 | 1,540.00 |
| 11/29/2022 | HE | Prepare correspondence with instructions to client regarding collection of responsive documents. | 0.40 | 550.00 | 220.00 |
| | | | | Sub-total Fees: | $19,270.00 |

**Professional Rate Summary**

| | | | | | |
|---|---|---|---|---|---|
| SDS | Steven D. Smelser | Partner | 13.40 hours at $650.00/hr | | 8,710.00 |
| HE | Hassan Elrakabawy | Associate | 19.20 hours at $550.00/hr | | 10,560.00 |
| Total hours: | | Total hours: | 32.60 | | $19,270.00 |

**Costs Advanced**

| | | Units | Price | Amount |
|---|---|---|---|---|
| | In-Firm Color Duplication | 11.00 | 1.00 | 11.00 |
| | | | Sub-total Costs Advanced: | $11.00 |

**Payments and Credits**

| | | |
|---|---|---|
| 11/14/2022 | Trust Application - payment for invoice 68272 in trust | (17,037.00) |
| 11/29/2022 | write off short pay | (30.00) |
| | Sub-total Payments: | ($17,067.00) |

**yc** YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 12/12/2022
Invoice Closing Date: 11/30/2022
Billing Invoice No: 68570

| | |
|---|---:|
| Previous Balance Due: | $17,067.00 |
| Total Payments and Credits Shown on this Invoice: | ($17,067.00) |
| Net Balance Due on Previous Invoice(s): | $0.00 |
| Total Current Billing: | $19,281.00 |
| **Total Now Due:** | **$19,281.00** |

**YTD and Inception to Date Billed**

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---|---|---|---|---|---|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 126,930.00 | 84.30 | 127,014.30 | 126,930.00 | 84.30 | 127,014.30 |
| | **Total** | **$126,930.00** | **$84.30** | **$127,014.30** | **$126,930.00** | **$84.30** | **$127,014.30** |

# YC  YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 12/15/2022
Invoice Closing Date: 11/30/2022
Billing Invoice No: 68651

Billing Invoice Submitted to:

DVAPPS AB

Re:  Ambitious Productions Inc., vs. DVAPPS AB
     Our Matter ID: 356-001

## Payments and Credits

| | | |
|---|---|---|
| 12/15/2022 | Trust Application | (19,251.00) |
| | Sub-total Payments: | ($19,251.00) |

## Trust Account

| | | |
|---|---|---|
| | Beginning Balance in Trust: | $0.00 |
| 12/15/2022 | Trust Application | (19,251.00) |
| 12/15/2022 | Wire payment from DVAAPS | 19,251.00 |
| | Ending Balance in Trust: | $0.00 |

| | |
|---|---|
| Previous Balance Due: | $19,281.00 |
| Total Payments and Credits Shown on this Invoice: | ($19,251.00) |
| Net Balance Due on Previous Invoice(s): | $30.00 |
| Total Current Billing: | $0.00 |
| **Total Now Due:** | **$30.00** |

## YTD and Inception to Date Billed

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---|---|---|---|---|---|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 126,930.00 | 84.30 | 127,014.30 | 126,930.00 | 84.30 | 127,014.30 |
| | **Total** | **$126,930.00** | **$84.30** | **$127,014.30** | **$126,930.00** | **$84.30** | **$127,014.30** |

Invoice generated: 12/16/2022 1:33:35 PM

# YUKEVICH | CAVANAUGH

Billing Department
kbiskupic@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Invoice Date: 1/11/2023
Invoice Closing Date: 12/31/2022
Billing Invoice No: 68754

Billing Invoice Submitted to:

DVAPPS AB

Re:   Ambitious Productions Inc., vs. DVAPPS AB
      Our Matter ID: 356-001

| **Professional Fees for Services Rendered** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/01/2022 | HE | Prepare correspondence regarding objections to Plaintiff's First Set of Discovery and Response to 56(d). | 0.30 | 550.00 | 165.00 |
| 12/01/2022 | HE | Research regarding confidentiality protections for early version of works to prepare proposed protective order. | 0.80 | 550.00 | 440.00 |
| 12/01/2022 | SDS | Review correspondence from P. Sorlin re: documents potentially responsive to requests for documents. | 0.30 | 650.00 | 195.00 |
| 12/02/2022 | HE | Prepare proposed protective order based on Judge Kennelly local rules and Northern District of Illinois and based on specific facts and anticipated discovery. | 1.20 | 550.00 | 660.00 |
| 12/03/2022 | SDS | Revise proposed protective order. | 0.40 | 650.00 | 260.00 |
| 12/05/2022 | HE | Further prepare and revise proposed protective order to be sent to Plaintiff's counsel and entered prior to production of any documents and correspondence to Illinois counsel regarding same. | 0.40 | 550.00 | 220.00 |
| 12/06/2022 | HE | Prepare proposed correspondence to Plaintiff's counsel to meet and confer regarding discovery. | 0.40 | 550.00 | 220.00 |
| 12/07/2022 | HE | Analysis of meet and confer correspondence to Plainiff's counsel regarding Vukanovic deposition and document production. | 0.40 | 550.00 | 220.00 |
| 12/07/2022 | HE | Analysis of correspondence from Apple regarding dispute submitted to keep game versions on AppStore. | 0.20 | 550.00 | 110.00 |
| 12/07/2022 | SDS | Review correspondence from Mark Borsos re: Vukanovic deposition. | 0.20 | 650.00 | 130.00 |
| 12/12/2022 | HE | Prepare DVApps' responses to requests for production and analysis of documents received from client to prepare production. | 5.20 | 550.00 | 2,860.00 |
| 12/12/2022 | HE | Analysis of documents filed in Czech Republic infringement action to prepare further pleadings and discovery in US action. | 0.80 | 550.00 | 440.00 |
| 12/12/2022 | SDS | Review correspondence P. Sorlin re: responses to Czech filing in October. | 0.30 | 650.00 | 195.00 |
| 12/12/2022 | SDS | Review responsive documents and draft responses. | 0.70 | 650.00 | 455.00 |

**YC** YUKEVICH | CAVANAUGH

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Invoice Date: 1/11/2023
Invoice Closing Date: 12/31/2022
Billing Invoice No: 68754

### Professional Fees for Services Rendered

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/13/2022 | HE | Analysis of additional documents produced from client based on Plaintiff's document production and issues raised on motion for summary judgment. . | 1.60 | 550.00 | 880.00 |
| 12/14/2022 | HE | Further prepare and reply objections and responses to discovery and prepare document production and prepare for deposition preparation call. | 4.80 | 550.00 | 2,640.00 |
| 12/14/2022 | SDS | Draft deposition preparation outline for client. | 1.20 | 650.00 | 780.00 |
| 12/15/2022 | HE | Zoom videoconfrence with client to prepare for deposition of DVapps person most knowledgeable and Mr. Vukanovic. | 2.60 | 550.00 | 1,430.00 |
| 12/15/2022 | HE | Analysis regarding anticipated questioning and prepare summary of jury instructions and summary judgment elements to be shown. | 1.80 | 550.00 | 990.00 |
| 12/15/2022 | HE | Prepare and analyze correspondence from Plaintiff's counsel and local defense counsel regarding conduct of Vukanovic deposition. | 0.40 | 550.00 | 220.00 |
| 12/15/2022 | SDS | Prepare for conference with P. Sorlin and D. Vukanovic and C. Norling. | 0.50 | 650.00 | 325.00 |
| 12/15/2022 | SDS | Prepare for conference with P. Sorlin and D. Vukanovic and C. Norling re: deposition preparation. | 2.00 | 650.00 | 1,300.00 |
| 12/18/2022 | SDS | Review correspondence from Pontus Sorlin and images from game. | 0.60 | 650.00 | 390.00 |
| 12/19/2022 | HE | Further prepare and revise objections and responses to Plaintiff's requests for production and further prepare production. | 1.80 | 550.00 | 990.00 |
| 12/19/2022 | HE | Prepare correspondence to client regarding additional documents produced to instruct further regarding proposed response and document production. | 0.20 | 550.00 | 110.00 |
| 12/20/2022 | HE | Meet and confer with Plaintiff's counsel regarding entry of protective order. | 0.20 | 550.00 | 110.00 |
| 12/20/2022 | SDS | Review correspondence from plaintiff's counsel re: proposed protective order. | 0.20 | 650.00 | 130.00 |
| 12/21/2022 | SDS | Revise outline for person most qualified depo. | 1.50 | 650.00 | 975.00 |
| 12/26/2022 | SDS | Draft questions for deposition preparation. | 1.20 | 650.00 | 780.00 |
| 12/28/2022 | CJM | Prepare responsive documents for DVAPPS first document prodcution. | 1.40 | 250.00 | 350.00 |
| 12/28/2022 | HE | Further prepare and revise resposnes to requests for production and prepare additional documents for production. | 1.80 | 550.00 | 990.00 |
| 12/28/2022 | SDS | Review case material and prepare outline for deposition preparation. | 0.60 | 650.00 | 390.00 |
| 12/29/2022 | SDS | Prepare for and attend conference with Dennis Vukanovic., P. Sorlin, M. Borsos and H. Elrakabawy for deposition preparation. | 0.50 | 650.00 | 325.00 |

# yc YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

Invoice Date: 1/11/2023
Invoice Closing Date: 12/31/2022
Billing Invoice No: 68754

| **Professional Fees for Services Rendered** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/30/2022 | HE | Attend zoom teleconference to preapre for deposition of DVapps' Person Most Knowledgeable. | 2.30 | 550.00 | 1,265.00 |
| 12/30/2022 | SDS | Attend conference with Dennis Vukanovic., P. Sorlin, M. Borsos and H. Elrakabawy for deposition preparation. | 2.30 | 650.00 | 1,495.00 |
| | | | | Sub-total Fees: | $23,435.00 |

## Professional Rate Summary

| | | | | | |
|---|---|---|---|---|---|
| SDS | Steven D. Smelser | Partner | 12.50 hours at $650.00/hr | | 8,125.00 |
| HE | Hassan Elrakabawy | Associate | 27.20 hours at $550.00/hr | | 14,960.00 |
| CJM | Chris J. McNeese | Paralegal | 1.40 hours at $250.00/hr | | 350.00 |
| Total hours: | | Total hours: | 41.10 | | $23,435.00 |

| **Costs Advanced** | | Units | Price | Amount |
|---|---|---|---|---|
| | In-Firm Color Duplication | 40.00 | 1.00 | 40.00 |
| | In-Firm Duplication | 2.00 | 0.15 | 0.30 |
| | Sub-total Costs Advanced: | | | $40.30 |

| **Payments and Credits** | | | Amount |
|---|---|---|---|
| 12/15/2022 | Trust Application | | (19,251.00) |
| 12/16/2022 | Write-Off Short Pay | | (30.00) |
| | Sub-total Payments: | | ($19,281.00) |

| | |
|---|---|
| Previous Balance Due: | $19,281.00 |
| Total Payments and Credits Shown on this Invoice: | ($19,281.00) |
| Net Balance Due on Previous Invoice(s): | $0.00 |
| Total Current Billing: | $23,475.30 |
| **Total Now Due:** | **$23,475.30** |

## YTD and Inception to Date Billed

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---|---|---|---|---|---|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 23,435.00 | 40.30 | 23,475.30 | 150,365.00 | 124.60 | 150,489.60 |
| | **Total** | **$23,435.00** | **$40.30** | **$23,475.30** | **$150,365.00** | **$124.60** | **$150,489.60** |

**yc** YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
kbiskupic@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 1/18/2023
Invoice Closing Date: 12/31/2022
Billing Invoice No: 68865

Billing Invoice Submitted to:

DVAPPS AB

Re:  Ambitious Productions Inc., vs. DVAPPS AB
    Our Matter ID: 356-001

**Payments and Credits**

| | | |
|---|---|---:|
| 01/18/2023 | Trust Application | (23,445.30) |
| | Sub-total Payments: | ($23,445.30) |

**Trust Account**

| | | | |
|---|---|---|---:|
| | | Beginning Balance in Trust: | $0.00 |
| 01/17/2023 | Wire payment for invoice 68754 | | 23,445.30 |
| 01/18/2023 | Trust Application | | (23,445.30) |
| | | Ending Balance in Trust: | $0.00 |

| | |
|---|---:|
| Previous Balance Due: | $23,475.30 |
| Total Payments and Credits Shown on this Invoice: | ($23,445.30) |
| Net Balance Due on Previous Invoice(s): | $30.00 |
| Total Current Billing: | $0.00 |
| **Total Now Due:** | **$30.00** |

**YTD and Inception to Date Billed**

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---:|---:|---:|---:|---:|---:|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 23,435.00 | 40.30 | 23,475.30 | 150,365.00 | 124.60 | 150,489.60 |

# YC  YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
lkotrba@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 2/10/2023
Invoice Closing Date: 01/31/2023
Billing Invoice No: 68958

Billing Invoice Submitted to:

DVAPPS AB

Re:  Ambitious Productions Inc., vs. DVAPPS AB
     Our Matter ID: 356-001

**Professional Fees for Services Rendered**

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/02/2023 | HE | Analysis of court ruling on DVapps AB Agreed Motion for Protective Order to prepare further discovery responses. | 0.20 | 550.00 | 110.00 |
| 01/04/2023 | HE | Analysis of prior pleadings and discovery and analysis of most recent case law regarding sufficient evidence of creation to prepare for deposition of Dennis Vukanovic and to prepare further discovery and pleadings. | 5.20 | 550.00 | 2,860.00 |
| 01/06/2023 | HE | Analysis of additional grounds for enforcing judgment in Illinois action in Czeck action based on threatened action with Apple AppStore and based on further meet and confer with Plaintiff's counsel, prepare briefing regarding same. | 3.80 | 550.00 | 2,090.00 |
| 01/09/2023 | SDS | Review correspondence from defense counsel re: deposition necessity. | 0.10 | 650.00 | 65.00 |
| 01/09/2023 | SDS | Review correspondence from plaintiff's counsel re: deposition necessity. | 0.10 | 650.00 | 65.00 |
| 01/09/2023 | HE | Analysis of correspondence from Plaintiff's counsel regarding deposition of DVapps "person most qualified" to determine further discovery and motion practice. | 0.20 | 550.00 | 110.00 |
| 01/16/2023 | SDS | Review correspondence from Chicago counsel re: status conference with court. | 0.20 | 650.00 | 130.00 |
| 01/17/2023 | SDS | Review order from court re: case status and deposition of Dennis Vukanovic. | 0.10 | 650.00 | 65.00 |
| 01/17/2023 | SDS | Review correspondence from Apple re: claim status. | 0.10 | 650.00 | 65.00 |
| 01/17/2023 | HE | Prepare for and attend hearing on status of deposition of Dennis Vukanovich and further breifing on motion for summary judgment. | 1.20 | 550.00 | 660.00 |
| 01/17/2023 | HE | Prepare correspondence to client to relay results of hearing and prepare further motion practice. | 0.20 | 550.00 | 110.00 |
| 01/18/2023 | HE | Prepare correspondence to Apple regarding status of dispute resolution. | 0.20 | 550.00 | 110.00 |
| 01/18/2023 | SDS | Review multiple correspondence from P. Sorlin re: response to Apple. | 0.10 | 650.00 | 65.00 |
| 01/25/2023 | SDS | Review correspondence from Apple counsel. | 0.10 | 650.00 | 65.00 |
| 01/28/2023 | SDS | Review correspondence from P. Sorlin re: case status. | 0.10 | 650.00 | 65.00 |

**YUKEVICH | CAVANAUGH**

Billing Department
lkotrba@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Invoice Date: 2/10/2023
Invoice Closing Date: 01/31/2023
Billing Invoice No: 68958

**Professional Fees for Services Rendered**

| | Hours | Rate | Amount |
|---|---|---|---|
| Sub-total Fees: | | | $6,635.00 |

**Professional Rate Summary**

| | | | Hours | Amount |
|---|---|---|---|---|
| SDS | Steven D. Smelser | Partner | 0.90 hours at $650.00/hr | 585.00 |
| HE | Hassan Elrakabawy | Associate | 11.00 hours at $550.00/hr | 6,050.00 |
| Total hours: | Total hours: | | 11.90 | $6,635.00 |

**Payments and Credits**

| | | |
|---|---|---|
| 01/18/2023 | Trust Application | (23,445.30) |
| | Sub-total Payments: | ($23,445.30) |

| | |
|---|---|
| Previous Balance Due: | $23,475.30 |
| Total Payments and Credits Shown on this Invoice: | ($23,445.30) |
| Net Balance Due on Previous Invoice(s): | $30.00 |
| Total Current Billing: | $6,635.00 |
| **Total Now Due:** | **$6,665.00** |

**YTD and Inception to Date Billed**

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---|---|---|---|---|---|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 30,070.00 | 40.30 | 30,110.30 | 157,000.00 | 124.60 | 157,124.60 |
| | **Total** | **$30,070.00** | **$40.30** | **$30,110.30** | **$157,000.00** | **$124.60** | **$157,124.60** |

# YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
lkotrba@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 3/31/2023
Invoice Closing Date: 02/28/2023
Billing Invoice No: 69321

Billing Invoice Submitted to:

DVAPPS AB

Re:  Ambitious Productions Inc., vs. DVAPPS AB
     Our Matter ID: 356-001

| **Professional Fees for Services Rendered** | | | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| 02/17/2023 | HE | Analysis of Plaintiff's Opposition to Motion for Summary Judgment and Supporting Documents to prepare reply and opposition. | 4.80 | 550.00 | 2,640.00 |
| 02/20/2023 | SDS | Draft reply in support of motion for summary judgment. | 1.50 | 650.00 | 975.00 |
| 02/20/2023 | SDS | Review plaintiff's opposition documents to motion for summary judgment. | 1.60 | 650.00 | 1,040.00 |
| 02/20/2023 | SDS | Review correspondence from M. Borsos re: plaintiff's opposition. | 0.30 | 650.00 | 195.00 |
| 02/21/2023 | SDS | Review Tomas Popovic's declaration in support of opposition to motion for summary judgment. | 1.30 | 650.00 | 845.00 |
| 02/22/2023 | SDS | Draft and revise reply in support of motion for summary judgment. | 1.20 | 650.00 | 780.00 |
| 02/24/2023 | HE | Further prepare and revise reply to Plaintiff's Opposition to motion for summary judgment. | 4.80 | 550.00 | 2,640.00 |
| 02/27/2023 | SDS | Revise reply in support of motion for summary judgment. | 1.30 | 650.00 | 845.00 |
| | | Sub-total Fees: | | | $9,960.00 |

## Professional Rate Summary

| | | | | | |
|---|---|---|---|---|---|
| SDS | Steven D. Smelser | Partner | 7.20 hours at $650.00/hr | | 4,680.00 |
| HE | Hassan Elrakabawy | Associate | 9.60 hours at $550.00/hr | | 5,280.00 |
| Total hours: | | Total hours: | 16.80 | | $9,960.00 |

| **Costs Advanced** | | **Units** | **Price** | **Amount** |
|---|---|---|---|---|
| 01/04/2023 | Charges advanced to Pacer Service Center - Usage From: 10/1/22 - 12/31/22 #4773059-Q42022. | 1.00 | 53.80 | 53.80 |
| | Sub-total Costs Advanced: | | | 53.80 |

| **Payments and Credits** | | | |
|---|---|---|---|
| 02/21/2023 | Payment from DVAPPS | | (6,635.00) |
| | Sub-total Payments: | | ($6,635.00) |

# yc YUKEVICH | CAVANAUGH

Billing Department
lkotrba@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Invoice Date: 3/31/2023
Invoice Closing Date: 02/28/2023
Billing Invoice No: 69321

| | |
|---|---:|
| Previous Balance Due: | $6,665.00 |
| Total Payments and Credits Shown on this Invoice: | ($6,635.00) |
| Net Balance Due on Previous Invoice(s): | $30.00 |
| Total Current Billing: | $10,013.80 |
| **Total Now Due:** | **$10,043.80** |

## YTD and Inception to Date Billed

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---:|---:|---:|---:|---:|---:|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 40,030.00 | 94.10 | 40,124.10 | 166,960.00 | 178.40 | 167,138.40 |
| | **Total** | **$40,030.00** | **$94.10** | **$40,124.10** | **$166,960.00** | **$178.40** | **$167,138.40** |

Invoice generated: 3/31/2023 11:47:18 AM

**Gloria Dillard**

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **Sent:** | Thursday, March 2, 2023 4:25 PM |
| **To:** | Gloria Dillard |
| **Subject:** | PACER Payment Confirmation |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Your payment has been successfully processed.  The details are below.

Account Number: 4773059
Amount: $115.40
Tracking Id: 4773059.230302ESD4
Approval Code: 011761
Masked Number: ************4110
Date/Time: 03/02/2023 07:25:13 ET

NOTE: Please do not reply to this message.  This is an automated message sent from an unmonitored mailbox. If you have questions or comments, please email them to pacer@psc.uscourts.gov or call the PACER Service Center at (800) 676-6856 between 8 AM and 6 PM CT Monday through Friday.

PACER BILLING HISTORY - Hassan Elrakabawy

| Date | Court | Client Code | # Pages | Cost | Matter Total |
|---|---|---|---|---|---|
| 11/30/2022 | PAMDC | 277-009 | 74 | 7.4 | |
| 12/3/2022 | PAMDC | 277-009 | 57 | 5.7 | |
| 12/15/2022 | PAMDC | 277-009 | 30 | 3 | |
| 12/16/2022 | PAMDC | 277-009 | 109 | 10.9 | 27 |
| 10/4/2022 | CACDC | 355-002 | 2 | 0.2 | |
| 10/11/2022 | CACDC | 355-002 | 26 | 2.6 | |
| 10/14/2022 | CACDC | 355-002 | 25 | 2.5 | |
| 10/17/2022 | CACDC | 355-002 | 5 | 0.5 | |
| 10/25/2022 | CACDC | 355-002 | 33 | 3.3 | |
| 10/27/2022 | CACDC | 355-002 | 33 | 3.3 | |
| 11/7/2022 | CACDC | 355-002 | 11 | 1.1 | |
| 11/9/2022 | CACDC | 355-002 | 14 | 1.4 | |
| 11/16/2022 | CACDC | 355-002 | 11 | 1.1 | |
| 11/20/2022 | CACDC | 355-002 | 34 | 3.4 | |
| 12/2/2022 | CACDC | 355-002 | 43 | 4.3 | |
| 12/5/2022 | CACDC | 355-002 | 12 | 1.2 | |
| 12/10/2022 | CACDC | 355-002 | 30 | 3 | |
| 12/19/2022 | CACDC | 355-002 | 27 | 2.7 | |
| 12/20/2022 | CACDC | 355-002 | 2 | 0.2 | |
| 12/23/2022 | CACDC | 355-002 | 12 | 1.2 | |
| 12/27/2022 | CACDC | 355-002 | 26 | 2.6 | 34.6 |
| 10/1/2022 | ILNDC | 356-001 | 196 | 19.6 | |
| 10/7/2022 | ILNDC | 356-001 | 20 | 2 | |
| 10/8/2022 | ILNDC | 356-001 | 11 | 1.1 | |
| 10/19/2022 | ILNDC | 356-001 | 23 | 2.3 | |
| 10/26/2022 | ILNDC | 356-001 | 186 | 18.6 | |
| 11/3/2022 | ILNDC | 356-001 | 4 | 0.4 | |
| 11/4/2022 | ILNDC | 356-001 | 4 | 0.4 | |
| 11/14/2022 | ILNDC | 356-001 | 5 | 0.5 | |
| 11/20/2022 | ILNDC | 356-001 | 18 | 1.8 | |
| 11/23/2022 | ILNDC | 356-001 | 4 | 0.4 | |
| 11/26/2022 | ILNDC | 356-001 | 20 | 2 | |
| 12/30/2022 | ILNDC | 356-001 | 47 | 4.7 | 53.8 |
| | | | | | |
| TOTAL | | | | 115.4 | |

*Helra Kahawy 248146*
*Mona, mona24*

# PACER

Public Access to Court Electronic Records

*Invoice*

Invoice Date: 01/04/2023
Usage From: 10/01/2022    to: 12/31/2022

( Account Summary )

| | |
|---|---|
| **Pages:** | 1,154 |
| Rate: | $0.10 |
| Subtotal: | $115.40 |
| **Audio Files:** | 0 |
| Rate: | $2.40 |
| Subtotal: | $0.00 |
| **Current Billed Usage:** | $115.40 |
| **Previous Balance:** | $0.00 |
| Current Balance: | **$115.40** |

| | |
|---|---|
| **Account #:** | 4773059 |
| **Invoice #:** | 4773059-Q42022 |
| **Due Date:** | 02/10/2023 |
| **Amount Due:** | $115.40 |

### Contact Us

San Antonio: (210) 301-6440
Toll Free: (800) 676-6856
Hours: 8 am - 6 pm CT M-F
pacer@psc.uscourts.gov

**Total Amount Due:**  $115.40

See pacer.uscourts.gov/billing for instructions on disputing charges, FAQs about the billing process, and more.

To view detailed billing transactions, visit the Manage My Account section of the PACER Service Center website at pacer.uscourts.gov.

The PACER Federal Tax ID is: 74-2747938

### NextGen CM/ECF: Helpful Hints and Resources

All courts have converted to the next generation case management/electronic case files (NextGen CM/ECF) system. Use these tips to ensure it you smoothly transition.

* If you have a PACER account, make sure it is upgraded. Log in to Manage Your Account at pacer.uscourts.gov.
* If you do not have a PACER account, use this link to create one: pacer.uscourts.gov/register-account.
* Remember to link your e-filing account to your PACER account.
   * For an overview on linking, visit: pacer.uscourts.gov/file-case/get-ready-nextgen-cmecf.
   * For instructions on linking accounts, visit: pacer.uscourts.gov/help/cmecf.

Questions about the statement?
Visit pacer.uscourts.gov/billing.

---

*Please detach the coupon below and return with your payment.* **Thank you!**

# PACER

Public Access to Court Electronic Records



| Account # | Due Date | Amount Due |
|---|---|---|
| 4773059 | 02/10/2023 | $115.40 |

Do not send cash. Make checks or money orders drawn on a U.S. Bank in U.S. dollars payable to: PACER Service Center. Include your account ID on the check or money order.

*Visit pacer.uscourts.gov for address changes.*

Yukevich Cavanaugh
Hassan Elrakabawy
355 South Grand Ave.
15th Floor
Los Angeles, CA 90071

U.S. Courts: PACER
P.O. Box 5208
Portland, OR 97208-5208

# YUKEVICH | CAVANAUGH

Billing Department
lkotrba@yukelaw.com
TEL 213.362.7777
FEIN 95-4510827

355 South Grand Ave., 15th Floor
Los Angeles, CA 90071-3180
www.yukelaw.com

Invoice Date: 4/11/2023
Invoice Closing Date: 03/31/2023
Billing Invoice No: 69431

Billing Invoice Submitted to:

DVAPPS AB

Re: Ambitious Productions Inc., vs. DVAPPS AB
    Our Matter ID: 356-001

## Professional Fees for Services Rendered

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/01/2023 | HE | Analysis of response from client regarding opposition papers and prepare reply in support of motion for summary judgment. . | 0.40 | 550.00 | 220.00 |
| 03/01/2023 | SDS | Review correspondence from M. Borsos re: plaintiff's rule 26 disclosure. | 0.30 | 650.00 | 195.00 |
| 03/02/2023 | HE | Prepare correspondence to client regarding prior production and status of pleadings. | 0.20 | 550.00 | 110.00 |
| 03/06/2023 | HE | Further prepare and revise reply, objections, and other supporting documents. | 3.80 | 550.00 | 2,090.00 |
| 03/06/2023 | SDS | Review correspondence from P. Sorlin re: exhibits to opposition. | 0.20 | 650.00 | 130.00 |
| 03/07/2023 | SDS | Revise reply in support of motion for summary judgment. | 1.80 | 650.00 | 1,170.00 |
| 03/09/2023 | HE | Further prepare and revise reply in support of motion for summary judgment. | 2.20 | 550.00 | 1,210.00 |
| 03/09/2023 | SDS | Review and revise response to plaintiff's submission of unconditional facts. | 0.40 | 650.00 | 260.00 |
| 03/10/2023 | SDS | Revise and finalize reply documents. | 0.80 | 650.00 | 520.00 |
| 03/10/2023 | HE | Further prepare and revise documents for filing with the court. | 0.60 | 550.00 | 330.00 |
| | | | | Sub-total Fees: | $6,235.00 |

## Professional Rate Summary

| | | | | | |
|---|---|---|---|---|---|
| SDS | Steven D. Smelser | Partner | 3.50 hours at $650.00/hr | | 2,275.00 |
| HE | Hassan Elrakabawy | Associate | 7.20 hours at $550.00/hr | | 3,960.00 |
| Total hours: | | Total hours: | 10.70 | | $6,235.00 |

## Payments and Credits

| | | |
|---|---|---|
| 04/06/2023 | Payment from DVAPPS | (10,013.80) |
| | Sub-total Payments: | ($10,013.80) |

**yc** YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
lkotrba@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 4/11/2023
Invoice Closing Date: 03/31/2023
Billing Invoice No: 69431

| | |
|---|---:|
| Previous Balance Due: | $10,043.80 |
| Total Payments and Credits Shown on this Invoice: | ($10,013.80) |
| Net Balance Due on Previous Invoice(s): | $30.00 |
| Total Current Billing: | $6,235.00 |
| **Total Now Due:** | **$6,265.00** |

**YTD and Inception to Date Billed**

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---:|---:|---:|---:|---:|---:|
| 356-001 | Ambitious Productions Inc., vs. DVAPPS AB | 46,265.00 | 94.10 | 46,359.10 | 173,195.00 | 178.40 | 173,373.40 |
| | **Total** | **$46,265.00** | **$94.10** | **$46,359.10** | **$173,195.00** | **$178.40** | **$173,373.40** |

# YC YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
lkotrba@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 5/8/2023
Invoice Closing Date: 04/30/2023
Billing Invoice No: 69757

Billing Invoice Submitted to:

DVAPPS AB

Re:  Ambitious Productions Inc. v. DVAPPS AB
Our Matter ID: 356-001

**Professional Fees for Services Rendered**

| | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/20/2023 | HE | Analysis of docket to confirm status of pleadings and correspondence with client regarding same. | 0.20 | 550.00 | 110.00 |
| | | | | Sub-total Fees: | $110.00 |

**Professional Rate Summary**

| | | | | | |
|---|---|---|---|---|---|
| HE | Hassan Elrakabawy | Associate | 0.20 hours at $550.00/hr | | 110.00 |
| Total hours: | | Total hours: | 0.20 | | $110.00 |

**Payments and Credits**

| | | |
|---|---|---|
| 04/19/2023 | Payment from DVAPPS | (6,235.00) |
| 04/28/2023 | write off short pay | (30.00) |
| | Sub-total Payments: | ($6,265.00) |

| | |
|---|---|
| Previous Balance Due: | $6,265.00 |
| Total Payments and Credits Shown on this Invoice: | ($6,265.00) |
| Net Balance Due on Previous Invoice(s): | $0.00 |
| Total Current Billing: | $110.00 |
| **Total Now Due:** | **$110.00** |

**YTD and Inception to Date Billed**

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---|---|---|---|---|---|
| 356-001 | Ambitious Productions Inc. v. DVAPPS AB | 46,375.00 | 94.10 | 46,469.10 | 173,305.00 | 178.40 | 173,483.40 |
| | **Total** | **$46,375.00** | **$94.10** | **$46,469.10** | **$173,305.00** | **$178.40** | **$173,483.40** |

Invoice generated: 5/8/2023 5:32:28 PM

Page 1 of 1

# YC  YUKEVICH | CAVANAUGH

Billing Department
lkotrba@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Invoice Date: 6/16/2023
Invoice Closing Date: 05/31/2023
Billing Invoice No: 70015

Billing Invoice Submitted to:

DVAPPS AB

Re:  Ambitious Productions Inc. v. DVAPPS AB
      Our Matter ID: 356-001

| **Professional Fees for Services Rendered** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/01/2023 | HE | Analysis of new case law relating to copyright to determine if additional authority available to submit to court, summarize new copyright case from seventh circuit for proposed submission to court. | 0.50 | 550.00 | 275.00 |
| 05/03/2023 | HE | Prepare correspondence to local counsel regarding recent case law and local rules to determine further handling. | 0.40 | 550.00 | 220.00 |
| 05/03/2023 | SDS | Review correspondence from Mark Borsos re: potential supplemental brief. | 0.30 | 650.00 | 195.00 |
| 05/05/2023 | HE | Analysis of new complaint submitted by Ambitious to Apple regarding Granny 2, research available options, and prepare response to Apple. | 1.20 | 550.00 | 660.00 |
| 05/05/2023 | SDS | Review correspondence from P. Sorlin re: Apple complaint. | 0.20 | 650.00 | 130.00 |
| 05/08/2023 | HE | Analysis of audit reqeust letter and client coresspondence and prepare response regarding same. | 0.40 | 550.00 | 220.00 |
| 05/08/2023 | SDS | Review correspondence from P. Sorlin re: case status evaluation. | 0.40 | 650.00 | 260.00 |
| 05/08/2023 | SDS | Draft response to auditor. | 0.30 | 650.00 | 195.00 |
| 05/10/2023 | HE | Further prepare and revise response to audit letter pursuant to latest guidelines relevant to international audit standards as requested by client. | 1.20 | 550.00 | 660.00 |
| 05/25/2023 | HE | Analysis of correspondence from Apple to determine status of AppStore review and prepare further response as necessary. | 0.20 | 550.00 | 110.00 |
| 05/29/2023 | SDS | Review correspondence from Pontus Sorlin re: YouTube complaints. | 0.20 | 650.00 | 130.00 |
| 05/30/2023 | HE | Analysis or recent YouTube strke to prepare initial analysis regarding potential motion for preliminary injunction and other options in light of Plaintiff's repeated copyright strike attempts. | 0.40 | 550.00 | 220.00 |
| 05/31/2023 | SDS | Review correspondence from and draft correspondence to Mark Borsos re: options to deal with YouTube complaints being filed. | 0.20 | 650.00 | 130.00 |
| | | | | Sub-total Fees: | $3,405.00 |

Invoice generated: 6/16/2023 12:16:52 PM

# YC YUKEVICH | CAVANAUGH

355 South Grand Ave., 15th Floor
Los Angeles, CA  90071-3180
www.yukelaw.com

Billing Department
lkotrba@yukelaw.com
TEL  213.362.7777
FEIN 95-4510827

Invoice Date: 6/16/2023
Invoice Closing Date: 05/31/2023
Billing Invoice No: 70015

## Professional Rate Summary

| | | | | |
|---|---|---|---|---|
| SDS | Steven D. Smelser | Partner | 1.60 hours at $650.00/hr | 1,040.00 |
| HE | Hassan Elrakabawy | Partner | 4.30 hours at $550.00/hr | 2,365.00 |
| Total hours: | | Total hours: | 5.90 | $3,405.00 |

## Payments and Credits

| | | |
|---|---|---|
| 05/22/2023 | Payment from DVAPPS | (110.00) |
| | Sub-total Payments: | ($110.00) |

| | |
|---|---|
| Previous Balance Due: | $110.00 |
| Total Payments and Credits Shown on this Invoice: | ($110.00) |
| Net Balance Due on Previous Invoice(s): | $0.00 |
| Total Current Billing: | $3,405.00 |
| **Total Now Due:** | **$3,405.00** |

## YTD and Inception to Date Billed

| Matter ID | Matter Short Desc | YTD Billed Fees | YTD Billed Costs | YTD Billed Total | Inception to Date Billed Fees | Inception to Date Billed Costs | Inception to Date Billed Total |
|---|---|---|---|---|---|---|---|
| 356-001 | Ambitious Productions Inc. v. DVAPPS AB | 49,780.00 | 94.10 | 49,874.10 | 176,710.00 | 178.40 | 176,888.40 |
| | **Total** | **$49,780.00** | **$94.10** | **$49,874.10** | **$176,710.00** | **$178.40** | **$176,888.40** |

# FITCH EVEN



Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

July 20, 2022
Invoice    878024

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending: June 30, 2022.

**Client: 21573  DV APPS AB - Copyright Infringement**

| Matter # | Matter Description | Fees | Costs | Discount | Total |
|---|---|---|---|---|---|
| 155234 | Ambitious v. DVAPPS | 12,026.50 | .00 | -3,026.50 | 9,000.00 |
| **Total** | | **12,026.50** | **.00** | **-3,026.50** | **9,000.00** |

**TOTAL THIS INVOICE**                                    **$ 9,000.00**

FITCH EVEN

DV APPS AB - Copyright Infringement
Client.Matter:  21573 - 155234

July 20, 2022
Invoice #:   878024

**RE:  Ambitious v. DVAPPS**
      **Litigation Copyright**

**PROFESSIONAL SERVICES**

United States of America

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/01/22 | LC | Organized and indexed pleadings; updated calendar | .75 | 150.00 |
| 6/14/22 | JTN | Consideration of materials and discussion with local counsel and MAB review and work on documents for Motion to Dismiss and confirm response due date. | 1.50 | 825.00 |
| 6/15/22 | MAB | Preparation of motion to dismiss and related papers. | 2.50 | 1,287.50 |
| 6/16/22 | JTN | Consideration of materials and discussion with MAB regarding the Motion to Dismiss and various other related matters. | 1.00 | 550.00 |
| 6/16/22 | MAB | Preparation of motion to dismiss and related papers. | 2.50 | 1,287.50 |
| 6/16/22 | TMW | Reviewed Court procedures for submission of video exhibits; communicated with M. Borsos and team re same. | .75 | 187.50 |
| 6/17/22 | MAB | Preparation of motion to dismiss and related papers. | 5.60 | 2,884.00 |
| 6/17/22 | EA | Prepare exhibits of videos. | .70 | 175.00 |
| 6/20/22 | MAB | Preparation of motion to dismiss and related papers. | 2.30 | 1,184.50 |
| 6/21/22 | JTN | Consideration of materials and discussion with MAB and work on Attorney Appearances in US DC of the Northern District of Illinois for Ambitious Productions, Inc. v. DVAPPS, AB and filing Motion to Dismiss. | 1.50 | 825.00 |
| 6/21/22 | MAB | Finalizing and filing motion to dismiss and related papers. | 4.70 | 2,420.50 |
| 6/21/22 | EA | Finalize and file Motion to Dismiss and brief in support of. | 1.00 | 250.00 |

TOTAL PROFESSIONAL SERVICES      $ 12,026.50

Less Discount      $ -3,026.50

NET PROFESSIONAL SERVICES      $ 9,000.00

**TOTAL THIS MATTER (U.S. Dollars)**      **$ 9,000.00**

**TOTAL THIS INVOICE (U.S. Dollars)**      **$ 9,000.00**

# FITCH EVEN



Fitch Even Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

July 20, 2022
Invoice #:   878024

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## REMITTANCE ADVICE

**Client: 21573**

**RE:   DV APPS AB - Copyright Infringement**

---

| **BALANCE DUE THIS INVOICE** | **$ 9,000.00** |

---

To ensure proper credit to your account, please return this advice with payment to the address above.

or

When sending payments via wire or ACH transfer, please send an email to accounts@fitcheven.com with the wire details and include the invoice numbers being paid.

**<u>Wire Transfer Instructions:</u>**
PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA  15222

***Bank Routing Number:***
PNCCUS33 (Swift Code)
071921891 (ACH)
041000124 (Wire)

***For credit to Account Number:***
4628454284

***For the benefit of:***
Fitch Even Tabin & Flannery, LLP

**<u>To pay via Credit Card visit:</u>**
invoices.fitcheven.com

# FITCH EVEN



Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

August 15, 2022
Invoice    879837

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending: July 31, 2022.

**Client: 21573  DV APPS AB - Copyright Infringement**

| Matter # | Matter Description | Fees | Costs | Total |
|---------:|--------------------|-----:|------:|------:|
| 155234 | Ambitious v. DVAPPS | 955.00 | 17.61 | 972.61 |
| **Total** | | **955.00** | **17.61** | **972.61** |

**TOTAL THIS INVOICE**                                      **$ 972.61**

FITCH EVEN

DV APPS AB - Copyright Infringement
Client.Matter:  21573 - 155234

August 15, 2022
Invoice #:   879837

**RE:  Ambitious v. DVAPPS**
      **Litigation Copyright**

**PROFESSIONAL SERVICES**

United States of America

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/08/22 | MAB | Preparation for upcoming status hearing; phone conference with Steve Smelser. | .50 | 257.50 |
| 7/11/22 | JTN | Consideration of materials and discussion with MAB regarding defense position and arguments. | .80 | 440.00 |
| 7/22/22 | MAB | Review of response to motion to dismiss. | .50 | 257.50 |

TOTAL PROFESSIONAL SERVICES                                        $ 955.00

**COSTS ADVANCED**

United States of America

| Date | Description | Amount |
|---|---|---|
| 7/01/22 | Data Base Charge | 17.61 |
| | Sub-Total Cost Advanced | $ 17.61 |

TOTAL COSTS ADVANCED                                        $ 17.61

**TOTAL THIS MATTER (U.S. Dollars)**                       **$ 972.61**

**TOTAL THIS INVOICE (U.S. Dollars)**                      **$ 972.61**

# FITCH EVEN

Fitch Even Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735



August 15, 2022
Invoice #:   879837

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## REMITTANCE ADVICE

**Client: 21573**

**RE:   DV APPS AB - Copyright Infringement**

---

**BALANCE DUE THIS INVOICE**                    **$ 972.61**

---

To ensure proper credit to your account, please return this advice with payment to the address above.
or
When sending payments via wire or ACH transfer, please send an email to accounts@fitcheven.com with the wire details and include the invoice numbers being paid.

**<u>Wire Transfer Instructions:</u>**
PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA  15222

***Bank Routing Number:***
PNCCUS33 (Swift Code)
071921891 (ACH)
041000124 (Wire)

***For credit to Account Number:***
4628454284

***For the benefit of:***
Fitch Even Tabin & Flannery, LLP

**<u>To pay via Credit Card visit:</u>**
invoices.fitcheven.com

# FITCH EVEN



Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

September 20, 2022
Invoice    881317

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending: August 31, 2022.

**Client: 21573  DV APPS AB - Copyright Infringement**

| Matter # | Matter Description | Fees | Costs | Discount | Total |
|---|---|---|---|---|---|
| 155234 | Ambitious v. DVAPPS | 16,451.00 | .00 | -2,451.00 | 14,000.00 |
| **Total** | | **16,451.00** | **.00** | **-2,451.00** | **14,000.00** |

**TOTAL THIS INVOICE**                                                    **$ 14,000.00**

FITCH EVEN

DV APPS AB - Copyright Infringement
Client.Matter: 21573 - 155234

September 20, 2022
Invoice #: 881317

**RE: Ambitious v. DVAPPS**
**Litigation Copyright**


**PROFESSIONAL SERVICES**


United States of America

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/01/22 | JTN | Consideration of materials and discussion with MAB and SDS and work on reply to Plaintiff's Memorandum in Opposition to Motion to Dismiss regarding call from opposing counsel and work on email to direct counsel. | 1.00 | 550.00 |
| 8/02/22 | JTN | Consideration of materials and discussion with opposing counsel regarding settlement and discussion with MAB and SDS regarding same. | 1.50 | 825.00 |
| 8/02/22 | MAB | Preparation of reply brief and case research. | 4.30 | 2,214.50 |
| 8/02/22 | CJG | Copyright Research Re: Access and Substantial Similarity | 2.40 | 444.00 |
| 8/03/22 | JTN | Consideration of materials and review email from opposing counsel regarding infringement and discussion with MAB and SDS regarding same. | 1.00 | 550.00 |
| 8/03/22 | JTN | Consideration of materials and work on reply to Plaintiff's Memorandum in Opposition to Motion to Dismiss Under Rule 12(b)(6) and discussion with MAB, SDS and local counsel. | 1.50 | 825.00 |
| 8/03/22 | MAB | Continued preparation of reply brief. | 5.40 | 2,781.00 |
| 8/03/22 | CJG | Copyright Research Re: Access and Substantial Similarity | 3.10 | 573.50 |
| 8/04/22 | MAB | Continued preparation of reply brief. | 2.70 | 1,390.50 |
| 8/04/22 | CJG | Copyright Research Re: Access and Substantial Similarity | .50 | 92.50 |
| 8/05/22 | JTN | Consideration of materials and discussion with MAB and SDS and work on email to local counsel regarding reply to Motion to Dismiss. | .50 | 275.00 |
| 8/05/22 | MAB | Finalizing and filing reply brief. | 3.00 | 1,545.00 |
| 8/05/22 | TMW | Proofread, cite checked and filed reply in support of motion to dismiss; retrieved, circulated and docketed pleadings. | 2.75 | 687.50 |
| 8/15/22 | JTN | Consideration of materials and discussion with local counsel and MAB in preparation for upcoming status hearing. | 1.00 | 550.00 |
| 8/15/22 | MAB | Preparation for hearing. | .30 | 154.50 |
| 8/16/22 | JTN | Consideration of materials and discussion with MAB in preparation for status hearing. | .50 | 275.00 |
| 8/17/22 | JTN | Consideration of materials and discussion with MAB regarding status call and schedule meeting regarding Ambitious Productions, Inc. v. DVapps AB US Civil Action. | .70 | 385.00 |
| 8/17/22 | MAB | Court hearing; follow-up related to same. | 1.50 | 772.50 |
| 8/18/22 | JTN | Consideration of voicemail from opposing counsel regarding schedule and calendar and discussion with MAB and local counsel. | .60 | 330.00 |
| 8/18/22 | TMW | Retrieved, circulated and docketed pleadings. | .25 | 62.50 |

FITCH EVEN

DV APPS AB - Copyright Infringement
Client.Matter:  21573 - 155234

September 20, 2022
Invoice #:   881317

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/30/22 | JTN | Consideration of materials and meeting with MAB and local counsel regarding Judge Kennelly's response and strategy for infringement matter; discussion with MAB and work on timing memo. | 1.00 | 550.00 |
| 8/30/22 | MAB | Consideration of summary judgment strategy. | 1.20 | 618.00 |

|  |  |
|--|--|
| TOTAL PROFESSIONAL SERVICES | $ 16,451.00 |
| Less Discount | $ -2,451.00 |
| NET PROFESSIONAL SERVICES | $ 14,000.00 |
| **TOTAL THIS MATTER (U.S. Dollars)** | **$ 14,000.00** |
| **TOTAL THIS INVOICE (U.S. Dollars)** | **$ 14,000.00** |

# FITCH EVEN



Fitch Even Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

September 20, 2022
Invoice #: 881317

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA 90071

## REMITTANCE ADVICE

**Client: 21573**

**RE: DV APPS AB - Copyright Infringement**

---

**BALANCE DUE THIS INVOICE**               **$ 14,000.00**

---

To ensure proper credit to your account, please return this advice with payment to the address above.

or

When sending payments via wire or ACH transfer, please send an email to accounts@fitcheven.com with the wire details and include the invoice numbers being paid.

**Wire Transfer Instructions:**
PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA 15222

***Bank Routing Number:***
PNCCUS33 (Swift Code)
071921891 (ACH)
041000124 (Wire)

***For credit to Account Number:***
4628454284

***For the benefit of:***
Fitch Even Tabin & Flannery, LLP

**To pay via Credit Card visit:**
invoices.fitcheven.com

# FITCH EVEN



Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

October 6, 2022
Invoice    883633

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending: September 30, 2022.

**Client: 21573  DV APPS AB - Copyright Infringement**

| Matter # | Matter Description | Fees | Costs | Total |
|---|---|---|---|---|
| 155234 | Ambitious v. DVAPPS | 6,170.00 | .00 | 6,170.00 |
| **Total** | | **6,170.00** | **.00** | **6,170.00** |

**TOTAL THIS INVOICE**                                    **$ 6,170.00**

FITCH EVEN

DV APPS AB - Copyright Infringement                       October 6, 2022
Client.Matter:  21573 - 155234                            Invoice #:   883633

**RE:  Ambitious v. DVAPPS**
     **Litigation Copyright**

**PROFESSIONAL SERVICES**

United States of America

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/07/22 | JTN | Consideration of materials and discussion with MAB, S. Smelser and H. Elrakabawy, teleconference with opposing counsel regarding settlement proposal and email to opposing counsel regarding settlement proposal and work on email to counsel regarding Summary Judgment Motion and upcoming hearing. | 2.60 | 1,430.00 |
| 9/07/22 | MAB | Case strategy and preparation for hearing. | 1.30 | 669.50 |
| 9/08/22 | JTN | Consideration of materials and discussion with MAB regarding recent hearing and proposed dates. | .40 | 220.00 |
| 9/08/22 | MAB | Appearance at status hearing; preparation and follow-up regarding same; attention to Local Rule 56.1 Statement and Requirements. | .80 | 412.00 |
| 9/13/22 | JTN | Consideration of materials from opposing counsel and discussion with MAB, S. Smelser, and H. Elrakabawy. | 1.20 | 660.00 |
| 9/20/22 | JTN | Consideration of materials and discussion with local counsel and work on Summary Judgment materials. | 1.00 | 550.00 |
| 9/21/22 | JTN | Consideration of materials and discussion with MAB and local counsel regarding Motion for Summary Judgment. | .40 | 220.00 |
| 9/21/22 | MAB | Preparation of Rule 56.1 Statement; edits to motion for summary judgment. | 3.90 | 2,008.50 |

TOTAL PROFESSIONAL SERVICES             $ 6,170.00

**TOTAL THIS MATTER (U.S. Dollars)**     **$ 6,170.00**

**TOTAL THIS INVOICE (U.S. Dollars)**     **$ 6,170.00**

# FITCH EVEN



Fitch Even Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

October 6, 2022
Invoice #:   883633

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## REMITTANCE ADVICE

**Client: 21573**

**RE:   DV APPS AB - Copyright Infringement**

---

**BALANCE DUE THIS INVOICE**          **$ 6,170.00**

---

To ensure proper credit to your account, please return this advice with payment to the address above.

or

When sending payments via wire or ACH transfer, please send an email to accounts@fitcheven.com with the wire details and include the invoice numbers being paid.

**Wire Transfer Instructions:**
PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA  15222

*Bank Routing Number:*
PNCCUS33 (Swift Code)
071921891 (ACH)
041000124 (Wire)

*For credit to Account Number:*
4628454284

*For the benefit of:*
Fitch Even Tabin & Flannery, LLP

**To pay via Credit Card visit:**
invoices.fitcheven.com

# FITCH EVEN



Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

November 30, 2022
Invoice    885650

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending: October 31, 2022.

**Client: 21573  DV APPS AB - Copyright Infringement**

| Matter # | Matter Description | Fees | Costs | Discount | Total |
|---|---|---|---|---|---|
| 155234 | Ambitious v. DVAPPS | 18,728.00 | .00 | -1,622.50 | 17,105.50 |
| **Total** | | **18,728.00** | **.00** | **-1,622.50** | **17,105.50** |

**TOTAL THIS INVOICE**                **$ 17,105.50**

FITCH EVEN

DV APPS AB - Copyright Infringement
Client.Matter:  21573 - 155234

November 30, 2022
Invoice #:   885650

**RE:  Ambitious v. DVAPPS**
     **Litigation Copyright**

**PROFESSIONAL SERVICES**

United States of America

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/03/22 | JTN | Consideration of materials and work on exhibits for Summary Judgment and discussion with MAB regarding the same. | 2.00 | 1,100.00 |
| 10/03/22 | MAB | Preparation of motion for summary judgment. | 1.60 | 824.00 |
| 10/05/22 | MAB | Preparation of motion for summary judgment. | 2.00 | 1,030.00 |
| 10/06/22 | MAB | Preparation of motion for summary judgment, Local Rule 56.1 statement of undisputed facts, and related documents. | 11.50 | 5,922.50 |
| 10/07/22 | MAB | Finalizing and filing motion for summary judgment, Local Rule 56.1 statement of undisputed facts, and related documents. | 10.30 | 5,304.50 |
| 10/07/22 | EA | Prepare and finalize exhibits and motion documents to Motion for Summary Judgment | 1.50 | 375.00 |
| 10/07/22 | ACD | Reviewing Motion for Summary Judgment and Statement of Uncontested Facts. | 7.50 | 2,212.50 |
| 10/31/22 | MAB | Consideration of Plaintiff's Rule 56(d) submission regarding discovery needed to respond to motion for summary judgment. | 1.80 | 927.00 |
| 10/31/22 | ACD | Preparing Reply to Request for Limited Discovery on Hearsay. | 3.50 | 1,032.50 |

TOTAL PROFESSIONAL SERVICES $ 18,728.00

Less Discount $ -1,622.50

NET PROFESSIONAL SERVICES $ 17,105.50

**TOTAL THIS MATTER (U.S. Dollars)** **$ 17,105.50**

**TOTAL THIS INVOICE (U.S. Dollars)** **$ 17,105.50**

# FITCH EVEN



Fitch Even Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

November 30, 2022
Invoice #:   885650

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## REMITTANCE ADVICE

**Client: 21573**

**RE:   DV APPS AB - Copyright Infringement**

---

**BALANCE DUE THIS INVOICE**               **$ 17,105.50**

---

To ensure proper credit to your account, please return this advice with payment to the address above.

or

When sending payments via wire or ACH transfer, please send an email to accounts@fitcheven.com with the wire details and include the invoice numbers being paid.

### Wire Transfer Instructions:
PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA  15222

### *Bank Routing Number:*
PNCCUS33 (Swift Code)
071921891 (ACH)
041000124 (Wire)

### *For credit to Account Number:*
4628454284

### *For the benefit of:*
Fitch Even Tabin & Flannery, LLP

### To pay via Credit Card visit:
invoices.fitcheven.com

# FITCH EVEN



Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

December 16, 2022
Invoice    887178

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending: November 30, 2022.

**Client: 21573  DV APPS AB - Copyright Infringement**

| Matter # | Matter Description | Fees | Costs | Total |
|---|---|---|---|---|
| 155234 | Ambitious v. DVAPPS | 7,454.50 | .00 | 7,454.50 |
| **Total** | | **7,454.50** | **.00** | **7,454.50** |

**TOTAL THIS INVOICE**                                    **$ 7,454.50**

FITCH EVEN

DV APPS AB - Copyright Infringement
Client.Matter: 21573 - 155234

December 16, 2022
Invoice #: 887178

**RE: Ambitious v. DVAPPS**
    **Litigation Copyright**

**PROFESSIONAL SERVICES**

United States of America

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/02/22 | MAB | Response to Plaintiff's Rule 56(d) submission. | 1.00 | 515.00 |
| 11/02/22 | ACD | Reviewing Exhibits attached to Motion. | .50 | 147.50 |
| 11/03/22 | JTN | Consideration of materials and discussion with MAB and local counsel regarding upcoming hearing on summary judgment motion. | .50 | 275.00 |
| 11/03/22 | MAB | Analysis of Plaintiff's statements re: need for discovery and allegations of hearsay; planning for conference with judge. | 2.30 | 1,184.50 |
| 11/04/22 | JTN | Consideration of materials and discussion with MAB regarding status call with Judge and opposing counsel regarding discovery and settlement. | .50 | 275.00 |
| 11/04/22 | MAB | Conference with judge regarding summary judgment; preparation and follow-up relating to same. | 2.50 | 1,287.50 |
| 11/22/22 | MAB | Review of document requests; preparation of response to Plaintiff's Rule 56(d) submission. | 3.00 | 1,545.00 |
| 11/23/22 | MAB | Preparation and filing of response to Plaintiff's Rule 56(d) submission. | 4.00 | 2,060.00 |
| 11/28/22 | JTN | Consideration of materials and discuss with MAB regarding deposition of Mr. Vukanovic. | .30 | 165.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | | $ 7,454.50 |
| **TOTAL THIS MATTER (U.S. Dollars)** | | **$ 7,454.50** |
| **TOTAL THIS INVOICE (U.S. Dollars)** | | **$ 7,454.50** |

# FITCH EVEN



Fitch Even Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

December 16, 2022
Invoice #:   887178

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## REMITTANCE ADVICE

**Client: 21573**

**RE:   DV APPS AB - Copyright Infringement**

---

**BALANCE DUE THIS INVOICE**          **$ 7,454.50**

---

To ensure proper credit to your account, please return this advice with payment to the address above.

or

When sending payments via wire or ACH transfer, please send an email to accounts@fitcheven.com with the wire details and include the invoice numbers being paid.

### <u>Wire Transfer Instructions:</u>
PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA  15222

### *Bank Routing Number:*
PNCCUS33 (Swift Code)
071921891 (ACH)
041000124 (Wire)

### *For credit to Account Number:*
4628454284

### *For the benefit of:*
Fitch Even Tabin & Flannery, LLP

### <u>To pay via Credit Card visit:</u>
invoices.fitcheven.com

# FITCH EVEN



Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

January 24, 2023
Invoice    888690

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending: December 31, 2022.

**Client: 21573  DV APPS AB - Copyright Infringement**

| Matter # | Matter Description | Fees | Costs | Total |
|---|---|---|---|---|
| 155234 | Ambitious v. DVAPPS | 2,669.00 | .00 | 2,669.00 |
| **Total** | | **2,669.00** | **.00** | **2,669.00** |

**TOTAL THIS INVOICE**                    **$ 2,669.00**

FITCH EVEN

DV APPS AB - Copyright Infringement
Client.Matter: 21573 - 155234

January 24, 2023
Invoice #: 888690

**RE: Ambitious v. DVAPPS**
**Litigation Copyright**

**PROFESSIONAL SERVICES**

United States of America

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/05/22 | JTN | Consideration of materials and review Protective Order and discussion with MAB. | .30 | 165.00 |
| 12/06/22 | MAB | Considering deposition limitations and discovery responses. | .30 | 154.50 |
| 12/07/22 | JTN | Consideration of materials and discussion with MAB regarding deposition of Mr. Vukanovic, answers to interrogatories and produced documents and email to opposing counsel regarding the same. | .50 | 275.00 |
| 12/07/22 | MAB | Corresponding with opposing counsel re: deposition. | .30 | 154.50 |
| 12/14/22 | MAB | Revising draft protective order; consideration of deposition topics and preparation for deposition. | 1.00 | 515.00 |
| 12/15/22 | MAB | Correspondence with opposing counsel. | .20 | 103.00 |
| 12/19/22 | MAB | Revising objections and responses to document requests. | .90 | 463.50 |
| 12/20/22 | MAB | Correspondence with opposing counsel. | .10 | 51.50 |
| 12/21/22 | MAB | Preparation of motion for entry of protective order; correspondence with opposing counsel. | .30 | 154.50 |
| 12/21/22 | TMW | Reviewed Judge Kennelly guidelines re proposed protective orders; proofread draft protective order; drafted motion for entry of protective order; corresponded with M. Borsos re same.. | 1.50 | 375.00 |
| 12/23/22 | MAB | Correspondence with opposing counsel. | .10 | 51.50 |
| 12/27/22 | MAB | Correspondence with opposing counsel. | .10 | 51.50 |
| 12/29/22 | MAB | Preparation for deposition. | .30 | 154.50 |

TOTAL PROFESSIONAL SERVICES $ 2,669.00

**TOTAL THIS MATTER (U.S. Dollars)** **$ 2,669.00**

**TOTAL THIS INVOICE (U.S. Dollars)** **$ 2,669.00**

# FITCH EVEN



Fitch Even Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

January 24, 2023
Invoice #:  888690

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## REMITTANCE ADVICE

**Client: 21573**

**RE:   DV APPS AB - Copyright Infringement**

---

**BALANCE DUE THIS INVOICE**          **$ 2,669.00**

---

To ensure proper credit to your account, please return this advice with payment to the address above.

or

When sending payments via wire or ACH transfer, please send an email to accounts@fitcheven.com with the wire details and include the invoice numbers being paid.

**<u>Wire Transfer Instructions:</u>**
PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA  15222

**Bank Routing Number:**
PNCCUS33 (Swift Code)
071921891 (ACH)
041000124 (Wire)

**For credit to Account Number:**
4628454284

**For the benefit of:**
Fitch Even Tabin & Flannery, LLP

**<u>To pay via Credit Card visit:</u>**
invoices.fitcheven.com

# FITCH EVEN



Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

February 28, 2023
Invoice    890534

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending: January 31, 2023.

**Client: 21573  DV APPS AB - Copyright Infringement**

| Matter # | Matter Description | Fees | Costs | Total |
|---|---|---|---|---|
| 155234 | Ambitious v. DVAPPS | 630.00 | .00 | 630.00 |
| **Total** | | **630.00** | **.00** | **630.00** |

**TOTAL THIS INVOICE**                                    **$ 630.00**

FITCH EVEN

DV APPS AB - Copyright Infringement
Client.Matter:  21573 - 155234

February 28, 2023
Invoice #:   890534

**RE:  Ambitious v. DVAPPS**
**Litigation Copyright**

**PROFESSIONAL SERVICES**

United States of America

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 1/02/23 | MAB | Correspondence with opposing counsel, production of documents. | .50 | 262.50 |
| 1/09/23 | MAB | Correspondence with opposing counsel. | .30 | 157.50 |
| 1/16/23 | MAB | Checking judge's calendar, communication re: status hearing. | .10 | 52.50 |
| 1/17/23 | MAB | Attendance of status hearing. | .30 | 157.50 |

TOTAL PROFESSIONAL SERVICES                                $ 630.00

**TOTAL THIS MATTER (U.S. Dollars)**                        **$ 630.00**

**TOTAL THIS INVOICE (U.S. Dollars)**                       **$ 630.00**

# FITCH EVEN



Fitch Even Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

February 28, 2023
Invoice #:   890534

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## REMITTANCE ADVICE

**Client: 21573**

**RE:   DV APPS AB - Copyright Infringement**

---

**BALANCE DUE THIS INVOICE**                    **$ 630.00**

---

To ensure proper credit to your account, please return this advice with payment to the address above.

or

When sending payments via wire or ACH transfer, please send an email to accounts@fitcheven.com with the wire details and include the invoice numbers being paid.

**Wire Transfer Instructions:**
PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA  15222

**Bank Routing Number:**
PNCCUS33 (Swift Code)
071921891 (ACH)
041000124 (Wire)

**For credit to Account Number:**
4628454284

**For the benefit of:**
Fitch Even Tabin & Flannery, LLP

**To pay via Credit Card visit:**
invoices.fitcheven.com

# FITCH EVEN



Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

March 21, 2023
Invoice    892701

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending: February 28, 2023.

**Client: 21573  DV APPS AB - Copyright Infringement**

| Matter # | Matter Description | Fees | Costs | Total |
|---|---|---|---|---|
| 155234 | Ambitious v. DVAPPS | 962.50 | .00 | 962.50 |
| **Total** | | **962.50** | **.00** | **962.50** |

**TOTAL THIS INVOICE**                                **$ 962.50**

FITCH EVEN

DV APPS AB - Copyright Infringement
Client.Matter:  21573 - 155234

March 21, 2023
Invoice #:   892701

**RE:  Ambitious v. DVAPPS**
     **Litigation Copyright**

**PROFESSIONAL SERVICES**

United States of America

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/24/23 | JTN | Consideration of materials and discussion with MAB regarding objections to declarations and evidence. | .50 | 287.50 |
| 2/24/23 | MAB | Review of summary judgment opposition and exhibits filed by Plaintiff. | .50 | 262.50 |
| 2/24/23 | ACD | Call with attorney Mark Borsos about Plaintiff's response to Motion for Summary Judgment and replying to Plaintiff's Statement of Undisputed Facts. | .50 | 150.00 |
| 2/27/23 | MAB | Preparation of objections to Plaintiff's supporting documents. | .50 | 262.50 |

TOTAL PROFESSIONAL SERVICES $ 962.50

**TOTAL THIS MATTER (U.S. Dollars)** **$ 962.50**

**TOTAL THIS INVOICE (U.S. Dollars)** **$ 962.50**

# FITCH EVEN



Fitch Even Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

March 21, 2023
Invoice #:  892701

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## REMITTANCE ADVICE

**Client: 21573**

**RE:   DV APPS AB - Copyright Infringement**

---

| **BALANCE DUE THIS INVOICE** | **$ 962.50** |
| --- | --- |

---

To ensure proper credit to your account, please return this advice with payment to the address above.

or

When sending payments via wire or ACH transfer, please send an email to accounts@fitcheven.com with the wire details and include the invoice numbers being paid.

### <u>Wire Transfer Instructions:</u>
PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA  15222

### *Bank Routing Number:*
PNCCUS33 (Swift Code)
071921891 (ACH)
041000124 (Wire)

### *For credit to Account Number:*
4628454284

### *For the benefit of:*
Fitch Even Tabin & Flannery, LLP

### <u>To pay via Credit Card visit:</u>
invoices.fitcheven.com

# FITCH EVEN



Fitch, Even, Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

April 20, 2023
Invoice     895084

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending: March 31, 2023.

**Client: 21573  DV APPS AB - Copyright Infringement**

| Matter # | Matter Description | Fees | Costs | Total |
|---|---|---|---|---|
| 155234 | Ambitious v. DVAPPS | 14,150.00 | .00 | 14,150.00 |
| **Total** | | **14,150.00** | **.00** | **14,150.00** |

**TOTAL THIS INVOICE**                    **$ 14,150.00**

FITCH EVEN

DV APPS AB - Copyright Infringement                                    April 20, 2023
Client.Matter:  21573 - 155234                                   Invoice #:   895084

**RE:  Ambitious v. DVAPPS**
**Litigation Copyright**

**PROFESSIONAL SERVICES**

United States of America

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 3/01/23 | MAB | Analysis of evidence attached to opposition brief and preparation of reply and challenges to supporting documents. | 3.20 | 1,680.00 |
| 3/01/23 | TMW | Retrieved and circulated plaintiff's video exhibit to response to motion for summary judgment. | .40 | 140.00 |
| 3/01/23 | ACD | Reviewing Plaintiff's submitted documents and preparing Reply to Plaintiff's Statement of Uncontested Facts. | .75 | 225.00 |
| 3/02/23 | MAB | Preparation of reply brief and challenges to supporting documents. | 2.70 | 1,417.50 |
| 3/02/23 | ACD | Discussion with attorney Mark Borsos related to Reply to Plaintiff's Statement of Uncontested Facts. Researching legal sufficiency of copyright infringement allegations for defeating motion for Summary Judgment. | 2.00 | 600.00 |
| 3/03/23 | MAB | Preparation of reply brief and challenges to supporting documents; legal research re: sufficiency of evidence for opposing summary judgment. | 4.30 | 2,257.50 |
| 3/03/23 | ACD | Preparing Reply to Plaintiff's Statement of Uncontested Facts. | 6.75 | 2,025.00 |
| 3/06/23 | MAB | Preparation of reply brief and challenges to supporting documents; legal research re: expert declarations and sufficiency of evidence for opposing summary judgment. | 5.40 | 2,835.00 |
| 3/07/23 | JTN | Consideration of materials and work on reply Motion for Summary Judgment and discussion with local counsel and MAB. | .30 | 172.50 |
| 3/07/23 | MAB | Preparation of reply brief and challenges to supporting documents; legal research relating to same. | 3.90 | 2,047.50 |
| 3/07/23 | ACD | Researching '7th Cir. caselaw for instances where expert testimony was excluded at Summary Judgment in copyright infringement actions. | 2.50 | 750.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL SERVICES | $ 14,150.00 |
| **TOTAL THIS MATTER (U.S. Dollars)** | **$ 14,150.00** |
| **TOTAL THIS INVOICE (U.S. Dollars)** | **$ 14,150.00** |

# FITCH EVEN



Fitch Even Tabin & Flannery LLP
120 South LaSalle Street
Suite 2100
Chicago, Illinois 60603

312.577.7000
312.577.7007
accounts@fitcheven.com
www.fitcheven.com
TAX ID: 36-2151735

April 20, 2023
Invoice #:   895084

DV Apps AB
Steven Smelser
c/o Yukevich Cavanaugh
355 South Grand Avenue 15th Floor
Los Angeles, CA  90071

## REMITTANCE ADVICE

**Client: 21573**

**RE:   DV APPS AB - Copyright Infringement**

---

**BALANCE DUE THIS INVOICE**                    **$ 14,150.00**

---

To ensure proper credit to your account, please return this advice with payment to the address above.

or

When sending payments via wire or ACH transfer, please send an email to accounts@fitcheven.com with the wire details and include the invoice numbers being paid.

**<u>Wire Transfer Instructions:</u>**
PNC Bank, N.A.
249 Fifth Avenue
Pittsburgh, PA  15222

***Bank Routing Number:***
PNCCUS33 (Swift Code)
071921891 (ACH)
041000124 (Wire)

***For credit to Account Number:***
4628454284

***For the benefit of:***
Fitch Even Tabin & Flannery, LLP

**<u>To pay via Credit Card visit:</u>**
invoices.fitcheven.com

# Bill and Payment Report

**DV APPS AB - Copyright Infringement / Ambitious v. DVAPPS (21573-155234)**                                                                06/16/2023

| Invoice | Client | Type | Date | Time | Cost | Total | Balance | Status | Check No. | Check Date | Payor | Email |
|---------|--------|------|------|------|------|-------|---------|--------|-----------|------------|-------|-------|
| 878024 | 21573 | Invoice | 07/20/2022 | 9,000.00 | 0.00 | 9,000.00 | 9,000.00 | Paid | | | | Y |
| 878024 | 21573 | Payment | 07/29/2022 | -9,000.00 | 0.00 | -9,000.00 | 0.00 | | INTL MONEY XFER | 07/29/2022 | DVAPPS AB | Y |
| 879837 | 21573 | Invoice | 08/15/2022 | 955.00 | 17.61 | 972.61 | 972.61 | Paid | | | | Y |
| 879837 | 21573 | Payment | 09/06/2022 | -955.00 | -17.61 | -972.61 | 0.00 | | INTL MONEY XFER | 09/06/2022 | DV APPS AB | Y |
| 881317 | 21573 | Invoice | 09/20/2022 | 14,000.00 | 0.00 | 14,000.00 | 14,000.00 | Paid | | | | Y |
| 881317 | 21573 | Payment | 10/07/2022 | -14,000.00 | 0.00 | -14,000.00 | 0.00 | | INTL MONEY XFER | 10/07/2022 | DVAPPS | Y |
| 883633 | 21573 | Invoice | 10/06/2022 | 6,170.00 | 0.00 | 6,170.00 | 6,170.00 | Paid | | | | Y |
| 883633 | 21573 | Payment | 11/22/2022 | -6,170.00 | 0.00 | -6,170.00 | 0.00 | | WIRE | 11/22/2022 | DVAPPS AB AC | Y |
| 885650 | 21573 | Invoice | 11/30/2022 | 17,105.50 | 0.00 | 17,105.50 | 17,105.50 | Paid | | | | Y |
| 885650 | 21573 | Payment | 12/16/2022 | -17,105.50 | 0.00 | -17,105.50 | 0.00 | | INTL MONEY XFER | 12/16/2022 | DVAPPS AB | Y |
| 887178 | 21573 | Invoice | 12/16/2022 | 7,454.50 | 0.00 | 7,454.50 | 7,454.50 | Paid | | | | Y |
| 887178 | 21573 | Payment | 12/29/2022 | -7,454.50 | 0.00 | -7,454.50 | 0.00 | | INTL MONEY XFER | 12/29/2022 | DVAPPS AB | Y |
| 888690 | 21573 | Invoice | 01/24/2023 | 2,669.00 | 0.00 | 2,669.00 | 2,669.00 | Paid | | | | Y |
| 888690 | 21573 | Payment | 01/31/2023 | -2,669.00 | 0.00 | -2,669.00 | 0.00 | | INTL MONEY XFER | 01/31/2023 | DV APPS AB | Y |
| 890534 | 21573 | Invoice | 02/28/2023 | 630.00 | 0.00 | 630.00 | 630.00 | Paid | | | | Y |
| 890534 | 21573 | Payment | 03/21/2023 | -630.00 | 0.00 | -630.00 | 0.00 | | INTL MONEY XFER | 03/21/2023 | DVAPPS AB | Y |
| 892701 | 21573 | Invoice | 03/21/2023 | 962.50 | 0.00 | 962.50 | 962.50 | Paid | | | | Y |
| 892701 | 21573 | Payment | 03/29/2023 | -962.50 | 0.00 | -962.50 | 0.00 | | INTL MONEY XFER | 03/29/2023 | DVAPPS AB | Y |
| 895084 | 21573 | Invoice | 04/20/2023 | 14,150.00 | 0.00 | 14,150.00 | 14,150.00 | Paid | | | | Y |

# Bill and Payment Report

**Last Payment (04/27/2023): 14,150.00**

**DV APPS AB - Copyright Infringement / Ambitious v. DVAPPS (21573-155234)**                                                                                                    **06/16/2023**

| Invoice | Client | Type | Date | Time | Cost | Total | Balance | Status | Check No. | Check Date | Payor | Email |
|---------|--------|------|------|------|------|-------|---------|--------|-----------|------------|-------|-------|
| 895084 | 21573 | Payment | 04/27/2023 | -14,150.00 | 0.00 | -14,150.00 | 0.00 | | INTL MONEY XFER | 04/27/2023 | DVAPPS AB | Y |
| **Report Totals:** | | | | **0.00** | **0.00** | **0.00** | | | | | | |