UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMBITIOUS PRODUCTIONS, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DVAPPS, AB,<br><br>    Defendant. | Case No. 1:22-cv-02088<br><br>Honorable Matthew F. Kennelly |

## JOINT STATUS REPORT

  The parties jointly submit this status report pursuant to the Court's order dated August 22, 2023.

  After the parties tentatively agreed to a settlement, which included the resolution of Defendant DVapps' claim for attorney's fees, they jointly moved for an extension of all deadlines for filing a motion for attorney's fees in order to finalize a formal written settlement. The motion was granted on August 22, 2023.

  Negotiations of the written settlement broke down due to Plaintiff's lack of authority to resolve issues contemplated in the tentative settlement, including issues related to a European action asserting a copyright to the same film at issue in this case.

  Defendant filed its motion for attorney's fees on October 11, 2023. On October 12, 2023 the Court entered an order directing Plaintiff to file a response no later than November 16, 2023, and directing Defendant to file a reply to the response by no later than December 7, 2023.

  At this time, the European action is unresolved and further settlement discussions are unlikely.

Dated: October 20, 2023          Respectfully submitted,

/David C Brezina/
David C. Brezina
dbrezina@ladas.net
Ladas & Parry LLP
224 South Michigan Avenue, Suite 1600
Chicago, Illinois 60604
(312) 427-1300

*Attorney for Plaintiff*
*Ambitious Productions, Inc.*


/s/ Mark A. Borsos
Joseph T. Nabor
jtnabo@fitcheven.com
Mark A. Borsos
mborsos@fitcheven.com
FITCH, EVEN, TABIN & FLANNERY LLP
120 South LaSalle Street, Suite 2100
Chicago, IL 60603
(312) 577-7000

Hassan Elrakabawy (admitted *pro hac vice*)
helrakabawy@yukelaw.com
Steven Douglas Smelser (admitted *pro hac vice*)
ssmelser@yukelaw.com
Yukevich Cavanaugh
355 S. Grand Ave., 15th Floor
Los Angeles, CA 90071
(213) 362-7777

*Attorneys for Defendant*
*DVapps, AB*